UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
MAR 03 2009
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 09-16-ART

UNITED STATES OF AMERICA                                    PLAINTIFF

V.    **MOTION OF UNITED STATES TO SEAL INDICTMENT,
       THIS MOTION, AND SUBSEQUENT PLEADINGS**

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
    aka AL MAN,
FREDDY W. THOMPSON,
PAUL E. BISHOP,
WILLIAM B. MORRIS,
    aka BART and
DEBRA L. MORRIS
    aka DEBBIE                                             DEFENDANTS

\* \* \* \* \*

The United States moves to seal the indictment, this motion, and subsequent pleadings.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: /s/ Stephen C. Smith
Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
(606) 864-3590
Stephen.smith4@usdoj.gov