Eastern District of Kentucky
**FILED**

MAR 03 2009

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 09-16-ART

**UNDER SEAL**

UNITED STATES OF AMERICA                        PLAINTIFF

V.                          **NOTICE**

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
    aka AL MAN,
FREDDY W. THOMPSON,
PAUL E. BISHOP,
WILLIAM B. MORRIS,
    aka BART and
DEBRA L. MORRIS
    aka DEBBIE                                 DEFENDANTS

\* \* \* \* \*

Comes the United States of America, by counsel, and provides the following notice.

This matter was opened in the United States Attorney's Office for the Eastern District of Kentucky on March 7, 2006.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: _____
Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
(606) 864-3590
Stephen.smith4@usdoj.gov