UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
MAR 0 3 2009
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 09-16-ART

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANTS** |
| RUSSELL CLETUS MARICLE,<br>DOUGLAS C. ADAMS,<br>CHARLES WAYNE JONES,<br>WILLIAM E. STIVERS,<br>   aka AL MAN,<br>FREDDY W. THOMPSON,<br>PAUL E. BISHOP,<br>WILLIAM B. MORRIS,<br>   aka BART and<br>DEBRA L. MORRIS<br>   aka DEBBIE | DEFENDANTS |

\* \* \* \* \*

The United States moves for the issuance of arrest warrants for the presence of the Defendants, Russell Cletus Maricle, Douglas C. Adams, Charles Wayne Jones, William E. Stivers, aka Al Man, Freddy W. Thompson, Paul E. Bishop, William B. Morris, aka Bart, and Debra L. Morris, aka Debbie, returnable forthwith.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: /s/ Stephen C. Smith
Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
FAX (606) 864-3590
Stephen.Smith4@usdoj.gov