# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL ACTION NO. 6:09-CR-16-ART**          **UNDER SEAL**

**UNITED STATES OF AMERICA**                    **PLAINTIFF**


**V.**                    **NOTICE BY UNITED STATES**
                    **REGARDING RELATED PROSECUTIONS**

**RUSSELL CLETUS MARICLE,**                Eastern District of Kentucky
**DOUGLAS C. ADAMS,**                         F I L E D
**CHARLES WAYNE JONES,**
**WILLIAM E. STIVERS,**                      MAR 3 - 2009
   **aka AL MAN,**
**FREDDY W. THOMPSON,**                        AT LONDON
**PAUL E. BISHOP,**                         LESLIE G WHITMER
                                        CLERK U S DISTRICT COURT
**WILLIAM B. MORRIS,**
   **aka BART and**
**DEBRA L. MORRIS**
   **aka DEBBIE**                              **DEFENDANTS**

\*   \*   \*   \*   \*

This criminal action is related to *United States v. Bobby Joe Curry, et al.*, London

Criminal Action No. 06-82-DCR, *United States v. D. Kennon White*, London Criminal

Action No. 07-48-DCR, and *United States v. Richard Todd Roberts*, London Criminal Action

No. 07-65-DCR, all of which were assigned to Judge Danny C. Reeves.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By:   _____

Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
(606) 864-3590
Stephen.smith4@usdoj.gov

