UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**Eastern District of Kentucky**
**FILED**
MAR 19 2009
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 09-16-DCR

UNITED STATES OF AMERICA                                           PLAINTIFF

V.                      <u>**ORDER TO UNSEAL INDICTMENT**</u>

**RUSSELL CLETUS MARICLE,**
**DOUGLAS C. ADAMS,**
**CHARLES WAYNE JONES,**
**WILLIAM E. STIVERS,**
    **aka AL MAN,**
**FREDDY W. THOMPSON,**
**PAUL E. BISHOP,**
**WILLIAM B. MORRIS,**
    **aka BART and**
**DEBRA L. MORRIS**
    **aka DEBBIE**                                                         DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*

The United States of America, having moved to unseal, good cause having been shown;

IT IS HEREBY ORDERED that this action, including the indictment in the above matter be unsealed.

This 19th day of March, 2009.

                                                                                                             _____
                                                                                                              UNITED STATES MAGISTRATE JUDGE