UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
MAR 03 2009
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 09-16-ART

UNITED STATES OF AMERICA                                            PLAINTIFF

V.         **ORDER FOR ISSUANCE OF ARREST WARRANTS**

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
    aka AL MAN,
FREDDY W. THOMPSON,
PAUL E. BISHOP,
WILLIAM B. MORRIS,
    aka BART and
DEBRA L. MORRIS
    aka DEBBIE                                                     DEFENDANTS

* * * * *

The Court ORDERS that the Motion of the United States for issuance of arrest warrants is GRANTED, and arrest warrants are ISSUED for the Defendants, Russell Cletus Maricle, Douglas C. Adams, Charles Wayne Jones, William E. Stivers, aka Al Man, Freddy W. Thompson, Paul E. Bishop, William B. Morris, aka Bart, and Debra L. Morris, aka Debbie.

On this 3rd day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
           United States Probation
           Stephen C. Smith, Assistant United States Attorney