```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                         SOUTHERN DIVISION
                              LONDON
                 CRIMINAL MINUTES-ARRAIGNMENT AND PLEA
```

Case No. <u>6:09-CR-16-06-DCR</u>           At: <u> London </u>           Date <u>March 20, 2009</u>

U.S.A. vs <u>Paul E. Bishop</u>       <u> X </u> present  <u> X </u>  custody  ___ OR           AGE_____

DOCKET ENTRY: Defendant arraigned on indictment and advised of all constitutional rights. Based on the evaluation of the United States Probation Office and in the absence of any motion for detention, the Court finds the conditions of release proposed by the US Probation Office, as amended, are appropriate under the Bail Reform Act.  Any  requests for a continuance of the current pretrial or trial dates should be addressed in the form of a motion and should be filed as soon as possible. The United States's oral motion to file a sealed motion regarding disqualification of counsel is GRANTED. Should the United States file this motion, response time will be governed by Local Rules.


PRESENT:  <u>HON. ROBERT E.  WIER, MAGISTRATE JUDGE</u>

                                                Jason Parman
     <u>Rebecca Christian</u>     <u>Sandy Wilder</u>       <u>Stephen Craig Smith</u>
        Deputy Clerk         Court Reporter       Assistant U.S. Attorney


Counsel for Deft <u>Lowell Lundy</u>    <u> X </u>  present <u>X</u>   retained   _____appointed

PROCEEDINGS:

<u> X </u> Copy of Indictment/Information given to the defendant.

<u> X </u> Defendant states true name is as it appears on the indictment.

   <u>   Ordered              </u> is appointed Attorney under the Criminal Justice Act.

<u> X </u> Defendant waived formal arraignment and was advised of his/her rights pursuant to Rule 10,
    F.R.Cr.P.  Court stated substance of charges and advised Defendant of possible penalties.

<u> X </u> Defendant waives reading of Indictment-Information    _____ Indictment-Information read.

<u> X </u> Defendant pleads_____ Guilty to Counts_____  <u> X </u> Not guilty to <u>all</u> counts

<u> X </u> Assigned for jury trial before Judge Danny C. Reeves on <u>May 19, 2009, at 9:30 a.m., United States District Court, London, Kentucky, attorneys to be present at 9:00 a.m.  The anticipated length of trial is four (4) days.</u>

<u> X </u> Assigned for a pretrial conference before Judge Danny C. Reeves on <u>April 30, 2009 at 10:00 a.m., United States District Court, London, Kentucky.</u>

<u> X </u> The United States advised the Court that it had fulfilled its victim notification duties as required under 18 USC §3771.

   ___Defendant remanded to the custody of the United States Marshal pending further orders of the Court.

<u> X </u> Defendant is released under the terms and conditions of the Order Setting Conditions of Release and as stated on the record.


Copies: USA, USP,USM,
        Lowell Lundy
        Court Diary                                    Initials of Deputy Clerk: <u>rlc</u>

TIC: 8 minutes