UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

MAR 24 2009

AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CASE NO. 09-6011M, 09-6011M Amended

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                  ORDER

RESIDENCE RUSSELL CLETUS MARICLE, LOCATED AT 393 CIRCLE
DRIVE, MANCHESTER, KY                                       DEFENDANT

\* \* \* \* \*

The Assistant United States Attorney, Stephen Smith, having moved the Court to seal a Search Warrant, Application and Affidavit in support of a Search Warrant which was issued March 16, 2009 and the Court being advised of said Motion, it is

**ORDERED** that the Motion be and it is hereby granted and sealed until further order of the Court. This 23rd day of March, 2009.

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE