AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | SOUTHERN DIVISION @ LONDON |
|---|---|---|

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| RUSSELL CLETUS MARICLE | Case Number: 6:09-CR-16-01-DCR |

| PRESIDING JUDGE<br>ROBERT E. WIER | PLAINTIFF'S ATTORNEY<br>STEPHEN CRAIG SMITH | DEFENDANT'S ATTORNEY<br>HENRY HUGHES |
|---|---|---|
| TRIAL DATE (S)<br>DETENTION HRG - 3-23-09 | COURT REPORTER<br>WANDA ROWE | COURTROOM DEPUTY<br>REBECCA CHRISTIAN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/23/09 | | | SA Timothy S. Briggs - **WITNESS** |
| | CT1 | 3/23/09 | 3/23/09 | 3/23/09 | Redacted copy form 302 investigative notes (dated copy)-**COURT EXHIBIT 1** |
| | CT2 | 3/23/09 | 3/23/09 | 3/23/09 | Redacted copy of form 302 investigative notes (undated)-**COURT EXHIBIT 2** |
| 2 | | 3/23/09 | | | Kenneth Day - **WITNESS** |

Eastern District of Kentucky
FILED
MAR 2 4 2009
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages