UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-CR-16-01-DCR |
| V. | ) | |
| RUSSELL CLETUS MARICLE | ) | **MINUTE ENTRY ORDER** |
| Defendant. | ) | |

*** *** *** ***

This matter was called at London, Kentucky, for a Detention Hearing on Monday, March 23, 2009. The United States was represented by Stephen Craig Smith, Kenneth R. Taylor and Jason Parman, Assistant United States Attorneys. Defendant, Russell Cletus Maricle, was present, in the custody of the United States Marshal, and was represented by retained counsel Henry Hughes and Mark Wohlander. Also present was United States Probation Officer, Melissa Jeffries. These proceedings were reported by Wanda Rowe, Contract Court Reporter. The Deputy Clerk in attendance was Rebecca Christian.

Prior to commencement of the detention hearing, Henry Hughes made his appearance for the limited purpose of the detention hearing. Kenneth R. Taylor entered his appearance on behalf of the United States.

The Court assured that all parties were prepared to proceed with the hearing, after explaining the posture of the matter and confirming that all parties had received the Pretrial Services Report prepared by USPO. Counsel were advised that they may retain the Pretrial Services Report to be returned to the U.S. Probation Office following the conclusion of all detention issues.

The United States moved for separation of witnesses, and the Court GRANTED the motion. The Court then heard testimony of SA Timothy S. Briggs and Kenneth Day on behalf of the United States. Defendant cross-examined Agent Briggs. The Court heard both counsel as to § 3142 (g) issues.

For the reasons as stated on the record, Mark Wohlander moved to unseal DE #38. The United States stated its objection. The United States orally joined in Defendant Russell Cletus Maricle's oral motion that any search warrant affidavits or wire tap transcripts remain sealed at this time. Attorney Henry Hughes advised the Court that he likely would be entering a general appearance on behalf of Defendant.

Being sufficiently advised, the Court hereby

ORDERS AS FOLLOWS:

1. The issue of detention is submitted to the Court;

2. Defendant is remanded to the custody of the United States Marshal subject to future Orders of the Court;

3. Mark Wohlander will respond to DE #38, including as to its sealed status, by **Friday, March 27, 2009;**

4. The Court Reporter shall promptly transcribe and file the hearing record; and

5. The Court will address warrant materials by separate order.

This the 23rd day of March, 2009.

Copies:   COR, USA, USP, USM,



Signed By:
Robert E. Wier
United States Magistrate Judge

TIC: 2 Hour 31 Minutes