UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at LONDON

CRIMINAL ACTION NO. 09-16-DCR

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                                              ORDER

RUSSELL CLETUS MARICLE                                                  DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Counsel for the Defendant, Russell Cletus Maricle, having moved the Court for an Order for an extension of time to respond to the sealed motion of the Government (DE #38) and for an extension of time to request discovery in order to allow the Defendant time to consider obtaining different counsel; the Court having fully considered the matter, being otherwise sufficiently advised, and finding no reason to await a response, based on the timing,

IT IS HEREBY ORDERED that the Defendant's motion is hereby granted, and the Defendant will have ten (10) days from the date of this Order to respond to DE #38. Further, the Court likewise extends the time to request discovery pending resolution of counsel's status. The Court will separately address that deadline upon clarification of counsel's status.

This the 27th day of March, 2009.



Signed By:
Robert E. Wier
United States Magistrate Judge