# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### (at London)

CASE NO. 09-16-ART                                              **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA,**                                                              **PLAINTIFF,**

**VS.**                              **ENTRY OF APPEARANCE**

**RUSSELL CLETUS MARICLE,**                                                              **DEFENDANT.**

**\*\* \*\* \*\***

Comes now the undersigned counsel and hereby enters his appearance as counsel for the Defendant, Russell Cletus Maricle. All future pleadings and correspondence should be forwarded to David S. Hoskins at the address listed below.

                      Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of March, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law
ATTORNEY FOR DEFENDANT