# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# (at London)

CASE NO.  09-16-ART                                             ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                       PLAINTIFF,

VS.            **REQUEST FOR 404(b) INFORMATION**

RUSSELL CLETUS MARICLE,                                         DEFENDANT.

\* \* \* \* \*

Comes now the Defendant, Russell Cletus Maricle, by and through the undersigned counsel, pursuant to Federal Rule of Evidence 404(b), and hereby requests notice in advance of trial of any evidence the United States of America intends to introduce at trial pursuant to said Rule.

Respectfully submitted,

/s/David S. Hoskins
Attorney At Law
107 East First Street
Corbin, KY 40701
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of April, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/David S. Hoskins
Attorney At Law