UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. 09-16-DCR

*FILED ELECTRONICALLY*

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                                **NOTICE OF CHANGE OF ADDRESS**

FREDDY W. THOMPSON, et al.                                                                      DEFENDANTS

\* \* \* \* \*

PLEASE TAKE NOTICE of the new mailing address, phone number, fax number and email address of David J. Guarnieri, Attorney for Defendant, Freddy W. Thompson. All future pleadings and correspondence concerning this matter should be directed to the attention of David J. Guarnieri as listed below:

>David J. Guarnieri
>McBrayer, McGinnis, Leslie
>& Kirkland, PLLC
>201 E. Main Street, Suite 1000
>Lexington, KY  40507
>(859) 231-8780
>Fax: (859) 231-6518
>dguarnieri@mmlk.com

>Respectfully submitted,
>
>MCBRAYER, MCGINNIS, LESLIE
>& KIRKLAND, PLLC
>201 E. Main Street, Suite 1000
>Lexington, KY  40507
>(859) 231-8780
>
>
>/s/ *David J. Guarnieri*
>DAVID J. GUARNIERI
>ATTORNEYS FOR DEFENDANT,
>FREDDY W. THOMPSON

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of April, 2009, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Derek G. Gordon, Esq.
Anggelis & Gordon, PLLC
231 Lexington Ave.
Lexington, KY  40508

Mark A. Wohlander, Esq.
Wallingford Law, PSC
3141 Beaumont Centre Circle, Suite 302
Lexington, KY  40513

Bennett E. Bayer, Esq.
R. Kent Westberry, Esq.
Kristin N. Logan, Esq.
Landrum & Shouse LLP
106 W. Vine Street, Suite 800
Lexington, KY  40507

Patrick F. Nash, Esq.
129 W. Short Street
Lexington, KY  40507

Stephan Charles, Esq.
304 Bridge Street
Manchester, KY  40962

Stephen Craig Smith, Esq.
U.S. Attorney's Office
601 Meyers Baker Road, Suite 200
London, KY  40741

Henry E. Hughes, Esq.
Hughes, Lowry, Milner & Hayworth
271 W. Short Street, Suite 812
Lexington, KY  40507

David S. Hoskins, Esq.
107 E. First Street
Corbin, KY  40701

William Gary Crabtree, Esq.
120 E. Fourth Street
London, KY  40741

Lowell W. Lundy, Esq.
114 Kentucky Avenue
Pineville, KY  40977

Elizabeth S. Hughes, Esq.
Gess, Mattingly & Atchison, P.S.C.
201 W. Short Street
Lexington, KY  40507

        /s/ *David J. Guarnieri*
        DAVID J. GUARNIERI

p:\davidg\thompson\notice of change of address