UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                              ORDER

RUSSELL CLETUS MARICLE                                                      DEFENDANT

\* \* \* \* \*

Mark A. Wohlander, Esq., has moved to withdraw as counsel for Defendant Maricle. *See* DE #97. David Hoskins, Esq. already has entered an appearance on Defendant's behalf. *See* DE #78. As such, the Court GRANTS Mr. Wohlander's motion, and he is relieved of further responsibilities in this case.[1]

The Court notes that Mr. Wohlander's withdrawal moots any issue concerning his status as counsel in the case. The United States had filed a motion seeking an inquiry, and Mr. Wohlander has made a substantive response. The Court DENIES as moot the Government's motion, DE #38. It is important to note that an issue of possible disqualification is **not** synonymous with misconduct. Judges and lawyers commonly face and often themselves originate questions over recusal and disqualification. Those questions frequently, indeed usually, concern status, associations, prior representations, or concerns over appearances, not actual misconduct. As to Mr. Wohlander, an attorney of distinction with a record of exemplary public service, the Court would simply state that his withdrawal eliminates the need to resolve the pending motion, and the Court made no finding

---

[1] The Court observes that Defendant has made discovery filings. New counsel should make any necessary motion concerning pre-trial deadlines. Given the prompt appearance of new counsel, the Court will retain the existing discovery and pretrial schedule, subject to intervening motion.

that in any way would associate Mr. Wohlander, or anyone else, with impropriety. Nor does the Court perceive the filing by the United States as alleging impropriety.

The issue concerning the sealed nature of the pending filings remains unresolved, and the Court will continue to assess the conflicting interests as to any temporarily sealed matter.

This the 9th day of April, 2009.

Signed By:
Robert E. Wier
United States Magistrate Judge