UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                                        ORDER

RUSSELL CLETUS MARICLE
DOUGLAS C. ADAMS
CHARLES WAYNE JONES
WILLIAM E. STIVERS
FREDDY W. THOMPSON
PAUL E. BISHOP
WILLIAM B. MORRIS
DEBRA L. MORRIS                                                    DEFENDANTS

\* \* \* \*

The United States has filed motions requesting that all prior search warrants pertaining to this action be unsealed. Any counsel objecting should file a detailed written objection by not later than **April 20, 2009.**

This the 14th day of April, 2009.

Signed By:
Robert E. Wier  REW
United States Magistrate Judge