

**Eastern District of Kentucky**
**FILED**
APR 15 2009
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-16-ART           ELECTRONICALLY FILED

UNITED STATES OF AMERICA,           PLAINTIFF,

VS.           **ORDER**

RUSSELL CLETUS MARICLE,           DEFENDANT.

\*\* \*\* \*\*

This matter being before the Court on Motion of the Defendant, Russell Cletus Maricle, and the Court being fully advised,

IT IS HEREBY ORDERED the Defendant Russell Cletus Maricle's motion to be allowed a complete transcript of the detention hearing held on March 23, 2009 is sustained. The Court reporter is authorized and directed to provide a copy of the entire transcript, including the portions now sealed, to counsel for the Defendant Russell Cletus Maricle at the Defendant's expense.

DATED this the 15th day of April, 2009.

US MsJ JUDGE, UNITED STATES DISTRICT COURT