UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-DCR |
| V. | ) ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |

*** *** *** ***

The Court being sufficiently advised, it is hereby

**ORDERED** that the Motion of Counsel for Defendant Maricle to Provide all Counsel a Copy of Record Entry 38 [Record No. 55] is **DENIED**.

This 16th day of April, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge