UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The Court being sufficiently advised, it is hereby

**ORDERED** that the Motion for Review of Detention Order [Record No. 91] is **GRANTED**.

A hearing on the issue of the Defendant's detention will be held on **Monday, April 20, 2009**, beginning at the hour of **1:30 p.m.**, at the United States Courthouse in London, Kentucky. In addition to the testimony and evidence presented during the initial detention hearing before the United States Magistrate Judge, the parties will be permitted to submit any additional testimony and evidence for the Court's consideration under the provisions of 18 U.S.C. § 3145(b).

This 16th day of April, 2009.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge