UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                                    ORDER

RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS;
CHARLES WAYNE JONES;
WILLIAM E. STIVERS
FREDDY W. THOMPSON
PAUL E. BISHOP
WILLIAM B. MORRIS and
DEBRA L. MORRIS                                                                DEFENDANT

\* \* \* \* \*

The United States has moved to unseal previously-sealed search warrant materials in this case, specifically pertaining to search and or seizure concerning a) Defendant Maricle's cell phone; b) Defendant Maricle's safe deposit box; c) Defendant Stivers's residence; d) Defendants William and Debra Morris's residence; and e) Defendant Maricle's residence. At the arraignment for Defendants, several counsel (including then counsel for Maricle, for Deborah Morris, Stivers, and Jones) requested that the Court keep sealed any such warrant materials. The United States then followed with a motion to seal, but the United States now has asked to unseal. It was the prior request at arraignment by defense counsel that led the Court to give Defendants a chance to object to release of the materials now, *see* DE #125. The Court assumed that involved counsel had received access to the underlying information in discovery.

The Court directs the United States to provide access to the warrant materials to all counsel of record. The Court extends the deadline for filing any objection to the unsealing of all such materials to **April 27, 2009**.

This the 16th day of April, 2009.

Signed By:
Robert E. Wier
United States Magistrate Judge