UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(At London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal Action No. 6: 09-16-DCR |
| v. | ) ) | |
| RUSSELL CLETUS MARICLE, | ) ) | **MINUTE ENTRY ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter was called for hearing on the Defendant's Motion for Review of Detention Order [Record No. 91] on April 20, 2009, at London, Kentucky. The United States was represented by Stephen C. Smith and Jason Parman, Assistant United States Attorneys. Defendant Russell Cletus Maricle was present in the custody of the United States Marshal and represented by retained counsel, David S. Hoskins. The proceeding was reported by official court reporter, Cindy Oakes. The courtroom deputy in attendance was Jackie Brock.

For the reasons stated on the record, it is **ORDERED** as follows:

1)   Defendant's Motion for Review of Detention Order [Record No. 91] is **TAKEN UNDER ADVISEMENT**.

2)   The parties shall have seven (7) days after the filing of the transcript of this hearing to submit simultaneous briefs. The parties shall have three (3) business days thereafter to file any responses.

3)     The Defendant may file a Notice of Filing with any additional documents that he wants to submit for the Court's review as an attachment.

4)     Defendant is remanded to the custody of the United States Marshal pending future Orders of the Court.

This the 20th day of April, 2009.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge

TIC: 4 hours