UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                                  PLAINTIFF

V.                                              ORDER

MATERIAL WITNESS #1                                                       DEFENDANT

* * * *

IT IS ORDERED that all pleadings, references or documents revealing the identity of Material Witness #1 remain SEALED until further Orders of the Court.

This the 23rd day of April, 2009.

Signed By:
Robert E. Wier
United States Magistrate Judge