UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                         ORDER

RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS;
CHARLES WAYNE JONES;
WILLIAM E. STIVERS;
FREDDY W. THOMPSON;
PAUL E. BISHOP;
WILLIAM B. MORRIS; and
DEBRA L. MORRIS                                             DEFENDANTS

* * * * *

Upon the Court's own motion,

IT IS ORDERED that the pretrial conference set for April 30, 2009 is cancelled and in place thereof, a **status conference** before the undersigned will be held on **April 30, 2009 at 10:00 a.m.** Counsel should be prepared to discuss the pretrial and trial schedule and any issues regarding sealed pleadings or papers.

This the 24th day of April, 2009.



Signed By:
Robert E. Wier
United States Magistrate Judge