UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                               PLAINTIFF

V.                                                         ORDER

RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS;
CHARLES WAYNE JONES;
WILLIAM E. STIVERS, a/k/a
AL MAN; FREDDY W. THOMPSON;
PAUL E. BISHOP; WILLIAM B.
MORRIS, a/k/a BART and
DEBRA L. MORRIS, a/k/a
DEBBIE                                                      DEFENDANTS

\* \* \* \* \*

The United States has sought to unseal search warrant materials in this case, specifically warrant materials in file numbers: 09-6011M, as amended, 09-6012M, 09-6013M, 09-6014M and 09-6015M. The Court previously sealed said materials on the request of the United States. All Defendants have had access to and a chance to object to unsealing the materials. The only objecting party did not provide an adequate basis for continuing the sealed status. As such, and being sufficiently advised, the Court ORDERS that all materials in file numbers 09-6011M, as amended, 09-6012M, 09-6013M, 09-6014M and 09-6015M be and hereby are UNSEALED. The Clerk accordingly shall docket said files. The motions by the United States, to wit, DE ##s 131, 132, 136, 137 and 138 are thus GRANTED.

This the 30th day of April, 2009.

Signed By:
*Robert E. Wier* /s/ REW
United States Magistrate Judge