UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

Case No: <u>6:09-CR-16-DCR</u>       At <u>London</u>       Date <u>April 30, 2009</u>

PRESENT:   HON. ROBERT E. WIER, U.S. MAGISTRATE JUDGE

| Rebecca Christian | Sandy Wilder | Stephen Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

DEFENDANT:                                                   ATTORNEY FOR DEFENDANT:

Russell Cletus Maricle (custody)                 David Hoskins (present) (retained)
Douglas C. Adams (bond)                           Bennett Bayer and R. Kent Westberry
                                                                          (Present) (retained)
Charles Wayne Jones (custody)                  T. Scott White (CJA)
William E. Stivers, a/k/a Al Man (bond)      Robert Abell (CJA)
Freddy W. Thompson (bond)                      David Guarnieri (retained)
Paul Bishop (bond)                                     Kathryn Walton (CJA)
William B. Morris, a/k/a Bart (bond)                 Stephan Charles
Debra L. Morris, a/k/a Debbie (bond)        Elizabeth Hughes (CJA)

PROCEEDINGS:   STATUS CONFERENCE

This matter was called on the Court's docket for a status conference on April 30, 2009, with counsel and parties present as noted. After hearing argument of counsel, and for the reasons stated on the record, the Court

ORDERS as follows:

1. The Government's motions to unseal search warrants, DE ##131, 132, 136, 137 & 138 will be granted by separate Order.

2. The Court also discussed sealing issues generally. Subject to the ruling already issued by Judge Reeves, counsel may file any appropriate motion(s) seeking guidance on the scope and effects of sealed status relative to a particular document.

3. The motions to continue the trial will be granted by separate order. *See* DE #73 & 146.

4. The motions for extension of time to file defense motions, DE ##113 & 153 will be granted by separate order.

This 30th day of April, 2009.



Signed By:
Robert E. Wier   REW
United States Magistrate Judge

**Clerk' Initials: rlc**

```
TIC: 32 min
```