UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
MAR 27 2009

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

IN RE: MAGISTRATE JUDGE'S NO. <u>09-6014M</u>

## MOTION OF UNITED STATES FOR APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND SEARCH AND SEIZURE WARRANT TO REMAIN UNDER SEAL

\* \* \* \* \*

To avoid compromising an ongoing investigation, the United States moves for the application and affidavit for search warrant and search and seizure warrant to remain under seal.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: *[signature]*
Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
Fax (606) 864-3590
Stephen.Smith4@usdoj.gov

186