UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON



IN RE: MAGISTRATE JUDGE'S NO. 09-6014M

### ORDER SEALING APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND SEARCH AND SEIZURE WARRANT

\* \* \* \* \*

The Court ORDERS that the motion of the United States to seal is GRANTED, and the application and affidavit for search warrant and the search and seizure warrant, the motion to seal, and this order shall remain UNDER SEAL pending further order of the Court.

On this 27th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Copy: Stephen C. Smith, Assistant United States Attorney

3-27-09
sa

187