UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-01-DCR

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                                      ORDER

RUSSELL CLETUS MARICLE                                        DEFENDANT

* * * * *

Per Judge Reeves's Order, the Court will announce release conditions as to Defendant on

**May 15, 2009 at 11:30 a.m.**

This the 14th day of May, 2009.

Signed By:

Robert E. Wier

United States Magistrate Judge