# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL ACTION NO. 09-16 DCR**                    *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**


**V.**            **NOTICE BY UNITED STATES OF AUSA APPEARANCE**


**RUSSELL CLETUS MARICLE, ET AL.**                              **DEFENDANTS**

\* \* \* \* \*

The United States gives notice that, in addition to Assistant United States Attorney Stephen C. Smith, the undersigned Assistant United States Attorney, Jason D. Parman, will also represent the United States in this case.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By:    s/ Stephen C. Smith
Assistant United States Attorney
601 Meyers Baker Rd., Suite 200
London, KY 40741
(606) 864-5523
FAX (606) 864-3590
stephen.smith4@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On May 15, 2009, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

<u>s/ Stephen C. Smith</u>       <br>
Assistant United States Attorney