# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL ACTION NO. 09-16-DCR**  *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**  **PLAINTIFF**

**V.**  **RESPONSE OF UNITED STATES TO DEFENDANT'S MOTION TO AMEND RELEASE CONDITIONS**

**RUSSELL CLETUS MARICLE, ET AL**  **DEFENDANT**

\* \* \* \* \*

In response to Defendant Russell Cletus Maricle's motion to amend release conditions [Record No. 225], the United States has no objections.

        Respectfully submitted,

        JAMES A. ZERHUSEN
        UNITED STATES ATTORNEY

By:   s/ Stephen C. Smith
      Assistant United States Attorney
      601 Meyers Baker Road, Suite 200
      London, Kentucky 40741
      (606) 864-5523
      (606) 864-3590
      Stephen.smith4@usdoj.gov

CERTIFICATE OF SERVICE

On May 26, 2009, I electronically filed this response through the ECF system, which will send the notice of electronic filing to:

David S. Hoskins, Esq.
*Attorney for Russell Cletus Maricle*

Bennett E. Bayer, Esq.
R. Kent Westberry, Esq.
*Attorneys for Douglas C. Adams*

T. Scott White, Esq.
*Attorney for Charles Wayne Jones*

Robert L. Abell, Esq.
*Attorney for William E. Stivers*

Kathryn Ann Walton, Esq.
*Attorney for Paul E. Bishop*

Jerry W. Gilbert, Esq.
*Attorney for William B. Morris*

Elizabeth S. Hughes, Esq.
*Attorney for Debra L. Morris*

s/ Stephen C. Smith
Assistant United States Attorney