UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-DCR                                          **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA,                                             PLAINTIFF,

VS.                                  **NOTICE OF FILING**

RUSSELL CLETUS MARICLE,                                               DEFENDANT.

** ** **

Comes the Defendant, Russell Cletus Maricle, by counsel, and hereby gives notice of the filing of the attached letter dated May 21, 2009.

Respectfully submitted,

/s/ David S. Hoskins
Attorney At Law
107 East First Street
Corbin, Kentucky 40701
TELEPHONE: (606) 526-9009
FAX: (606) 526-1021
Email: davidhoskins@bellsouth.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of June, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

/s/ David S. Hoskins