UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-DCR

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                                               ORDER

RUSSELL CLETUS MARICLE                                                                  DEFENDANT

\* \* \* \*

Defendant has filed a motion seeking leave to attend the Kentucky Bar Association's annual memorial service, DE #243. IT IS ORDERED that the United States shall respond with its position on the motion by not later than **June 8, 2009.**

This the 5th day of June, 2009.

Signed By:
Robert E. Wier
United States Magistrate Judge