UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

NO. 6:09-CR-16-DCR

UNITED STATES OF AMERICA                                                                                     PLAINTIFF

V.                                                       ORDER

RUSSELL CLETUS MARICLE                                                                                   DEFENDANT

\* \* \* \* \*

The Court considers Defendant's motion for leave to attend the KBA's annual memorial service. *See* DE #243. The United States has responded with no objection. *See* DE #246. After consideration, the Court GRANTS the motion. Defendant may attend the service at the location stated in the motion. For the date in question, the United States Probation Office shall set a reasonable window of time to permit travel to the service, attendance at the service, and travel back home, with only stops incidental to the travel itself. All other release conditions continue to apply.

This the 8th day of June, 2009.

Signed By:
Robert E. Wier   REW
United States Magistrate Judge