UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court for consideration of motions for extension of time to file defensive motions filed by Defendants Russell Cletus Maricle, Douglas C. Adams, Charles Wayne Jones, and William E. Stivers [Record Nos. 240, 245, 247 and 248]. The Court being sufficiently advised, it is hereby

**ORDERED** that a hearing regarding the Defendants' motions shall be held on **Monday, June 15, 2009**, beginning at the hour of **11:00 a.m.,** at the United States District Court in London, Kentucky.

This 8th day of June, 2009.

