AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:09-CR-16-DCR |
| Russell Cletus Maricle | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Russell Cletus Maricle

Date: *June 18, 2009*

*Attorney's signature*

Martin S. Pinales (Ohio Bar No. 0024570)
*Printed name and bar number*

Sirkin, Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202

*Address*

mpinales@cinci.rr.com
*E-mail address*

(513) 721-4876
*Telephone number*

(513) 721-0876
*FAX number*