UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Candace C. Crouse having filed a motion for admission *Pro Hac Vice* as counsel for Defendant Russell Cletus Maricle, and the Court being sufficiently advised, it is hereby

**ORDERED** that the motion [Record No. 262] is **GRANTED**. Candace C. Crouse is permitted to appear for Defendant Russell Cletus Maricle in this action. Her appearance shall be effective as of the date of this Order.

Both Ms. Crouse and Mr. Pinales are advised that they will be required to meet all deadlines set by the Court and attend all hearings unless excuse is obtained in advance.

This 23rd day of June, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge