UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 6:09-CR-16-DCR |
| ) | |
| v. ) | ORDER |
| ) | |
| RUSSELL CLETUS MARICLE, et al., ) | |
| ) | |
| Defendants. ) | |

\* \* \* \* \* \* \*

Because the newly added Defendant has been arrested, the Court ORDERS that the Indictment, Motion, and Subsequent Pleadings associated with this case, and sealed by DE #274, are UNSEALED.

This the 10th day of July, 2009.

Signed By:
*Robert E. Wier*   REW
**United States Magistrate Judge**