UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 6:09-CR-16-DCR |
| v. | ) | ORDER |
| RUSSELL CLETUS MARICLE, et al., | ) | |
| Defendants. | ) | |

\* \* \* \* \* \* \*

Because a Superseding Indictment has been returned in this matter, *see* DE #272, the Court ORDERS that Arraignment be scheduled for **Thursday, July 16, 2009, at 1:30 p.m. in London**.

All defendants named in the Superseding Indictment who were also named in the initial Indictment (DE #3) shall appear and participate with counsel.

This the 10th day of July, 2009.

Signed By:
*Robert E. Wier*  REW
**United States Magistrate Judge**