**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        ) | |
|         **Plaintiff,**        ) | |
|         ) | |
| **vs.**        ) | **Criminal No. 6: 09-16-DCR** |
|         ) | |
| **CHARLES W. JONES,**        ) | |
|         **Defendant.**        ) | |
| _____) | |

**ORDER**
**(proposed)**
**\*\*\*\*\* \*\*\*\*\* \*\*\*\*\***

The Defendant, Charles W. Jones ("Defendant"), by counsel, has moved the Court to require the United States to produce a variety of materials no later than the date of the August 4, 2009, pre-trial conference.

For good cause shown and after reviewing the briefs submitted and argument of counsel, if is ORDERED that the United States shall produce all materials requested no later than August 4, 2009.

So ORDERED this ___ day of _____, 2009.

_____.
Danny C. Reeves,
United States District Judge, presiding

1