UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  6:09cr00016-DCR<br>Judge Danny C. Reeves |
| v. | : | |
| RUSSELL CLETUS MARICLE, et al., | : | Electronically Filed |
| Defendants. | : | |

**NOTICE OF FILING
CONVENTIONAL EXHIBIT**

Now comes, Defendant, Russell Cletus Maricle, by and through counsel, and gives notice that he is filing with the Clerk's office a conventional exhibit, *i.e.* the April 30, 2007 recording referred to in Maricle's Motion for Disqualification of United States Attorney, Steven Smith.  A courtesy copy will be provided to the Court.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Candace C. Crouse<br>Martin S. Pinales  (Ohio Bar No.  0024570)<br>Candace C. Crouse (Ohio Bar No. 0072405)<br>*Admitted Pro Hac Vice*<br>Sirkin, Pinales & Schwartz LLP<br>105 West Fourth Street, Suite 920<br>Cincinnati, Ohio 45202<br>Telephone: (513) 721-4876<br>Fax: (513) 721-0876<br>mpinales@cinci.rr.com<br>ccrouse@sirkinpinales.com | /s/ David S. Hoskins by CCC w/permission<br>David S. Hoskins<br>107 E. First Street<br>Corbin , KY 40701<br>Telephone: 606-526-9009<br>Fax: 606-526-1021<br>davidhoskins@bellsouth.net |

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 16th day of July, 2009.

/s/ Candace C. Crouse
Candace C. Crouse (Ohio Bar No. 0072405)
*Admitted Pro Hac Vice*