UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

By Order dated June 23, 2009, the Court granted a motion to appear *pro hac vice*, allowing attorney Candice Crouse permission to practice in this matter. The Order specifically cautioned both Ms. Crouse and Martin Pinales that they would be required to meet all deadlines set by the Court and attend all hearing unless excuse was obtained in advance. Apparently believing that the Court was not serious in its warning, Ms. Crouse and Mr. Pinales have now moved the Court for an extension of time to file motions beyond the current deadline. As grounds for the motion, the attorneys contend that they have been involved in the trial of another matter and have had to work on this matter during evenings and on weekends.

Having reviewed this matter, the Court finds the attorneys' motion to be without basis. In addition to the warning previously given, the Court notes that several pre-trial motions have already been filed, at least one of which appears to have had absolutely no merit. Further, another attorney currently represents the Defendant and is able to proceed in this matter. Accordingly, it is hereby

**ORDERED** as follows:

1.The Motion for Extension of Time to File Motions [Record No. 351] is **DENIED**.

2.Attorneys Martin Pinales and Candice Crouse are directed to appear before the undersigned at the United States Courthouse in London, Kentucky, on **Friday, August 21, 2009**, at the hour of **9:30 a.m.**, to **SHOW CAUSE** while they should not be removed as counsel of record for Defendant Maricle.

This 16th day of August, 2009.

Signed By:
*Danny C. Reeves*  DCR
United States District Judge