UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 6:09cr00016-DCR |
| | Judge Danny C. Reeves |
| v. | : |
| RUSSELL CLETUS MARICLE, et al., | : Electronically Filed |
| Defendants. | : |

**NOTICE OF FILING**
**CONVENTIONAL EXHIBIT**

Now comes, Defendant, Russell Cletus Maricle, by and through counsel, and gives notice that he is filing with the Clerk's office a conventional exhibit, *i.e.* a disk containing the May 2 and May 4, 2007 recordings referred to in Maricle's Motion to Suppress as Exhibits D & E. A courtesy copy will be provided to the Court.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Candace C. Crouse | /s/ David S. Hoskins by CCC w/permission |
| Martin S. Pinales (Ohio Bar No. 0024570) | David S. Hoskins |
| Candace C. Crouse (Ohio Bar No. 0072405) | 107 E. First Street |
| *Admitted Pro Hac Vice* | Corbin , KY 40701 |
| Sirkin, Pinales & Schwartz LLP | Telephone: 606-526-9009 |
| 105 West Fourth Street, Suite 920 | Fax: 606-526-1021 |
| Cincinnati, Ohio 45202 | davidhoskins@bellsouth.net |
| Telephone: (513) 721-4876 | |
| Fax: (513) 721-0876 | |
| mpinales@cinci.rr.com | |
| ccrouse@sirkinpinales.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 18th day of August, 2009.

                                /s/ Candace C. Crouse
                                Candace C. Crouse (Ohio Bar No. 0072405)
                                *Admitted Pro Hac Vice*