UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

NO. 09-CR-16-DCR-1

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                          ORDER

RUSSELL CLETUS MARICLE                                              DEFENDANT

* * * * *

Because the undersigned issued the warrant contested by Defendant Maricle's suppression motion, *see* DE #387 (Motion), United States Magistrate Judge Edward Atkins will conduct any necessary hearing and issue a recommended disposition to the District Judge.

This the 19th day of August, 2009.

Signed By:
*Robert E. Wier*
United States Magistrate Judge