UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:09-CR-16-S-01-DCR        At: LONDON        Date: August 21, 2009

U.S.A. vs. Russell Cletus Maricle    X Present    ___ Custody    ___ Bond    X OR AGE

PRESENT:

Hon. Danny C. Reeves, U.S. District Judge

| Jackie Brock | Cindy Oakes | Stephen C. Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

DEFENDANT:                                ATTORNEY FOR DEFENDANT:

Russell Cletus Maricle (present)(bond)    David Hoskins, Martin Pinales &
                                          Candace Crouse (Retained)(Present)

PROCEEDINGS: SHOW CAUSE HEARING

This matter was called for hearing with counsel and the Defendant present as noted.

For the reasons as stated on the record, the Court finds that sufficient cause has been shown to set aside the show cause order. The parties are again advised that the Court expects the parties to meet all deadlines as set by the Court.

Copies: COR, USP, USM

TIC: 6 minutes