UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

NO. 6:09-CR-16-DCR

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                    ORDER

RUSSELL CLETUS MARICLE;
DOUGLAS C. ADAMS; CHARLES
WAYNE JONES; WILLIAM E.
STIVERS, a/k/a AL MAN; FREDDY
W. THOMPSON; PAUL E. BISHOP;
WILLIAM B. MORRIS, a/k/a BART;
DEBRA L. MORRIS, a/k/a DEBBIE;
and STANLEY BOWLING                                                          DEFENDANTS

* * * * *

Except as to the disqualification motions (set for hearing by Judge Reeves) and as to Defendant Maricle's suppression motion (referred to Judge Atkins), **the United States shall respond** to all other motions filed by any defendants in the case on August 17, 2009, and August 20, 2009, by **no later than August 31, 2009**.

Further, **each and every Defendant shall respond** to Defendant Bowling's motion to continue, DE #366, by **no later than August 26, 2009**.

This the 21st day of August, 2009.



Signed By:
*Robert E. Wier*
**United States Magistrate Judge**