UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 09-16-DCR-1

UNITED STATES OF AMERICA,                 PLAINTIFF,

V.                 ORDER

RUSSELL CLETUS MIRACLE,                 DEFENDANT.

Upon the Court's own motion, and being advised,

IT IS ORDERED that on or before August 31, 2009, the United States shall file any response to the Defendant Maricle's Motion to Suppress [R. 387].

This the 24th day of August, 2009.



Signed By:
Edward B. Atkins   EBA
United States Magistrate Judge