UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*

The United States has moved the Court to establish a procedure to resolve issues relating to the admissibility of transcripts/translations of audio recordings prior to trial. [Record No. 377] The attachment to the government's motion lists approximately 45 recordings, together with a number of corresponding transcripts. Thus, the volume of recordings would suggest that the matter should be resolved before trial. Defendant Maricle has filed a similar motion, requesting an evidentiary hearing to determine the authenticity, accuracy, and trustworthiness of the recordings that have been provided to the Defendants during discovery [Record No. 380].

Being sufficiently advised, the Court finds both motions to be well-taken. Accordingly, it is hereby

**ORDERED** that the United States' motion to resolve pretrial issues relating to transcripts/translations of audio recordings prior to trial [Record No. 377], and Defendant Maricle's motion for a hearing to determine the authenticity, accuracy and trustworthiness of the

audio recordings, to the extent that the motion relates to the items listed on the attachment to the government's motion [Record No. 380], are **GRANTED**.

The procedures to identify and resolve the issues relating to the audio recordings and transcripts will be addressed during the preliminary pre-trial conference currently scheduled for September 2, 2009.

This 28th day of August, 2009.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge