UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **NOTICE** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*

In light of the extensive pre-trial publicity of this action through various media outlets in the London jury division, the parties are **NOTIFIED** that, during the preliminary pre-trial conference currently scheduled for September 2, 2009, the Court will address the possibility of transferring the trial of this matter to another jury division within the Eastern District of Kentucky. The parties will be expected to address the relevant factors contained in Rule 18 of the Federal Rules of Criminal Procedure with respect to this issue.

This 28th day of August, 2009.



Signed By:
Danny C. Reeves   DCR
United States District Judge