UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR                                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                  PLAINTIFF

V.            **NOTICE OF FILING OF CONVENTIONAL EXHIBITS**

RUSSELL CLETUS MARICLE                                                    DEFENDANT

\* \* \* \* \* \*

The United States gives notice of filing with the Clerk of the Court two conventional exhibits, *i.e.*, two discs containing a May 17, 2007, recording and a May 2, 2007, recording, to be filed in support of the government's response to Defendant Maricle's Motion to Suppress [R. 446]. The May 17, 2007, recording is marked as Exhibit 6 and the May 2, 2007, recording as Exhibit 7. A courtesy copy will be sent to chambers.

          Respectfully submitted,

          JAMES A. ZERHUSEN
          UNITED STATES ATTORNEY

BY:   s/ Stephen C. Smith
       Assistant United States Attorney
       601 Meyers Baker Road, Suite 200
       London, KY 40741
       Tel: (606) 864-5523
       Stephen.Smith4@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

s/ Stephen C. Smith
Assistant United States Attorney
