UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

NO. 6:09-CR-16-DCR

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | ORDER |
| RUSSELL CLETUS MARICLE; DOUGLAS C. ADAMS; CHARLES WAYNE JONES; WILLIAM E. STIVERS, a/k/a AL MAN; FREDDY W. THOMPSON; PAUL E. BISHOP; WILLIAM B. MORRIS, a/k/a BART; DEBRA L. MORRIS, a/k/a DEBBIE; and STANLEY BOWLING | DEFENDANTS |

\* \* \* \* \*

As to all pending defense motions to which the United States responded on August 31, 2009, any replies shall be filed no later than **September 9, 2009**.

For **any** future motion practice in this case, a reply will be permitted only by leave of court.

This the 2d day of September, 2009.

Signed By:
*Robert E. Wier*
**United States Magistrate Judge**