UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:09-CR-16-S-DCR                    At: LONDON             Date: September 2, 2009

PRESENT:

Hon. Danny C. Reeves, U.S. District Judge

| Jackie Brock | Cindy Oakes | Stephen C. Smith & Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| Russell Cletus Maricle (present)(bond) | David Hoskins, Martin Pinales & Candace Crouse (Retained)(Present) |
| Douglas C. Adams (present)(bond) | Bennett E. Bayer & R. Kent Westberry (Retained)(Present) |
| Charles Wayne Jons (present)(bond) | T. Scott White (CJA)(Present) |
| William E. Stivers (present)(bond) | Robert L. Abell (CJA)(Present) |
| Freddy W. Thompson (present)(bond) | Russell James Baldani (Retained)(Present) |
| William B. Morris (present)(bond) | Jerry W. Gilbert (Retained) |
| Debra L. Morris (present)(bond) | Elizabeth S. Hughes (CJA)(Present) |
| Stanley Bowling (present)(bond) | Daniel A. Simons (Retained)(Present |

PROCEEDINGS: PRELIMINARY PRETRIAL CONFERENCE

        This matter was called for hearing with counsel and the Defendants present as noted. The Court heard discussion from counsel regarding pretrial issues that need to be resolved prior to trial, as well as change of venue and a continuance of the trial date.  The Court also advised of attorneys not filing matters correctly electronically.  Therefore, and for the reasons as stated on the record, it is hereby

        **ORDERED** as follows:

        1)        The Clerk of the Court is directed to strike from the record any pleading that is filed incorrectly from this date forward and shall immediately notify the Court of the incorrect filing as well as the name of the offending attorney.  The Court will then enter an Order requiring the offending attorney, and co-counsel for that particular defendant, to obtain additional CM/ECF training.

2)      Due to space limitations (i.e., space is limited to eight people per class), counsel should contact the Lexington Clerk's Office at 1-866-485-6349 to register for the CM/ECF training session on September 29, 2009.  In the event this session is filled, counsel shall schedule training on an alternate date if additional training is required or requested.

3)      Counsel are encouraged to make any filings before the close of business to ensure adequate resources are available should assistance be needed when filing electronically. Counsel are further discouraged from contacting Clerk's Office personnel after hours unless absolutely necessary.

4)      The parties shall attempt to resolve any issues regarding the audio recordings and transcripts within thirty (30) days, which shall be limited to those items that have already been disclosed/designated by the United States. A hearing will be scheduled approximately fifteen (15) days thereafter to resolve any issues that remain in dispute.

5)      The issue regarding location of trial is **taken under advisement**.  The parties shall have fifteen (15) days from this date to file any supplemental materials regarding this issue.

6)      Defendant Maricle's Motion to Continue the Trial, [R. 441], is **SUSTAINED**.  The jury trial currently scheduled for December 7, 2009 shall be **CONTINUED** and **RE-SCHEDULED** to begin on **Tuesday, January 19, 2010** at the hour of **10:00 a.m.** Counsel shall be present at **9:00 a.m.** on the morning of trial.  The Court will set aside seven (7) weeks for the trial.

7)      Pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), the Court finds that the ends of justice served by continuance of the date of trial outweigh the best interests of the public and the Defendant in a speedy trial, because failure to grant such a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Therefore, the Court finds that any period of delay resulting from this continuance is excluded under the Speedy Trial Act at 18 U.S.C. §3161(h)(8)(a).

8)      The matter is scheduled for a final pretrial conference on **Tuesday, January 5, 2010**, at the hour of **11:00 a.m.**

9)      The Court will leave the location for the jury trial and final pretrial conference open pending further orders.

10)     By separate Order, Magistrate Judge Wier will schedule deadlines for the filing of reply briefs to motions currently pending.

This 2nd day of September, 2009.

Copies:  COR, USP, USM



Signed By:

_Danny C. Reeves_  DCR

**United States District Judge**

TIC: 1 hour, 2 minutes