UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

NO. 6:09-CR-00016-DCR

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                                                       ORDER

RUSSELL CLETUS MARICLE
and CHARLES WAYNE JONES                                                           DEFENDANTS

\* \* \* \* \* \*

Defendant Maricle (joined by Defendant Jones, *see* DE #382) seeks an order directing the United States to specify the 18 U.S.C. § 1962 subsection charged in Count 1 in this case. *See* DE #373. As the United States points out in response, *see* DE #455, Count 1 of the Superseding Indictment plainly refers to § 1962**(c)** as the operative subsection under the charged § 1962(d) conspiracy. *See* DE #272 Superseding Indictment, at 7.

The Court, seeing no need to await a reply on this clear record, DENIES as moot the request for specificity contained in DE ##373 and 382.

The Court issues this Order resolving a non-dispositive pretrial matter under 28 U.S.C. § 636(b)(1)(A). Any party objecting to this Order should consult the statute and Fed. R. Civ. P. 72(a) concerning its right of and the mechanics for reconsideration before the District Court. Failure to object waives a party's right to review.

This the 3rd day of September, 2009.



Signed By:
Robert E. Wier
United States Magistrate Judge