UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

Due to a scheduling conflict, and upon the Court's own motion, it is hereby

**ORDERED** that the final pre-trial conference previously scheduled for January 5, 2010, is **RESCHEDULED** to **Monday, January 4, 2010**, beginning at the hour of **11:00 a.m.**, at the United States Courthouse in London, Kentucky.

This 28th day of September, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge