UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(At London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 6:09-cr-00016-DCR |
| Plaintiff, | : | (Judge Danny C. Reeves) |
| | : | |
| vs. | : | |
| | : | |
| RUSSELL CLETUS MARICLE, *et al.*, | : | (Electronically Filed) |
| | : | |
| Defendants. | : | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective September 21, 2009, counsel for Defendant Russell Cletus Maricle, Martin S. Pinales and Candace C. Crouse, have changed their address. Mr. Pinales and Ms. Crouse are now with the law firm of STRAUSS & TROY, LPA, 150 E. Fourth Street, Cincinnati, Ohio 45202-4018.  This new address shall be effective immediately upon the filing of this Notice with the Court.

Dated:  October 2, 2009                    Respectfully submitted,


                                           /s/ Martin S. Pinales
                                           Martin S. Pinales (Ohio Bar No. 0024570)
                                           /s/ Candace C. Crouse
                                           Candace C. Crouse (Ohio Bar No. 0072405)
                                           *Admitted Pro Hac Vice*
                                           STRAUSS & TROY, LPA
                                           150 E. Fourth Street
                                           Cincinnati, OH  45202-4018
                                           Telephone:  513-621-2120
                                           Facsimile:   513-241-8259
                                           E-mail: *mspinales@strausstroy.com*
                                           E-mail: *cccrouse@strausstroy.com*

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 2nd day of October, 2009.

/s/ Martin S. Pinales
Martin S. Pinales (Ohio Bar No. 0024570)

1993798_1.DOC