UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:09-CR-16-DCR-1 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Defendant Russell Cletus Maricle filed a motion for temporary relief regarding bond conditions. *See* DE #520 (Motion).

Given the time constraints of the request, the United States **SHALL** file any response **by 1:00 p.m. on October 16, 2009.**

This the 15th of October, 2009.

Signed By:
*Robert E. Wier* /s/ REW
**United States Magistrate Judge**