Eastern District of Kentucky
**FILED**

OCT 1 6 2009

AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                PLAINTIFF

V.                          **ORDER**

RUSSELL CLETUS MARICLE                                  DEFENDANT

\* \* \* \* \* \*

The United States having filed a Motion for Late Filing to Respond to Defendant Maricle's Motion for Release from Home Detention (DE 520), for good cause shown, and the Court being otherwise sufficiently advised, it is

ORDERED that the Motion for Late Filing is GRANTED.

This __16th__ the day of October, 2009.

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE