UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CASE NO. 09-16-S-DCR                          **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA,**                        **PLAINTIFF,**

**VS.**              **NOTICE OF CHANGE OF ADDRESS**

**RUSSELL CLETUS MARICLE,**                        **DEFENDANT.**

\*\* \*\* \*\*

Please take notice that counsel for the Defendant, Russell Cletus Maricle, has changed his mailing address. Mr. Hoskins' new mailing address is now P.O. Box 1185, Corbin, Kentucky 40702-1185. This new address shall be effective immediately upon the filing of this Notice with the Court.

RESPECTFULLY SUBMITTED,

/s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: davidhoskins@bellsouth.net
ATTORNEY FOR DEFENDANT
RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

  The undersigned certifies that on this 2nd day of November, 2009, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

                /s/David S. Hoskins
                ATTORNEY FOR DEFENDANT
                RUSSELL CLETUS MARICLE

Case: 6:09-cr-00016-KKC    Doc #: 537    Filed: 11/02/09    Page: 2 of 2 - Page ID#: 3538