UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

*** *** *** ***

Upon the Court's own motion, it is hereby

**ORDERED** that the final pre-trial conference previously scheduled for January 4, 2010, beginning at the hour of 11:00 a.m., at London, Kentucky, shall be **RESCHEDULED** for **that same date and time**, at the United States Courthouse in **FRANKFORT**, Kentucky.

Ths 9th day of November, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

-1-