UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 09-16-S-DCR

UNITED STATES OF AMERICA                                               PLAINTIFF

V.      **RESPONSE TO MOTION TO AMEND RELEASE CONDITIONS**

RUSSELL CLETUS MARICLE                                                 DEFENDANT

\* \* \* \* \*

The Defendant, Russell Cletus Maricle, seeks to amend his release conditions to allow him to have contact with his son-in-law, Phillip Mobley, on November 25, 2009, and December 24, 2009, at specified times for the Thanksgiving and Christmas holidays. The United States takes no position on this request, and would leave the matter to the sound discretion of the Court and the supervising pretrial services officer.

                Respectfully submitted,
                JAMES A. ZERHUSEN
                UNITED STATES ATTORNEY


By: _____
Stephen C. Smith
Assistant United States Attorney
601 Meyers-Baker Road
London, Kentucky 40741

(606) 864-5523
stephen.smith4@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

Stephen C. Smith
Assistant United States Attorney