UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:09-CR-16-DCR-1 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The Court resolves a motion to amend release conditions filed by Defendant Maricle. *See* DE #539. The United States takes "no position" on the request. *See* DE #540. The Court has conferred with the USPO, which reports a record of compliance by Defendant.

The Court GRANTS the motion. As a limited exception to current release conditions, Defendant Maricle may have contact with Philip Mobley on Thursday, November 26, 2009 from 12:30 p.m. to 3:30 p.m. and on December 24, 2009 from 6:00 p.m. to 10:00 p.m. All other restrictions remain in effect.

This the 23rd day of November, 2009.

Signed By:
Robert E. Wier  REW
United States Magistrate Judge