AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY-SOUTHERN DIV. @ LONDON |

UNITED STATES OF AMERICA

V.

RUSSELL CLETUS MARICLE, ET AL

**EXHIBIT AND WITNESS LIST**

Case Number: 6:09-CR-16-S-DCR

| PRESIDING JUDGE<br>DANNY C. REEVES | PLAINTIFF'S ATTORNEY<br>STEPHEN SMITH | DEFENDANT'S ATTORNEY<br>Hoskins, Pinales, Crouse; Bayer; White; Abell; Baldani; Gilbert; Hughes; & Simons |
|---|---|---|
| TRIAL DATE(S):<br>12/22/2009 Evidentiary Hearing | COURT REPORTER<br>CINDY OAKES | COURTROOM DEPUTY<br>JACKIE BROCK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 12/22/09 | X | X | Defendant Maricle's version of transcripts **UNDER SEAL** |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages