UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*

The Court being sufficiently advised, it is hereby

**ORDERED** as follows:

Prior to the pre-trial conference currently scheduled for January 4, 2010, any party seeking introduction during trial of a previously-recorded statement shall provide the following information to the Court:

1. The identity of the speaker(s) and/or person(s) making the statement(s) sought to be introduced;

2. A specific description of the statement(s) sought to be introduced, together with a basis for introduction of the statement(s) (*i.e.*, the relevance of the statement to the issues presented for resolution); and

3. Citation to the specific rule of evidence applicable to introduction of the statement(s).

-1-

This 29th day of December, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge