UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court for consideration of the United States' motion to seal Exhibit A to its motion *in limine* filed this date [Record No. 575]. Being sufficiently advised, it is hereby

**ORDERED** that the United States' motion to seal [Record No. 576] is **GRANTED**. Exhibit A of the United States' motion *in limine* [Record No. 575] will remain under seal.

This 29th day of December, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge