## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**CRIMINAL NO. 09-16-S-DCR** *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA** **PLAINTIFF**

V.            **STATEMENT OF THE CASE**

**RUSSELL CLETUS MARICLE, et. al.,** **DEFENDANTS**

\* \* \* \* \*

Comes now, the United States of America, by and through counsel, Stephen C. Smith, Assistant United States Attorney for the Eastern District of Kentucky, pursuant to this Court's Order, and submits the following statement of the case:

On or about a day in March 2002, the exact date unknown, and continuing through on or about July 17, 2007, in Clay County in the Eastern District of Kentucky and elsewhere, the Defendants are alleged to have conspired together and with others to conduct and participate in the affairs of the Clay County Board of Elections, directly and indirectly. In their involvment in the affairs of the Board of Elections, the Defendants have allegedly engaged in a pattern of misconduct including acts of honest services mail fraud including each of the primary and general elections in 2004 and 2006, extortion including September 2004, obstruction of justice in May 2007, and multiple acts of bribery.

On or about a day in March 2002, the exact date unknown, and continuing through on or about July 17, 2007, in Clay County in the Eastern District of Kentucky and elsewhere, the Defendants are alleged to have conspired together and with others to launder money pooled for the purpose of buying votes and money extorted from others.

It is alleged that the Defendants agreed to conduct financial transactions by buying votes with the money. The money would later be returned to them in salaries and contracts to to others to further conceal and promote their unlawful activity.

On or about a day in June 2004, the exact date unknown, and continuing through on or about November 7, 2006, in Clay County in the Eastern District of Kentucky and elsewhere, the Defendants Maricle, Jones, Stivers, and Thompson are alleged to have conspired to oppress qualified voters constitutional rights by diluting their votes with illegal votes by persons charged with safe keeping the polls. During these same dates, Maricle, Jones, Stivers, Thompson, William B. Morris, Debra Morris and others are alleged to have conspired to pay and offer to pay voters for voting in an election held in part to select a candidate for federal office.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By:   s/Stephen C. Smith
Assistant U. S. Attorney
601 Meyers Baker Road, Suite 200
London, KY  40741
(606) 864-5523
Stephen.Smith4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to all counsel of record.

s/Stephen C. Smith
Assistant United States Attorney