(EDKY-234)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CRIMINAL MINUTES-GENERAL**

Page 1 of 3

 LONDON      Case No: 09-16      At FRANKFORT          Date 1/4/2010


PRESENT:
HON.      DANNY C. REEVES     , JUDGE

 K. Ratliff           Lisa Wiesman
Deputy Clerk          Court Reporter

     Stephen Smith/Jason Parman      None Required
     Assistant U.S. Attorney         Interpreter Present


| DEFENDANTS | ATTORNEY FOR DEFENDANTS |
|---|---|
| (1)Russell Cletus Maricle (present) | (1)D. Hoskins/M. Pinales/C. Crouse |
| (2)Douglas C. Adams (present 2nd half) | (2)B. Bayer/K. Westbury/K. Logan |
| (3)Charles Wayne Jones (present) | (3)T. Scott White |
| (4)William E. Stivers, aka Al Man (p) | (4)Robert L. Abell |
| (5)Freddy W. Thompson (present) | (5)Russell James Baldani |
| (6)William B. Morris, aka Bart  (p) | (6)Jerry W. Gilbert |
| (7)Debra L. Morris, aka Debbie  (p) | (7)Elizabeth Hughes |
| (8)Stanley Bowling (present) | (8)Daniel A. Simons |

PROCEEDINGS:     FINAL PRETRIAL CONFERENCE

     This matter having been called for proceeding with defendants and counsel present as noted.  The Court having heard counsel and being sufficiently advised,

     **IT IS ORDERED** herein as follows:
1)   Over objections of counsel to the Court conducting voir dire of prospective jury, the parties are given until 5 p.m. on Friday, January 8, 2010, to submit proposed non-argumentative voir dire questions to the Court. The Court will seat 4 alternates in the trial of this matter, with said designation being made at the conclusion of trial. The US will be given 8 peremptory challenges and the defendants, jointly, will have 12 peremptory challenges.

2)   Over objections of the defendants, the Court allows the US to designate two case agents for trial.

3)   The parties are given one week from this date to make any objections to the Court's corrections to the Jordan transcript.

4)   Defendants' counsel were advised that they do not need to have their witnesses appear on first day of trial to be recognized as being under subpoena.

5)   The parties were advised that they may pick-up a copy of the juror questionnaires one week prior to trial.  They are admonished not to use these questionnaires with anyone other than the client without advance permission from the Court.  Parties are to have the person certify that he or she will not disclose and has not disclosed any information about potential jurors in the case and submit said certification to the Court, *in camera*.

6)   Defendants' motions to dismiss [DE Nos. 583, 584, 588, 593, 599, 607, 609] are **DENIED** as being filed outside of the Court's deadline for filing of same. Pursuant to Rule 12(c), and the Court deems that the issues raised in those motions are waived under Rule 12(e) of the Federal Rules of Criminal Procedure.  The US may respond to these motions if it chooses to do so.

General Minute Order
January 4, 2010
6: 09-16-S-DCR
Page 2 of 3

7)      The US, by counsel, is given until 5:00 p.m. on Friday, January 15, 2010 to file written responses to the following defendant motions, DE Nos. 570, 586, 590 (as to admissibility), 592, 596, 604, 612, 613 & 616.

8)      Defendant/Jones' motion to strike [DE 598] is **GRANTED**, and DE No. 594 shall be stricken.

9)      Defendant/Jones' objection & motion regarding the use of transcripts [DE 595] & [620] are **DENIED**.

10)     Defendants/Morris' motion in limine [De 597] is **GRANTED** in part, pursuant to the Court's ruling in open court.

11)     Defendant/Thompson shall specify which particular tapes have unidentified persons by no later than close of business on Tuesday, January 12, 2010. [DE 590]

12)     Defendant/Thompson's motion in limine [DE 590] is **DENIED** in part, pursuant to the Court's ruling in open court.

13)     Defendant/Adams' motion in limine [DE 582] is **SUSTAINED** in part and **DENIED** in part.

14)     Defendant/Thompson's objection to use of tapes and transcripts [DE 572] is **OVERRULED**.

15)     Defendant/Stivers' motion [DE 570] to file April 9 and May 17 transcripts in the record under seal is **GRANTED**. Counsel shall file those transcripts with the clerk under seal.

16)     A hearing on 404(b) evidence and admission of inextricably intertwined background evidence is hereby set for <u>Tuesday, January 19, 2010, at 9:00 a.m.</u>, in Frankfort, Kentucky. Said hearing shall begin on Tuesday and continue into Wednesday, if need be.

17)     The Court will recognize all persons not filing objections to the US's notice [DE 581] will be deemed as having joined in that motion at this hearing.

18)     The first and second portions of the United States' motion in limine [DE 575] are **GRANTED** without prejudice. After the US submits its list of recorded conversations it seeks to introduce at trial, the defendants shall have 5 days to respond as to why the portions of those conversations that the United States seeks in the third part of its motion [DE 575] to exclude should be admitted.

19)     Defendant/Jones' motion to continue trial date [DE 610], over objection by defendant/Stivers, is hereby **GRANTED**, and the jury trial scheduled for Tuesday, January 19, 2010, is **CONTINUED** to Tuesday, February 2, 2010, at 9:00 a.m., in Frankfort, Kentucky. Counsel shall be present by 8:30 a.m.  The Court finds that the period between the date that the Court was scheduled to begin the trial until the date of February 2nd is excludable under the Speedy Trial Act as being necessary for the parties to prepare and also in the interest of justice, pursuant to 18 U.S.C. 3161(h)(7)(A).

General Minute Order
January 4, 2010
6: 09-16-S-DCR
Page 3 of 3

20)    The United States has 1 week from this date to submit additional information as previously directed regarding the recorded conversations it seeks to introduce at trial.

This 4th day of January, 2010.



Signed By:

Danny C. Reeves

United States District Judge

Copies: USM-USP-All Counsel
Deputy Clerk_kr_____

| TIC: | 3 | 06 |
|------|---|----|