UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court for consideration of the United States' motion to seal Exhibit A to its motion to amend conditions of pretrial release [Record No. 633], filed this date. Being sufficiently advised, it is hereby

**ORDERED** that the United States' motion to seal [Record No. 634] is **GRANTED**. Exhibit A of the motion to amend conditions of pretrial release [Record No. 633] filed by the United States, will remain under seal.

This 12th day of January, 2010.

