# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL CASE NO. 09-16-S-DCR          *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA,          PLAINTIFF,

v.

RUSSELL CLETUS MARICLE, et al.          DEFENDANTS.

## RESPONSE TO UNITED STATES MOTION TO AMEND CONDITIONS OF PRE-TRIAL RELEASE

Neither Defendant Maricle, nor undersigned counsel, have released any discovery with malicious intent to incite another to harass and intimidate a government witness. The only mention of a racial slur was in open court at the pretrial conference on January 4, 2010 and in a Motion in Limine filed by a co-defendant. However, Defendant and counsel are unable to fully respond to this Motion unless the court orders the United States to provide undersigned counsel with a copy of Exhibit A (sealed FBI 302). Accordingly, Defendant requests that a copy of sealed Exhibit A be released to his counsel.

         Respectfully submitted,

         STRAUSS & TROY, LPA

         /s/ Candace C. Crouse
         MARTIN S. PINALES (Ohio Bar No. 0024570)
         CANDACE C. CROUSE (Ohio Bar No. 0072405)
         The Federal Reserve Building
         150 East Fourth Street
         Cincinnati, Ohio 45202-4018
         Telephone: 513-621-2120
         Fax: 513-241-8259
         mspinales@strausstroy.com
         cccrouse@strausstroy.com

         - and –

/s/ David Hoskins by CCC w/permission  
P.O. Box 1185  
Corbin, KY 40702-1185  
Telephone:606-526-9009  
Fax:606-526-1021  
davidhoskins@bellsouth.net  

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 12th day of January, 2010.

/s/ Candace C. Crouse _____
CANDACE C. CROUSE (Ohio Bar No. 0072405)