UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **NOTICE** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court continues to be concerned with the nature of statements and information

relayed by counsel through the Court's chambers E-mail address.  While the parties may

continue to forward appropriate filings to this address, counsel are hereby advised that, other

than a general, non-argumentative description of the material being forwarded, no further

discussion, complaint, statement, or other information need be provided in this manner.

This same limitation shall apply to telephone messages left after regular business hours.

This 14th day of January, 2010.



Signed By:
Danny C. Reeves  DCR
United States District Judge