AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN      Eastern District of Kentucky DISTRICT OF      KENTUCKY at Frankfort

FILED

JAN 19 2010

USA

V.

Russell Cletus Maricle, ET AL

AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

**EXHIBIT AND WITNESS LIST**

Case Number:  6:09-CR-16-DCR

| PRESIDING JUDGE<br>Danny C. Reeves | PLAINTIFF'S ATTORNEY<br>Stephen C. Smith/Jason D. Parman | DEFENDANT'S ATTORNEY- B. Bayer/K.Westbury<br>M.Pinales/D. Hoskins/T.Scott White/R. Abell/R. Baldani/J.Gilbert/<br>E. Hughes/D. Simons |
|---|---|---|
| TRIAL DATE (S)<br>1/19/2010 | COURT REPORTER<br>L. Weisman | COURTROOM DEPUTY<br>K. Ratliff |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| **W1** | | **1/19/10** | | | **WITNESS: KENNETH DAY** | |
| 1 | | 1/19/10 | X | X | Copy of Plea Agreement for Kenneth Day filed  2/13/06 | No obj |
| **W2** | | **1/19/10** | | | **WITNESS:  EUGENE LEWIS** | |
| 2 | | " | X | X | Copy of Plea Agreement for Eugene Lewis filed 01/23/06 | No obj |
| **W3** | | **1/19/10** | | | **WITNESS:   J.C. LAWSON** | |
| 3 | | " | X | X | Copy of Plea Agreement for J.C. Lawson filed | No obj |
| **W4** | | **1/19/10** | | | **WITNESS:   TIMOTHY S. BRIGGS, FBI** | |
| 4 | | " | X | X | DVD news clip from "Inside Edition" TV show | No obj |
| 5 | | " | X | X | Entry of Appearance by Cletus Maricle on behalf of Douglas Adams in Clay Circuit | |
| | | | | | Court case 89-CR-051 & 047 | Obj/OR |
| 6 | | " | X | X | Bonds of Kenneth Day from Clay County Court Clerk's Ofc for yrs 88-92 | No obj |
| 7 | | " | X | X | Board of Election Commissioner's Meeting of Sept. 16, 1985 | No obj |
| 8 | | " | X | X | Tabulated votes for May, 1985 election cast in Clay County | No obj |
| 9 | | " | X | X | Tabulated votes cast in May, 1983 election in Clay County | No obj |
| 10 | | " | X | X | Civil Action Judgment of Day vs. Gary Runyon, 9/21/90 | No obj |
| 11 | | " | X | X | Article from Manchester Enterprise dated 9/27/90 | No obj |
| 12 | | " | X | X | Copy of Clay Co Court docket showing cases and representations of counsel | No obj |
| 13 | | " | X | X | Copy of Deed dated 2/11/88 for parcel of land for $55,000.00 | No obj |
| 14 | | " | X | X | Copy of Lex-Herald newspaper article of 9/13/87 | No obj |
| 15 | | " | X | X | Copy of USA Today article of 7/11/89 | No obj |
| 16 | | " | X | X | Tabulated statement of votes cast in May, 1993 election in Clay Co. | No obj |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____1_____ Pages

*# Exhibits being kept in Frankfort Ofc.*