(EDKY-234)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CRIMINAL MINUTES-GENERAL**

LONDON   Case No: 09-16   At FRANKFORT   Date 1/19/2010

PRESENT:
HON. DANNY C. REEVES , JUDGE

K. Ratliff         Lisa Wiesman
Deputy Clerk       Court Reporter

Stephen Smith/Jason Parman         None Required
Assistant U.S. Attorney            Interpreter Present

| DEFENDANTS | ATTORNEY FOR DEFENDANTS |
|---|---|
| (1) Russell Cletus Maricle (present) | (1) D. Hoskins/M. Pinales/C. Crouse |
| (2) Douglas C. Adams (present) | (2) B. Bayer/K. Westbury/K. Logan |
| (3) Charles Wayne Jones (present) | (3) T. Scott White |
| (4) William E. Stivers, aka Al Man (p) | (4) Robert L. Abell |
| (5) Freddy W. Thompson (present) | (5) Russell James Baldani |
| (6) William B. Morris, aka Bart (p) | (6) Jerry W. Gilbert |
| (7) Debra L. Morris, aka Debbie (p) | (7) Elizabeth Hughes |
| (8) Stanley Bowling (present) | (8) Daniel A. Simons |

PROCEEDINGS:   HEARING ON ADMISSIBILITY OF 404(B) MATTERS

This matter having been called for proceeding with defendants and counsel present as noted. The Court having heard counsel and testimony offered, accordingly,

**IT IS ORDERED** that the issue of admissibility of background/404(b) evidence is TAKEN UNDER ADVISEMENT, with the Court's ruling forthcoming by separate order.

This 19th day of January, 2010.

Signed By:
*Danny C. Reeves* DCR
United States District Judge

Copies: USM-USP-All Counsel                    Deputy Clerk kr

TIC:  4  51