UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:09-CR-16-S-DCR     At: LONDON     Date: January 21, 2010

PRESENT:   Hon. Robert E. Wier, U.S. Magistrate Judge

| Sheila Hartz | Barbara McDermott | Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| Russell Cletus Maricle (present)(bond) | David Hoskins & Martin Pinales (Retained)(Present) |
| Douglas C. Adams (present)(bond) | R. Kent Westberry (Retained)(Present) |
| Charles Wayne Jones (present)(bond) | T. Scott White (CJA)(Present) |
| William E. Stivers (not present)(custody) | Robert L. Abell (CJA)(Present) |
| Freddy W. Thompson (present)(bond) | Russell James Baldani (Retained)(Present) |
| William B. Morris (present)(bond) | Jerry W. Gilbert (Retained)(Present) |
| Debra L. Morris (present)(bond) | Elizabeth S. Hughes (CJA)(Present) |
| Stanley Bowling (present)(bond) | Daniel A. Simons (Retained)(Present) |

PROCEEDINGS: STATUS HEARING

This matter was called for a hearing with counsel and the Defendants present as noted.

The Court heard argument and discussion from counsel regarding the United States's motion to modify release conditions (DE #633), Defendant Maricle's motion to amend bond conditions (DE #670), and Defendant Jones's release conditions during trial.

The Court will issue a separate order or orders addressing all topics included in the hearing.

This the 21st day of January, 2010.



**Signed By:**

*Robert E. Wier*

**United States Magistrate Judge**

Copies: COR, USP

TIC: 30 minutes