UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:09-CR-16-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, | ) | |
| DOUGLAS C. ADAMS, | ) | |
| CHARLES WAYNE JONES, | ) | ORDER |
| FREDDY W. THOMPSON, | ) | |
| WILLIAM B. MORRIS a/k/a Bart, | ) | |
| DEBRA L. MORRIS, and | ) | |
| STANLEY BOWLING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

*** *** *** ***

The Court held a status conference to address the Government's global motion to modify release conditions. *See* DE #673 (Minute Entry for Status Conference). The Court has evaluated the briefing, including all responses (DE ##638 (Maricle Response), 639 (Jones Response), 643 (Stivers Response), & 647 (Thompson Response)), and heard from all interested counsel at the hearing.

The Bail Reform Act permits condition modification at any time. *See* 18 U.S.C. § 3142(c)(3). Still, any modification must fall within the (c)(1) ambit and include only the least restrictive conditions required reasonably to assure appearance and community safety. Here, the United States does not present proof of a conditional violation; rather, the proffer indicates possible third-party awareness of information contained in discovery, and the Government draws a broad negative inference. Anecdotally, several of the Defendants contend that knowledge of the

underlying tape content is and has been accessible on the street.

The Court DENIES the request to modify (DE #633), finding current conditions adequate to meet the historical and present concerns of the United States. On the record, the Court clarified the restriction, already applicable to all Defendants, regarding third-party contact regarding the subject matter of the case. The "subject matter of the case" includes, among other things, case evidence and discovery received from the United States. Thus, communication of evidence or discovery by a Defendant to a third person (except through or in the presence of counsel), would violate the release condition, concerning contact, that has been and remains in effect for each Defendant. The United States's motion did not seek to regulate or restrict conduct by defense counsel.

This the 22nd day of January, 2010.

Signed By:
*Robert E. Wier*  REW
United States Magistrate Judge