UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court for consideration of the United States' motion for a hearing regarding proffered testimony of all defense experts. The Court being sufficiently advised, it is hereby

**ORDERED** that the United States' motion for a hearing is **GRANTED**. This matter is **ASSIGNED** for a hearing on **Monday, February 1, 2010**, beginning at the hour of **2:00 p.m.**, at the United States Courthouse in **FRANKFORT**, Kentucky.

This 27th day of January, 2010.



Signed By:
_Danny C. Reeves_  DCR
United States District Judge

-1-