# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 09-16-S-DCR**                              **Electronically Filed**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**GOVERNMENT'S RESPONSE**
**V.**        **TO MOTION TO ALTER**
**CONDITIONS OF RELEASE**

**RUSSELL CLETUS MARICLE**
**CHARLES WAYNE JONES**                                             **DEFENDANTS**

\* \* \* \* \*

Comes the United States, by counsel, and in response to the motion made by counsel for Defendant Maricle [Docket Entry 670] and the motion filed by counsel for Jones [Docket Entry 694] to alter their conditions of pre-trial release, states that it has no objection.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By:   s/Jason D. Parman
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, KY 40741
Tel: (606) 864-5523
Jason.Parman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2010, I filed the foregoing using the CM/ECF system which will send notice of filing to counsel of record:

By: s/Jason D. Parman
Assistant United States Attorney