UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*

The United States has requested a hearing to determine whether the defendants have provided timely notice of proposed expert witnesses and whether such testimony is proper opinion testimony under Rule 702 of the Federal Rules of Evidence and governing case authority. [Record No. 698] That request has been granted and a hearing has been scheduled for Monday, February 1, 2010. [Record No. 699] To expedite the upcoming hearing, it is hereby

**ORDERED** that, on or before **10:00 a.m.** on **Monday, February 1, 2010**, the United States is directed to: (i) identify the pleadings or other documents in which each Defendant requested expert witness information under Rule 16 of the Federal Rules of Criminal Procedure; (ii) identify the pleadings or other documents in which the United States requested reciprocal expert witness information; and (iii) identify the pleadings or other documents in which the United States responded to each Defendant's request for expert witness information.

This 29th day of January, 2010.

