UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*

The United States has filed a motion to continue the trial of this matter which is currently scheduled to begin on Tuesday, February 2, 2010. [Record No. 706] Being sufficiently advised, it is hereby

**ORDERED** that, on or before **10:00 a.m.** on **Monday, February 1, 2010**, the Defendants shall file short responses, outlining their positions regarding a possible continuance of the starting date of the trial or, alternatively, that a break between witnesses be taken to allow the United States to complete review of file materials for *Brady/Giglio* materials.

This 29th day of January, 2010.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge