(EDKY-234)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CRIMINAL MINUTES-GENERAL**

LONDON       Case No: 09-16       At FRANKFORT              Date 2/1/2010

PRESENT:
HON.    DANNY C. REEVES   , JUDGE

K. Ratliff            Lisa Wiesman
Deputy Clerk          Court Reporter

Stephen Smith/Jason Parman          None Required
Assistant U.S. Attorney             Interpreter Present

| DEFENDANTS | ATTORNEY FOR DEFENDANTS |
|---|---|
| (1) Russell Cletus Maricle (present) | (1) D. Hoskins/M. Pinales/C. Crouse |
| (2) Douglas C. Adams (present) | (2) B. Bayer/K. Westbury/K. Logan |
| (3) Charles Wayne Jones (present) | (3) T. Scott White |
| (4) William E. Stivers, aka Al Man (p) | (4) Robert L. Abell |
| (5) Freddy W. Thompson (present) | (5) Russell James Baldani |
| (6) William B. Morris, aka Bart (p) | (6) Jerry W. Gilbert |
| (7) Debra L. Morris, aka Debbie (p) | (7) Elizabeth Hughes |
| (8) Stanley Bowling (present) | (8) Daniel A. Simons |

PROCEEDINGS:     HEARING ON MOTIONS

This matter having been called for proceeding with defendants and counsel present as noted. The Court having heard counsel and testimony offered, accordingly,

**IT IS ORDERED**

1) The government's motion to continue [DE 706] is **DENIED**. The Court will determine during the course of trial whether short continuances are needed for further discovery review/production.

2) The parties who have designated expert witnesses may supplement their disclosures by 5:00 p.m., on Monday, February 8, 2010.

3) A *Daubert* Hearing will be scheduled for Friday, February 12, 2010, if necessary.

This 1st day of February, 2010.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

Copies: USM-USP-All Counsel                        Deputy Clerk kr

| TIC: | 1 | 12 |