EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

  LONDON     Case No. 09-16-DCR  At FRANKFORT     Date 2/2/10

DOCKET ENTRY: Juror Nos. 27 and 121 were qualified at the beginning of proceedings by the Court.

PRESENT: HON.   DANNY C. REEVES   , JUDGE

| K. Ratliff | Lisa Weisman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

| DEFENDANTS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/lM. Pinales/C. Crouse(R) |
| (2) Dougas C. Adams (P) | (2) Bennett Bayer/K. Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Tucker Richardson/R. Baldani (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X  JURY TRIAL. The Jury impaneled and sworn as follows:   ___ COURT TRIAL

(1) 129      (5) 93       (9) 24
(2) 94       (6) 87       (10) 82
(3) 21       (7) 12       (11) 78
(4) 19       (8) 16       (12) 43
(13) 119                  (14) 9
(15) 33                   (16) 28

Introduction of Evidence for plff/deft  ___ begun  ___ resumed  ___ concluded

___ Rebuttal evidence; ___ Surrebuttal evidence.

 X  Case continued to   2/3/10 at 9 am at Frankfort, KY   for further trial.

___ Motion for judgment of acquittal  ___ granted  ___ denied  ___ submitted.

___ Jury retires to deliberate at_____; Jury returns at_____

___ FINDING BY COURT.  ___ JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT

(1) DEFENDANT_____   (2) DEFENDANT_____

(3) DEFENDANT_____   (4) DEFENDANT_____

___ Jury Polled.  ___ Polling Waived  ___ Mistrial Declared

Case continued until_____ 19__ at_____ for sentencing.

___ Court orders Presentence Report-copy to be furnished counsel pur Rule 32,FRCP

___ Copy of Presentence Report not requested.

 X  Defendants to remain on bond.   X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM

| TIC: | 6 | 40 |
|---|---|---|