EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON   Case No. 09-16-DCR   At FRANKFORT   Date 2/3/10

DOCKET ENTRY: Court holds in camera proceeding with juror. Out of presence of the jury, oral motion by defendant/Stivers to dismiss this juror is DENIED. The transcript of the in camera proceedings before the Court shall be filed UNDER SEAL. Out of presence of jury, defendant/Maricle's motion in limine [DE 604] is SUSTAINED in part and DENIED in part as moot. Defendants/Thompson and Jones joins in Stivers' motion to dismiss juror and moves for mistrial, which is DENIED. Defendant/Thompson's oral motion to reconsider the Court's ruling on motion in limine [DE 691] is DENIED.

PRESENT: HON.   DANNY C. REEVES   , JUDGE

| K. Ratliff | Lisa Weisman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorneys |

| DEFENDANTS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales/C. Crouse (R) |
| (2) Douglas C. Adams (P) | (2) Bennett Bayer/K. Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Tucker Richardson/R. Baldani (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X   JURY TRIAL. The Jury impaneled and sworn as follows:   ___ COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87   (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43   (13) 119   (14) 9   (15) 33   (16) 28

Introduction of Evidence for plff/deft ___ begun ___ resumed ___ concluded
___ Rebuttal evidence; ___ Surrebuttal evidence.
X  Case continued to   2/4/10 at 9 am at Frankfort, KY   for further trial.
___ Motion for judgment of acquittal ___ granted ___ denied ___ submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT. ___ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___ Jury Polled. ___ Polling Waived ___ Mistrial Declared
Case continued until_____ 20__ at_____for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pur Rule 32,FRCP
___ Copy of Presentence Report not requested.
 X  Defendants to remain on bond.  X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Ct Reporter         Deputy Clerk   kr

TIC:  5  35