EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON     Case No. 09-16-DCR At FRANKFORT     Date 2/4/10

DOCKET ENTRY: Out of hearing of jury, Defendant Douglas C. Adams' motion for mistrial is DENIED.

PRESENT: HON.  DANNY C. REEVES , JUDGE

| K. Ratliff | C. Oakes/L. Weisman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales/C. Crouse (R) |
| (2) Douglas C. Adams (P) | (2) Bennett Bayer/K. Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Tucker Richardson/R. Baldani (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X  JURY TRIAL. The Jury impaneled and sworn as follows:  ___ COURT TRIAL

(1) 129    (2) 94    (3) 21    (4) 19    (5) 93
(6) 87     (7) 12    (8) 16    (9) 24    (10) 82
(11) 78    (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

Introduction of Evidence for plff  X begun;  ___ resumed; Not concluded.
___ Rebuttal evidence; ___ Surrebuttal evidence.
 X  Case continued to  2/5/10 at 9 am at Frankfort, KY  for further trial.
___ Motion for judgment of acquittal  ___ granted  ___ denied  ___ submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT.  ___ JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____ (2) DEFENDANT_____
(3) DEFENDANT_____ (4) DEFENDANT_____
(5) DEFENDANT_____ (6) DEFENDANT_____
(7) DEFENDANT_____ (8) DEFENDANT_____
___ Jury Polled.  ___ Polling Waived  ___ Mistrial Declared
Case continued until_____ 20__ at_____ for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pur Rule 32,FRCP
___ Copy of Presentence Report not requested.
 X  Defendants to remain on bond.  X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM,                     Deputy Clerk    kr

| TIC: | 5 | 18 |