EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON    Case No. 09-16-DCR At FRANKFORT    Date 2/5/10

DOCKET ENTRY: Out of hearing of jury, defendant, Douglas Adams' renewed motion for mistrial is DENIED.

PRESENT: HON. DANNY C. REEVES, JUDGE

| K. Ratliff | C. Oakes/L. Weisman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales/C. Crouse (R) |
| (2) Douglas C. Adams (P) | (2) Bennett Bayer/K. Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Tucker Richardson/R. Baldani (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X  JURY TRIAL. The Jury impaneled and sworn as follows:  ____ COURT TRIAL

(1) 129   (2) 94    (3) 21    (4) 19    (5) 93
(6) 87    (7) 12    (8) 16    (9) 24    (10) 82
(11) 78   (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

Introduction of Evidence for plff  X begun; ____ resumed; Not concluded.
____ Rebuttal evidence; ____ Surrebuttal evidence.
X Case continued to 2/8/10 at 9 am at Frankfort, KY for further trial.
____ Motion for judgment of acquittal ____ granted ____ denied ____ submitted.
____ Jury retires to deliberate at_____; Jury returns at_____
____ FINDING BY COURT. ____ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____  (2) DEFENDANT_____
(3) DEFENDANT_____  (4) DEFENDANT_____
(5) DEFENDANT_____  (6) DEFENDANT_____
(7) DEFENDANT_____  (8) DEFENDANT_____
____ Jury Polled. ____ Polling Waived ____ Mistrial Declared
Case continued until_____20__ at_____for sentencing.
____ Court orders Presentence Report-copy to be furnished counsel pur Rule 32,FRCP
____ Copy of Presentence Report not requested.
X Defendants to remain on bond.  X Dft/Stivers remanded to custody.

Copies: COR, USP, USM,                    Deputy Clerk    kr

| TIC: | 6 | 0 |
|---|---|---|