EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON     Case No. 09-16-DCR At FRANKFORT     Date 2/8/10

DOCKET ENTRY: Out of presence of jury, the Court reviewed notes tendered by counsel for the United States to determine if those materials should be produced under 18 U.S.C. §3500 and determined that they need not be produced as Jencks Act material. Those materials were placed in the record under SEAL. Parties, by counsel, shall inform the Court on February 9, 2010, regarding their request for a *Daubert* hearing. That hearing is tentatively scheduled for February 12, 2010, subject to intervening orders.

PRESENT: HON.    DANNY C. REEVES   , JUDGE

| K. Ratliff | C. Oakes/A. Banta | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

DEFENDANTS                                      ATTORNEYS FOR DEFENDANTS

(1) Russell Cletus Maricle (P)        (1) David Hoskins/M. Pinales         (R)
(2) Douglas C. Adams (P)              (2) Bennett Bayer/K. Westbury/K. Logan (R)
(3) Charles Wayne Jones (P)           (3) T. Scott White (R)
(4) William E. Stivers (P)            (4) Robert L. Abell (R)
(5) Freddy W. Thompson (P)            (5) R. Tucker Richardson/R. Baldani (R)
(6) William B. Morris (P)             (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)               (7) Elizabeth Hughes (R)
(8) Stanley Bowling (P)               (8) Daniel Simons (R)

X  JURY TRIAL. The Jury impaneled and sworn as follows:    ___ COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87    (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43  (13) 119 (14) 9   (15) 33   (16) 28

Introduction of Evidence for plff   X begun;   ___ resumed;  Not concluded.
___ Rebuttal evidence; ___ Surrebuttal evidence.
 X Case continued to  2/9/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY  for further trial.
___ Motion for judgment of acquittal   ___ granted   ___ denied   ___ submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT.   ___ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____    (2) DEFENDANT_____
(3) DEFENDANT_____    (4) DEFENDANT_____
(5) DEFENDANT_____    (6) DEFENDANT_____
(7) DEFENDANT_____    (8) DEFENDANT_____
___ Jury Polled.  ___ Polling Waived  ___ Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pur Rule 32, FRCP
___ Copy of Presentence Report not requested.
 X Defendants to remain on bond.   X Dft/Stivers remanded to custody.

Copies: COR, USP, USM,                            Deputy Clerk    kr

| TIC: | 6 | 36 |