EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON   Case No. 09-16-DCR At FRANKFORT   Date 2/11/10

DOCKET ENTRY: Out of presence of jury, defendant/Thompson's Motion for Reconsideration [DE735] is DENIED, and the Court's ruling of January 26, 2010 shall stand. Without further order, counsel shall not provide any third party with a copy of these proceedings. Court Reporters are advised that no third party is to be provided daily copy of proceedings without a motion being made to the Court and an order being entered after a hearing has been held on same. Defendant/Thompson's oral motion to limit the post audio dissection of tapes by government is DENIED.

PRESENT: HON.   DANNY C. REEVES   , JUDGE

| K. Ratliff | C. Oakes/A. Banta | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales (R) |
| (2) Douglas C. Adams (P) | (2) Kent Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Tucker Richardson/R. Baldani (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X   JURY TRIAL. The Jury impaneled and sworn as follows: _____ COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87   (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43   (13) 119   (14) 9   (15) 33   (16) 28

Introduction of Evidence for plff ____begun;  X  resumed; Not concluded.
___Rebuttal evidence; ____Surrebuttal evidence.
 X  Case continued to   2/12/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY   for further trial.
___Motion for judgment of acquittal   ___granted   ___denied   ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT.   ___JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___Jury Polled.   ___Polling Waived   ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pur Rule 32,FRCP
___Copy of Presentence Report not requested.
 X  Defendants to remain on bond.   X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM,                         Deputy Clerk   kr

| TIC: | 6 | 41 |