UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL ACTION NO. 6:09-CR-16-S-DCR

[*Filed Electronically*]

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | |
| RUSSELL CLETUS MARICLE, et al. | DEFENDANTS |

### NOTICE OF THE MANCHESTER ENTERPRISE WITHDRAWING MOTION TO INTERVENE AND TO SET A HEARING

The Manchester Enterprise, Inc. (the "Enterprise") has instructed counsel to withdraw the motion that it filed in this action on February 12, 2010, by which the Enterprise moved the Court for leave to intervene and for an expedited hearing date. Therefore, counsel hereby files notice that the Enterprise wishes to withdraw the motion that it filed February 12, 2010.

Respectfully submitted,

*s/ Barbara Edelman*
Jon L. Fleischaker
Barbara Edelman
James L. Adams
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
(502) 540-2300 (Telephone)
(502) 585-2207 (Fax)

*Counsel for The Manchester Enterprise, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 15, 2010 the above notice was filed via the CM/ECF system which will send notice of filing to counsel of record.

                                              *s/ Barbara Edelman*
                                              Counsel for The Manchester Enterprise, Inc.