UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Manchester Enterprise having filed a notice [Record No. 739] that it is withdrawing its motion for leave to intervene, it is hereby

**ORDERED** that the motion for leave to intervene [Record No. 737] is **DENIED** as moot.

This 16th day of February, 2010.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge