EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

<u>LONDON</u>    Case No. <u>09-16-DCR</u>   At <u>FRANKFORT</u>    Date <u>2/18/10</u>

DOCKET ENTRY: Defendant/Maricle's oral motion for reconsideration of the Court's ruling on the motion in limine regarding the transcripts is DENIED.

PRESENT: HON. <u>DANNY C. REEVES</u>, JUDGE

| <u>K. Ratliff</u> | <u>C. Oakes/A. Banta</u> | <u>Stephen Smith/Jason Parman</u> |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) <u>Russell Cletus Maricle (P)</u> | (1) <u>David Hoskins/M. Pinales      (R)</u> |
| (2) <u>Douglas C. Adams (P)</u> | (2) <u>Kent Westbury/K. Logan/B. Bayer  (R)</u> |
| (3) <u>Charles Wayne Jones (P)</u> | (3) <u>T. Scott White (R)</u> |
| (4) <u>William E. Stivers (P)</u> | (4) <u>Robert L. Abell (R)</u> |
| (5) <u>Freddy W. Thompson (P)</u> | (5) <u>R. Tucker Richardson/R. Baldani (R)</u> |
| (6) <u>William B. Morris (P)</u> | (6) <u>Jerry W. Gilbert (R)</u> |
| (7) <u>Debra L. Morris (P)</u> | (7) <u>Elizabeth Hughes (R)</u> |
| (8) <u>Stanley Bowling (P)</u> | (8) <u>Daniel Simons (R)</u> |

<u>X</u>  JURY TRIAL. The Jury impaneled and sworn as follows: ___ COURT TRIAL

(1) <u>129</u>   (2) <u>94</u>    (3) <u>21</u>    (4) <u>19</u>    (5) <u>93</u>
(6) <u>87</u>    (7) <u>12</u>    (8) <u>16</u>    (9) <u>24</u>    (10) <u>82</u>
(11) <u>78</u>   (12) <u>43</u>   (13) <u>119</u>   (14) <u>9</u>    (15) <u>33</u>    (16) <u>28</u>

Introduction of Evidence for plff ___begun; <u>X</u> resumed; <u>Not</u> concluded.
___Rebuttal evidence; ___Surrebuttal evidence.
<u>X</u> Case continued to <u>2/19/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY</u> for further trial. Counsel to be present by 8:30 a.m.
___Motion for judgment of acquittal   ___granted   ___denied   ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT.  ___JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____      (2) DEFENDANT_____
(3) DEFENDANT_____      (4) DEFENDANT_____
(5) DEFENDANT_____      (6) DEFENDANT_____
(7) DEFENDANT_____      (8) DEFENDANT_____
___Jury Polled.   ___Polling Waived   ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
<u>X</u> Defendants to remain on bond.  <u>X</u> Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                    Deputy Clerk  <u>kr</u>

**TIC:** | 6 | 17 |