EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON    Case No. 09-16-DCR    At FRANKFORT    Date 2/23/10

DOCKET ENTRY:

PRESENT: HON.    DANNY C. REEVES    ,JUDGE

| K. Ratliff | C. Oakes/L. Weisman | Stephen Smith |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales (R) |
| (2) Douglas C. Adams (P) | (2) Kent Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Tucker Richardson/R. Baldani (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X  JURY TRIAL. The Jury impaneled and sworn as follows:  ____ COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87    (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43  (13) 119 (14) 9   (15) 33   (16) 28

Introduction of Evidence for plff ____ begun;  X  resumed; Not concluded.
____ Rebuttal evidence; ____ Surrebuttal evidence.

 X Case continued to   2/24/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY   for further trial. **Counsel to be present by 8:30 a.m.**

____ Motion for judgment of acquittal    ____ granted    ____ denied    ____ submitted.
____ Jury retires to deliberate at_____; Jury returns at_____
____ FINDING BY COURT.   ____ JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____    (2) DEFENDANT_____
(3) DEFENDANT_____    (4) DEFENDANT_____
(5) DEFENDANT_____    (6) DEFENDANT_____
(7) DEFENDANT_____    (8) DEFENDANT_____
____ Jury Polled.   ____ Polling Waived   ____ Mistrial Declared
Case continued until_____20__ at_____for sentencing.
____ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
____ Copy of Presentence Report not requested.
 X  Defendants to remain on bond.   X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                          Deputy Clerk    kr

| TIC: | 6 | 44 |