EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON     Case No. 09-16-DCR     At FRANKFORT     Date 2/24/10

DOCKET ENTRY: Out of presence of the jury, Defendants Maricle, Adams, Thompson & Bowling's oral motions for severance for separate trials are DENIED. Defendant Maricle's motion for mistrial is DENIED.

PRESENT: HON.   DANNY C. REEVES   ,JUDGE

| K. Ratliff | C. Oakes/L. Weisman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales (R) |
| (2) Douglas C. Adams (P) | (2) Kent Westbury/B. Bayer/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Tucker Richardson/R. Baldani (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X   JURY TRIAL. The Jury impaneled and sworn as follows:   ___COURT TRIAL

(1) 129   (2) 94    (3) 21    (4) 19    (5) 93
(6) 87    (7) 12    (8) 16    (9) 24    (10) 82
(11) 78   (12) 43   (13) 119  (14) 9    (15) 33   (16) 28

Introduction of Evidence for plff ___begun; X resumed; Not concluded.
___Rebuttal evidence; ___Surrebuttal evidence.

X Case continued to   2/25/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY   for further trial. **Counsel to be present by 8:30 a.m.**

___Motion for judgment of acquittal   ___granted   ___denied   ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT.   ___JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____     (2) DEFENDANT_____
(3) DEFENDANT_____     (4) DEFENDANT_____
(5) DEFENDANT_____     (6) DEFENDANT_____
(7) DEFENDANT_____     (8) DEFENDANT_____
___Jury Polled.   ___Polling Waived   ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
 X Defendants to remain on bond.   X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                    Deputy Clerk    kr

| TIC: | 6 | 39 |