EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

 LONDON     Case No. 09-16-DCR     At FRANKFORT      Date 2/25/10

DOCKET ENTRY: Out of presence of the jury, the Court made a finding on 2/24/10 that Mr. Scott White had directly violated an order of the Court and the Court shall take up this matter at the conclusion of trial proceedings.

PRESENT: HON.    DANNY C. REEVES    ,JUDGE

   K. Ratliff        C. Oakes/L. Weisman     Stephen Smith/Jason Parman
  Deputy Clerk         Court Reporters         Asst. U. S. Attorneys

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales/C.Crouse (R) |
| (2) Douglas C. Adams (P) | (2) Kent Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Tucker Richardson/R. Baldani (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X  JURY TRIAL. The Jury impaneled and sworn as follows:     COURT TRIAL

(1) 129    (2) 94    (3) 21    (4) 19    (5) 93
(6) 87     (7) 12    (8) 16    (9) 24    (10) 82
(11) 78    (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

Introduction of Evidence for plff ___begun; X resumed; Not concluded.
___Rebuttal evidence; ___Surrebuttal evidence.

 X Case continued to   2/26/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY  for further trial. **Counsel to be present by 8:30 a.m.**

___Motion for judgment of acquittal   ___granted   ___denied   ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT.  ___JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____  (2) DEFENDANT_____
(3) DEFENDANT_____  (4) DEFENDANT_____
(5) DEFENDANT_____  (6) DEFENDANT_____
(7) DEFENDANT_____  (8) DEFENDANT_____
___Jury Polled.  ___Polling Waived  ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
 X Defendants to remain on bond.   X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                         Deputy Clerk    kr

| TIC: | 5 | 00 |