EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON   Case No. 09-16-DCR   At FRANKFORT   Date 2/26/10

DOCKET ENTRY: Out of presence of jury, exhibit DM 1 is permitted to be withdrawn by counsel for defendant, Debbie Morris and a copy substituted on Monday, March 1, 2010.

PRESENT: HON.   DANNY C. REEVES   ,JUDGE

| K. Ratliff | C. Oakes/L. Weisman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/C.Crouse (R) |
| (2) Douglas C. Adams (P) | (2) Kent Westbury/K. Logan/B. Bayer (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Baldani/T. Richardson (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X   JURY TRIAL. The Jury impaneled and sworn as follows:   ___ COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87   (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43   (13) 119   (14) 9   (15) 33   (16) 28

Introduction of Evidence for plff ___ begun;  X  resumed; Not concluded.
___ Rebuttal evidence; ___ Surrebuttal evidence.

 X  Case continued to   3/1/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY   for further trial. **Counsel to be present by 8:30 a.m.**

___ Motion for judgment of acquittal   ___ granted   ___ denied   ___ submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT.  ___ JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___ Jury Polled.   ___ Polling Waived   ___ Mistrial Declared
Case continued until_____ 20__ at_____for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___ Copy of Presentence Report not requested.
 X  Defendants to remain on bond.   X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                        Deputy Clerk   kr

| TIC: | 4 | 21 |