EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

<u>LONDON</u>    Case No. <u>09-16-DCR</u>    At <u>FRANKFORT</u>    Date <u>3/1/10</u>

DOCKET ENTRY: Out of presence of jury, witness, Larry Cann, was recognized by the Court to appear on behalf of defendant, Stanley Bowling, as further directed by the Court in the penal sum of $500.00. Out of hearing of jury, Defendant Bowling's oral motion in limine as to marijuana is DENIED. Defendant Maricle's oral renewed motion for severance of trials is DENIED. The defendant is allowed to brief the issue and file the brief by 9:00 a.m., March 2, 2010.

PRESENT: HON. <u>DANNY C. REEVES</u> ,JUDGE

<u>K. Ratliff</u>    <u>C. Oakes/L. Weisman</u>    <u>Stephen Smith/Jason Parman</u>
Deputy Clerk    Court Reporters    Asst. U. S. Attorneys

DEFENDANTS:                              ATTORNEYS FOR DEFENDANTS:

(1)<u>Russell Cletus Maricle (P)</u>    (1)<u>David Hoskins/M. Pinales (R)</u>
(2)<u>Douglas C. Adams (P)</u>    (2)<u>Kent Westbury/K. Logan/B. Bayer    (R)</u>
(3)<u>Charles Wayne Jones (P)</u>    (3)<u>T. Scott White (R)</u>
(4)<u>William E. Stivers (P)</u>    (4)<u>Robert L. Abell (R)</u>
(5)<u>Freddy W. Thompson (P)</u>    (5) <u>R. Baldani/T. Richardson (R)</u>
(6)<u>William B. Morris (P)</u>    (6) <u>Jerry W. Gilbert (R)</u>
(7)<u>Debra L. Morris (P)</u>    (7) <u>Elizabeth Hughes (R)</u>
(8)<u>Stanley Bowling (P)</u>    (8) <u>Daniel Simons    (R)</u>

<u>X</u> JURY TRIAL. The Jury impaneled and sworn as follows: _____COURT TRIAL

(1) <u>129</u>    (2) <u>94</u>    (3) <u>21</u>    (4) <u>19</u>    (5) <u>93</u>
(6) <u>87</u>    (7) <u>12</u>    (8) <u>16</u>    (9) <u>24</u>    (10) <u>82</u>
(11) <u>78</u>    (12) <u>43</u>    (13) <u>119</u>    (14) <u>9</u>    (15) <u>33</u>    (16) <u>28</u>

Introduction of Evidence for plff ____begun; <u>X</u> resumed; <u>Not</u> concluded.
___Rebuttal evidence; ____Surrebuttal evidence.

<u>X</u> Case continued to <u>3/2/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY</u> for further trial. **Counsel to be present by 8:30 a.m.**

___Motion for judgment of acquittal ___granted ___denied ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT. ___JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____    (2) DEFENDANT_____
(3) DEFENDANT_____    (4) DEFENDANT_____
(5) DEFENDANT_____    (6) DEFENDANT_____
(7) DEFENDANT_____    (8) DEFENDANT_____
___Jury Polled. ___Polling Waived ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
<u>X</u> Defendants to remain on bond. <u>X</u> Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary    Deputy Clerk <u>kr</u>

| TIC: | 6 | 02 |
|------|---|----|