EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

 LONDON      Case No. 09-16-DCR    At FRANKFORT        Date 3/3/10

DOCKET ENTRY: Out of presence of jury, Phillip Benton Hansen was recognized to appear on behalf of Stanley Bowling at a later date to be announced by the Court in the penal sum of $500.00.

PRESENT: HON.    DANNY C. REEVES         ,JUDGE

     K. Ratliff      C. Oakes/L. Weisman    Stephen Smith/Jason Parman
    Deputy Clerk       Court Reporters        Asst. U. S. Attorneys

DEFENDANTS:                           ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)        (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)              (2) Kent Westbury/K. Logan (R)
(3) Charles Wayne Jones (P)           (3) T. Scott White (R)
(4) William E. Stivers (P)            (4) Robert L. Abell (R)
(5) Freddy W. Thompson (P)            (5) R. Baldani/T. Richardson (R)
(6) William B. Morris (P)             (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)               (7) Elizabeth Hughes (R)
(8) Stanley Bowling (P)               (8) Daniel Simons (R)

X  JURY TRIAL. The Jury impaneled and sworn as follows:      COURT TRIAL

(1) 129     (2) 94    (3) 21    (4) 19    (5) 93
(6) 87      (7) 12    (8) 16    (9) 24    (10) 82
(11) 78     (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

Introduction of Evidence for plff ___begun; X resumed; Not concluded.
___Rebuttal evidence; ___Surrebuttal evidence.

 X Case continued to   3/4/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY  for further trial. **Counsel to be present by 8:30 a.m.**

___Motion for judgment of acquittal  ___granted  ___denied  ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT.  ___JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____  (2) DEFENDANT_____
(3) DEFENDANT_____  (4) DEFENDANT_____
(5) DEFENDANT_____  (6) DEFENDANT_____
(7) DEFENDANT_____  (8) DEFENDANT_____
___Jury Polled.  ___Polling Waived  ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
 X Defendants to remain on bond.   X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                     Deputy Clerk    kr

| TIC: | 6 | 07 |