EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

<u>LONDON</u>    Case No. <u>09-16-DCR</u>    At <u>FRANKFORT</u>    Date <u>3/4/10</u>

DOCKET ENTRY: Out of presence of jury, Defendant Stivers' oral motion to exclude the testimony of Brian and Angela Lewis is DENIED. Oral motion for joinder to the motion for exclusion by Defendant Maricle is GRANTED and DENIED as moot. Defendant Maricle's oral motion for mistrial is DENIED. Government is allowed to withdraw Exhibits PA1 through PA14 for the weekend to be returned to the Clerk on Monday, March 8, 2010 with redactions as agreed by the parties.

PRESENT: HON. <u>DANNY C. REEVES</u>, JUDGE

| <u>K. Ratliff</u> | <u>C. Oakes/L. Weisman</u> | <u>Stephen Smith/Jason Parman</u> |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) <u>Russell Cletus Maricle (P)</u> | (1) <u>David Hoskins/M. Pinales (R)</u> |
| (2) <u>Douglas C. Adams (P)</u> | (2) <u>Kent Westbury/K. Logan      (R)</u> |
| (3) <u>Charles Wayne Jones (P)</u> | (3) <u>T. Scott White (R)</u> |
| (4) <u>William E. Stivers (P)</u> | (4) <u>Robert L. Abell (R)</u> |
| (5) <u>Freddy W. Thompson (P)</u> | (5) <u>R. Baldani/T. Richardson (R)</u> |
| (6) <u>William B. Morris (P)</u> | (6) <u>Jerry W. Gilbert (R)</u> |
| (7) <u>Debra L. Morris (P)</u> | (7) <u>Elizabeth Hughes (R)</u> |
| (8) <u>Stanley Bowling (P)</u> | (8) <u>Daniel Simons    (R)</u> |

<u>X</u> JURY TRIAL. The Jury impaneled and sworn as follows:  ___ COURT TRIAL

(1) <u>129</u>   (2) <u>94</u>   (3) <u>21</u>   (4) <u>19</u>   (5) <u>93</u>
(6) <u>87</u>    (7) <u>12</u>   (8) <u>16</u>   (9) <u>24</u>   (10) <u>82</u>
(11) <u>78</u>   (12) <u>43</u>  (13) <u>119</u>  (14) <u>9</u>    (15) <u>33</u>    (16) <u>28</u>

Introduction of Evidence for plff ___ begun; <u>X</u> resumed; <u>Not</u> concluded.
___ Rebuttal evidence; ___ Surrebuttal evidence.

<u>X</u> Case continued to <u>3/8/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY</u> for further trial. **Counsel to be present by 8:30 a.m.**

___ Motion for judgment of acquittal ___ granted ___ denied ___ submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT. ___ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____ (2) DEFENDANT_____
(3) DEFENDANT_____ (4) DEFENDANT_____
(5) DEFENDANT_____ (6) DEFENDANT_____
(7) DEFENDANT_____ (8) DEFENDANT_____
___ Jury Polled. ___ Polling Waived ___ Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32, FRCP.
___ Copy of Presentence Report not requested.
<u>X</u> Defendants to remain on bond.  <u>X</u> Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                         Deputy Clerk <u>  kr  </u>

| TIC: | 5 | 24 |