EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON     Case No. 09-16-DCR     At FRANKFORT     Date 3/9/10

DOCKET ENTRY: Out of presence of jury, witnesses Steve Slyter, Ellen Nicholson, Sandra Smith, James Norris, Doug Hopkins and Maurice House were recognized in the penal sum of $500.00 to appear as directed on behalf of Defendant Russell Cletus Maricle.

PRESENT: HON.   DANNY C. REEVES   , JUDGE

| K. Ratliff | C. Oakes/L. Weisman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

DEFENDANTS: | ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)     (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)           (2) Kent Westbury/K. Logan (R)
(3) Charles Wayne Jones (P)        (3) T. Scott White (R)
(4) William E. Stivers (P)         (4) Robert L. Abell (R)
(5) Freddy W. Thompson (P)         (5) R. Baldani/T. Richardson (R)
(6) William B. Morris (P)          (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)            (7) Elizabeth Hughes (R)
(8) Stanley Bowling (P)            (8) Daniel Simons (R)

X  JURY TRIAL. The Jury impaneled and sworn as follows:     COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87    (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43  (13) 119 (14) 9   (15) 33   (16) 28

Introduction of Evidence for plff ___begun; X resumed; Not concluded.
___Rebuttal evidence; ___Surrebuttal evidence.

X Case continued to  3/10/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY  for further trial. **Counsel to be present by 8:30 a.m.**

___Motion for judgment of acquittal   ___granted   ___denied   ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT.  ___JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___Jury Polled.  ___Polling Waived  ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
 X Defendants to remain on bond.  X Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                    Deputy Clerk   kr

| TIC: | 5 | 53 |