EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON    Case No. 09-16-DCR    At FRANKFORT    Date 3/10/10

DOCKET ENTRY: Out of presence of jury, Defendants Russell Cletus Maricle, Douglas C. Adams, Charles Wayne Jones, William E. Stivers, Freddy W. Thompson, William B. Morris, Debra L. Morris & Stanley Bowling's oral motions for judgment of acquittal pursuant to Rule 29 are **DENIED**.

PRESENT: HON.    DANNY C. REEVES    ,JUDGE

| K. Ratliff | C. Oakes/L. Weisman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

DEFENDANTS:                                ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)        (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)              (2) Kent Westbury/K. Logan       (R)
(3) Charles Wayne Jones (P)           (3) T. Scott White (R)
(4) William E. Stivers (P)            (4) Robert L. Abell (R)
(5) Freddy W. Thompson (P)            (5) R. Baldani/T. Richardson (R)
(6) William B. Morris (P)             (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)               (7) Elizabeth Hughes (R)
(8) Stanley Bowling (P)               (8) Daniel Simons   (R)

X  JURY TRIAL. The Jury impaneled and sworn as follows:    ___COURT TRIAL

(1) 129    (2) 94    (3) 21    (4) 19    (5) 93
(6) 87     (7) 12    (8) 16    (9) 24    (10) 82
(11) 78    (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

Introduction of Evidence for plff    ___begun; X resumed; and concluded.
___Rebuttal evidence; ___Surrebuttal evidence.

Introduction of Evidence for Dft/Maricle  X Begun; ___Resumed; not Concluded.

 X  Case continued to    3/11/10 at 9 am or as otherwise instructed by the Court at Frankfort, KY  for further trial. **Counsel to be present by 8:30 a.m.**

___Motion for judgment of acquittal    ___granted    ___denied    ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT.    ___JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____    (2) DEFENDANT_____
(3) DEFENDANT_____    (4) DEFENDANT_____
(5) DEFENDANT_____    (6) DEFENDANT_____
(7) DEFENDANT_____    (8) DEFENDANT_____
___Jury Polled.    ___Polling Waived    ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
 X  Defendants to remain on bond.  X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                              Deputy Clerk    kr

| TIC: | 7 | 11 |
|---|---|---|