EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON   Case No. 09-16-DCR   At FRANKFORT   Date 3/12/10

DOCKET ENTRY:

PRESENT: HON.   DANNY C. REEVES   ,JUDGE

| K. Stoneking | L. Weisman/A. Banta | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

DEFENDANTS:                                ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)        (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)              (2) Kent Westbury/K. Logan (R)
(3) Charles Wayne Jones (P)           (3) T. Scott White (R)
(4) William E. Stivers (P)            (4) Robert L. Abell (R)
(5) Freddy W. Thompson (P)            (5) R. Baldani/T. Richardson (R)
(6) William B. Morris (P)             (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)               (7) Elizabeth Hughes (R)
(8) Stanley Bowling (P)               (8) Daniel Simons (R)

X  JURY TRIAL. The Jury impaneled and sworn as follows:  ___ COURT TRIAL

(1) 129   (2) 94    (3) 21    (4) 19    (5) 93
(6) 87    (7) 12    (8) 16    (9) 24    (10) 82
(11) 78   (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

Introduction of Evidence for Dft. Russell Cletus Maricle ___begun; **X** resumed; **not** concluded.

___Rebuttal evidence; ___Surrebuttal evidence.

 X Case continued to   3/15/10 at 10 am or as otherwise instructed by the Court at Frankfort, KY  for further trial. **Counsel to be present by 9:30 a.m.**

___Motion for judgment of acquittal   ___granted   ___denied   ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT.  ___JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___Jury Polled.  ___Polling Waived  ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
 X  Defendants to remain on bond.  X  Dft/Stivers remanded to custody.

Copies: COR, USP, USM, Diary                              Deputy Clerk   ks

**TIC:**  4  48