(EDKY-234)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CRIMINAL MINUTES-GENERAL**

 LONDON    Case No: 09-16-S    At FRANKFORT    Date 3/16/2010

PRESENT:
HON.    DANNY C. REEVES   , JUDGE

 Kim Stoneking         Cindy Oakes
  Deputy Clerk         Court Reporter

    Stephen Smith/Jason Parman
       Assistant U.S. Attorneys

```
         DEFENDANTS                           ATTORNEY FOR DEFENDANTS
(1) Russell Cletus Maricle (NP)         (1) D. Hoskins (Present)
(2) Douglas C. Adams (Present)          (2) K. Westbury/K. Logan (Present)
(3) Charles Wayne Jones (Present)       (3) T. Scott White (Present)
(4) William E. Stivers, aka Al Man (NP) (4) Robert L. Abell (NP)
(5) Freddy W. Thompson (NP)             (5) Russell James Baldani (NP)
(6) William B. Morris, aka Bart (NP)    (6) Jerry W. Gilbert (Present)
(7) Debra L. Morris, aka Debbie (NP)    (7) Elizabeth Hughes (Present)
(8) Stanley Bowling (NP)                (8) Daniel A. Simons (Present)
```

PROCEEDINGS:    SHOW CAUSE HEARING

   This matter having been called out of the presence of the juror for proceeding with defendants and counsel present as noted. The Court having heard counsel, accordingly,

   **IT IS ORDERED**:

   1)   Pursuant to 18 U.S.C. §3148, the government's oral motion for Defendant Douglas C. Adams to show cause why his appearance bond should not be revoked due to improper contact with a witness is **GRANTED**, per the Court's findings made on the record.

   2)   Defendant Douglas C. Adams shall be remanded to the custody of the U.S. Marshal at the close of the proceedings today and shall remain in custody until the conclusion of this case, or pending further orders of the Court.

This 16th day of March, 2010.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

Copies: USM-USP-All Counsel                    Deputy Clerk ks

TIC:   28