EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON   Case No. 09-16-S-DCR   At FRANKFORT   Date 3/16/10

DOCKET ENTRY: Out of the Presence of the jury, voir dire of witness Ronnie Owens held.

PRESENT: HON. DANNY C. REEVES, JUDGE

| K. Stoneking | Cindy Oakes/Lisa Wiesman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales (R) |
| (2) Douglas C. Adams (P) | (2) Kent Westbury/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (R) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (R) |
| (5) Freddy W. Thompson (P) | (5) R. Baldani/T. Richardson (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (R) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

**X** JURY TRIAL. The Jury impaneled and sworn as follows: ____ COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87    (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43  (13) 119 (14) 9   (15) 33   (16) 28

Introduction of Evidence for Dft. Douglas C. Adams **X** resumed; **X** and concluded.
Introduction of Evidence for Dft. Charles Wayne Jones **X** begun and concluded.
Introduction of Evidence for Dft. William E. Stivers **X** begun and concluded.
Introduction of Evidence for Dft. Freddy W. Thompson **X** begun and **X** not concluded.

___ Rebuttal evidence; ___ Surrebuttal evidence.

**X** Case continued to 3/17/10 at 9:30 am or as otherwise instructed by the Court at Frankfort, KY for further trial. **Counsel to be present by 9:00 a.m.**

___ Motion for judgment of acquittal ___ granted ___ denied ___ submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT. ___ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____ (2) DEFENDANT_____
(3) DEFENDANT_____ (4) DEFENDANT_____
(5) DEFENDANT_____ (6) DEFENDANT_____
(7) DEFENDANT_____ (8) DEFENDANT_____
___ Jury Polled. ___ Polling Waived ___ Mistrial Declared
Case continued until_____ 20__ at_____ for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32, FRCP.
___ Copy of Presentence Report not requested.
**X** Defendants to remain on bond. **X** Dft. Stivers remanded to custody.
**X** Dft. Adams remanded to custody.

Copies: COR, USP, USM, Diary                     Deputy Clerk ___ks___

| TIC: | 5 | 07 |
|---|---|---|