EDky-232 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON _____ Case No. 09-16-DCR   At FRANKFORT _____ Date 3/17/10 ____

DOCKET ENTRY: Out of the Presence of the jury, voir dire of witness Stephen Bowling held. Witnesses William Bartley Morris, Miriann Smith, Eddie Smith, Candace George, Jessica Morris, Stephen Charles, Regina Hipsher and Eddie Davidson were recognized by the Court to appear on behalf of Defendant Debra Morris. Witnesses Sarah Bowling, Crystal Bowling and James Garrison were recognized by the Court to appear on behalf of Defendant Stanley Bowling. Witness John Craft was recognized by the Court to appear on behalf of William B. Morris, as further directed by the Court in the penal sum of $500.00.

PRESENT: HON. _____ DANNY C. REEVES _____ , JUDGE

__K. Stoneking__   __Cindy Oakes/Lisa Wiesman__   __Stephen Smith/Jason Parman__
Deputy Clerk       Court Reporters                Asst. U. S. Attorneys

         DEFENDANTS:                          ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)        (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)              (2) Kent Westberry/K. Logan (R)
(3) Charles Wayne Jones (P)           (3) T. Scott White (cja)
(4) William E. Stivers (P)            (4) Robert L. Abell (cja)
(5) Freddy W. Thompson (P)            (5) R. Baldani/T. Richardson (R)
(6) William B. Morris (P)            (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)              (7) Elizabeth Hughes (cja)
(8) Stanley Bowling (P)              (8) Daniel Simons (R)

X  JURY TRIAL. The Jury impaneled and sworn as follows: _____ COURT TRIAL

(1) 129    (2) 94    (3) 21    (4) 19    (5) 93
(6) 87     (7) 12    (8) 16    (9) 24    (10) 82
(11) 78    (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

Evidence for Dft. Freddy W. Thompson  X  concluded.
Introduction of Evidence for Dft. William B. Morris  X  begun,  X  not concluded.

____ Rebuttal evidence; ____ Surrebuttal evidence.

 X Case continued to  3/18/10 at 9:00 am at Frankfort, KY  for further trial. Counsel to be present at 8:30 a.m. for hearing regarding admissibility of opinion testimony.

____ Motion for judgment of acquittal ____ granted ____ denied _____ submitted.
____ Jury retires to deliberate at_____; Jury returns at_____
FINDING BY COURT. ___ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____    (2) DEFENDANT_____
(3) DEFENDANT_____    (4) DEFENDANT_____
(5) DEFENDANT_____    (6) DEFENDANT_____
(7) DEFENDANT_____    (8) DEFENDANT_____
____ Jury Polled. ____ Polling Waived ___ Mistrial Declared
Case continued until_____ 20___ at_____ for sentencing.
____ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32, FRCP.
____ Copy of Presentence Report not requested.
 X  Defendants to remain on bond.  X  Dft. Stivers remanded to custody.
 X  Dft. Adams remanded to custody.

Copies: COR, USP, USM, Diary                    Deputy Clerk ____ ks ____

| TIC: | 2 | 55 |
| --- | --- | --- |