(EDKY-234)               UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF KENTUCKY
                            **CRIMINAL MINUTES-GENERAL**

<u>LONDON</u>     Case No: <u>09-16-S</u>     At <u>FRANKFORT</u>     Date <u>3/17/2010</u>
<u>U.S. v. Russell Cletus Maricle, et al.</u>

PRESENT:
HON.    <u>DANNY C. REEVES</u>   , JUDGE

<u>Kim Stoneking</u>            <u>Lisa Wiesman</u>
   Deputy Clerk              Court Reporter

      <u>Jason Parman</u>                    <u>John Helmuth</u>
   Assistant U.S. Attorney       Counsel for witness Steven Bowling

FILED MAR 17 2010 AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

PROCEEDINGS: Hearing for Appointment of Counsel

   This matter having been called out of the presence of the juror for proceeding with witness Steven Bowling and counsel present as noted. The Court having heard counsel, accordingly,

   **IT IS ORDERED:**

   1) The Court having reviewed the Financial Affidavit submitted by Steven Bowling, John Helmuth is provisionally appointed counsel for Steven Bowling per the provisions of the Criminal Justice Act. This matter is referred to Magistrate Judge Robert E. Wier for further determination as to the witness' ability to reimburse the United States.

   2) The trial in this matter is continued to March 18, 2010 at 9:00 a.m., at which time Mr. Steven Bowling is to make a determination whether he wishes to invoke his Fifth Amendment rights in response to questions that might be posed by the government.

   3) The United States is to provide Mr. Helmuth with a copy of the January 12, 2006 Grand Jury Testimony.

   This 17th day of **March**, 2010.



**Signed By:**
*Danny C. Reeves* DCR
**United States District Judge**

Copies: USM-USP-All Counsel                    Deputy Clerk <u>ks</u>

TIC: 08