EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON     Case No. 09-16-S-DCR     At FRANKFORT     Date 3/18/10

DOCKET ENTRY: Out of the Presence of the jury, voir dire of witness Steven Bowling  held with CJA attorney John Helmuth present on his behalf. At sidebar, Defendant Freddy W. Thompson was admonished by the Court and his pretrial conditions were modified, per the Court's oral findings made on the record. A separate Order has been entered concurrently herewith.

PRESENT: HON.     DANNY C. REEVES         ,JUDGE

| K. Stoneking | Cindy Oakes/Lisa Wiesman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

DEFENDANTS:                             ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)          (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)                (2) Kent Westberry/K. Logan (R)
(3) Charles Wayne Jones (P)             (3) T. Scott White (cja)
(4) William E. Stivers (P)              (4) Robert L. Abell (cja)
(5) Freddy W. Thompson (P)              (5) R. Baldani (R)
(6) William B. Morris (P)               (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)                 (7) Elizabeth Hughes (cja)
(8) Stanley Bowling (P)                 (8) Daniel Simons (R)

X  JURY TRIAL. The Jury impaneled and sworn as follows:  ___ COURT TRIAL

(1) 129   (2) 94    (3) 21    (4) 19    (5) 93
(6) 87    (7) 12    (8) 16    (9) 24    (10) 82
(11) 78   (12) 43   (13) 119  (14) 9    (15) 33   (16) 28

Evidence for Dft. William B. Morris  X resumed, and X concluded.
Introduction of Evidence for Dft. Debra Morris  X begun and X concluded.
Introduction of Evidence for Dft. Stanley Bowling  X begun and X not concluded.

___ Rebuttal evidence; ___ Surrebuttal evidence.

X Case continued to  3/19/10 at 9:00 am at Frankfort, KY  for further trial. Counsel to be present at 8:30 a.m.

___ Motion for judgment of acquittal   ___ granted   ___ denied   ___ submitted.
___ Jury retires to deliberate at_____; Jury returns at_____
___ FINDING BY COURT.  ___ JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___ Jury Polled.  ___ Polling Waived  ___ Mistrial Declared
Case continued until_____ 20__ at_____for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___ Copy of Presentence Report not requested.
 X  Defendants to remain on bond.  X  Dft. Stivers remanded to custody.
 X  Dft. Adams remanded to custody.

Copies: COR, USP, USM, Diary                    Deputy Clerk    ks

TIC:  6   20