(EDKY-234)             UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF KENTUCKY
                          **CRIMINAL MINUTES-GENERAL**

  LONDON      Case No: 09-16-S-DCR    At FRANKFORT          Date 3/18/2010

U.S. v. Russell Cletus Maricle, et al.

PRESENT:
HON.    DANNY C. REEVES    , JUDGE

 Kim Stoneking              Cindy Oakes
   Deputy Clerk             Court Reporter

     Stephen Smith/Jason Parman              John Helmuth
      Assistant U.S. Attorney        Counsel for witness Steven Bowling

|   DEFENDANTS                              | ATTORNEY FOR DEFENDANTS                   |
|-------------------------------------------|-------------------------------------------|
| (1) Russell Cletus Maricle (Present)      | (1) M. Pinales, D. Hoskins (Present)      |
| (2) Douglas C. Adams (Present)            | (2) K. Westberry/K. Logan (Present)       |
| (3) Charles Wayne Jones (Present)         | (3) T. Scott White (Present)              |
| (4) William E. Stivers, aka Al Man (P)    | (4) Robert L. Abell (Present)             |
| (5) Freddy W. Thompson (Present)          | (5) Russell James Baldani (Present)       |
| (6) William B. Morris, aka Bart (P)       | (6) Jerry W. Gilbert (Present)            |
| (7) Debra L. Morris, aka Debbie (P)       | (7) Elizabeth Hughes (Present)            |
| (8) Stanley Bowling (Present)             | (8) Daniel A. Simons (Present)            |

PROCEEDINGS:    Oral Argument re: Admissibility of Opinion Testimony and Voir
                Dire of Steven Bowling

     This matter having been called out of the presence of the juror for proceeding with defendants and counsel present as noted. The Court having heard counsel, accordingly,

     **IT IS ORDERED**:

     1)   The oral motion of the United States to exclude the opinion testimony of John Craft, CPA in Defendant William B. Morris' case on the issue of net profits (Count 2), D.E. #801, is **SUSTAINED** per the Court's oral findings made on the record. A written Memorandum Opinion shall be filed concurrently herewith as to the proposed testimony of Mr. Craft and similar opinion testimony proposed by Defendant Stanley Bowling.

     2)   After voir dire of witness Steven Bowling, the Court made a determination that witness has made legitimate assertions regarding his Fifth Amendment Rights and he will be able to assert his Fifth Amendment Rights on a question-by-question basis during his testimony before the jury.

     3)   Oral motion of Stanley Bowling, through counsel, to exclude the testimony of Steven Bowling in its entirety is **OVERRULED**.

     This 18th day of March, 2010.



Copies: USM-USP-All Counsel                          Deputy Clerk ks

TIC: | 1 | 10 |