EDky-232 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON   Case No. 09-16-S-DCR   At FRANKFORT   Date 3/19/10

DOCKET ENTRY: Out of the Presence of the jury, voir dire of witness Sarah Bowling held. The Court made a determination that the witness could testify, per the oral findings. Defendants Russell Cletus Maricle, Douglas C. Adams, Charles Wayne Jones, William E. Stivers, Freddy W. Thompson, William B. Morris, Debra L. Morris & Stanley Bowling's renewed oral motions for judgment of acquittal pursuant to Rule 29 are **DENIED**, per the Court's oral findings and previous oral findings.

PRESENT: HON.   DANNY C. REEVES   , JUDGE

K. Stoneking        Lisa Wiesman/Cindy Oakes        Stephen Smith/Jason Parman
Deputy Clerk          Court Reporters                 Asst. U. S. Attorneys

DEFENDANTS:                              ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)           (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)                 (2) Kent Westberry/K. Logan (R)
(3) Charles Wayne Jones (P)              (3) T. Scott White (cja)
(4) William E. Stivers (P)               (4) Robert L. Abell (cja)
(5) Freddy W. Thompson (P)               (5) R. Baldani (R)
(6) William B. Morris (P)                (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)                  (7) Elizabeth Hughes (cja)
(8) Stanley Bowling (P)                  (8) Daniel Simons (R)

X  JURY TRIAL. The Jury impaneled and sworn as follows: ____ COURT TRIAL

(1) 129    (2) 94     (3) 21     (4) 19     (5) 93
(6) 87     (7) 12     (8) 16     (9) 24     (10) 82
(11) 78    (12) 43    (13) 119   (14) 9     (15) 33    (16) 28

Evidence for Dft. Stanley Bowling  X resumed and  X concluded.
 X All parties announce close.
___ Rebuttal evidence; ___ Surrebuttal evidence.

 X Case continued to  3/22/10 at 10:30 am at Frankfort, KY  for instruction conference. Jury to report at 1:00 p.m. for further trial.
___ Motions for judgment of acquittal ___ granted ___ denied ___ submitted.
___ Jury retires to deliberate at_____ ; Jury returns at_____
FINDING BY COURT. ___ JURY VERDICT. SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____                  (2) DEFENDANT_____
(3) DEFENDANT_____                  (4) DEFENDANT_____
(5) DEFENDANT_____                  (6) DEFENDANT_____
(7) DEFENDANT_____                  (8) DEFENDANT_____
___ Jury Polled.  ___ Polling Waived  ___ Mistrial Declared
Case continued until_____ 20__ at_____ for sentencing.
___ Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___ Copy of Presentence Report not requested.
 X  Defendants to remain on bond.   X  Dft. Stivers remanded to custody.
 X  Dft. Adams remanded to custody.

Copies: COR, USP, USM, Diary                        Deputy Clerk   ks

**TIC:** | 5 | 40 |