EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

 LONDON    Case No. 09-16-S-DCR   At FRANKFORT    Date 3/22/10

DOCKET ENTRY: Out of the Presence of the jury, instruction conference held.

PRESENT: HON.    DANNY C. REEVES         ,JUDGE

| K. Stoneking | Cindy Oakes/Lisa Wiesman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

DEFENDANTS:                                   ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)        (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)              (2) Kent Westberry/K. Logan (R)
(3) Charles Wayne Jones (P)           (3) T. Scott White (cja)
(4) William E. Stivers (P)            (4) Robert L. Abell (cja)
(5) Freddy W. Thompson (P)            (5) R. Baldani (R)
(6) William B. Morris (P)             (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)               (7) Elizabeth Hughes (cja)
(8) Stanley Bowling (P)               (8) Daniel Simons (R)

X  JURY TRIAL. The Jury impaneled and sworn as follows:    ___COURT TRIAL

(1) 129    (2) 94    (3) 21    (4) 19    (5) 93
(6) 87     (7) 12    (8) 16    (9) 24    (10) 82
(11) 78    (12) 43   (13) 119  (14) 9    (15) 33    (16) 28

___Rebuttal evidence; ___Surrebuttal evidence.
 X Closing arguments for United States  X  begun and  X  not concluded.
 X Case continued to  3/23/10 at 8:30 am at Frankfort, KY  for further trial, with counsel present at 8:00 a.m.
___Motions for judgment of acquittal   ___granted   ___denied   ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT.  ___JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____  (2) DEFENDANT_____
(3) DEFENDANT_____  (4) DEFENDANT_____
(5) DEFENDANT_____  (6) DEFENDANT_____
(7) DEFENDANT_____  (8) DEFENDANT_____
___Jury Polled.   ___Polling Waived   ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
 X  Defendants to remain on bond.   X  Dft. Stivers remanded to custody.
 X  Dft. Adams remanded to custody.

Copies: COR, USP, USM, Diary                        Deputy Clerk    ks

| TIC: | 4 | 32 |
|---|---|---|