EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON   Case No. 09-16-S-DCR   At FRANKFORT   Date 3/23/10

DOCKET ENTRY:

PRESENT: HON.   DANNY C. REEVES   ,JUDGE

| K. Stoneking | Cindy Oakes/Lisa Wiesman | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales (R) |
| (2) Douglas C. Adams (P) | (2) Kent Westberry/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (cja) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (cja) |
| (5) Freddy W. Thompson (P) | (5) R. Baldani/T.Richardson (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (cja) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X  JURY TRIAL. The Jury impaneled and sworn as follows:   ___COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87   (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43   (13) 119   (14) 9   (15) 33   (16) 28

___Rebuttal evidence;  ___Surrebuttal evidence.
 X Rebuttal argument for the United States begun and  X  concluded.
 X Closing arguments for Dft. Russell Cletus Maricle  X begun and X concluded.
 X Closing arguments for Dft. Douglas C. Adams  X  begun and  X  concluded.
 X Closing arguments for Dft. Charles Wayne Jones  X  begun and  X  concluded.
 X Closing arguments for Dft. William E. Stivers  X  begun and  X  concluded.
 X Closing arguments for Dft. Freddy Thompson  X  begun and  X  concluded.
 X Closing arguments for Dft. William B. Morris  X  begun and  X  concluded.
 X Closing arguments for Dft. Debra L. Morris  X  begun and  X  concluded.
 X Closing arguments for Dft. Stanley Bowling  X  begun and  X  concluded.

 X Case continued to  3/24/10 at 8:30 am at Frankfort, KY  for further trial, with counsel present at 8:00 a.m.
___Motions for judgment of acquittal  ___granted  ___denied  ___submitted.
___Jury retires to deliberate at_____; Jury returns at_____
___FINDING BY COURT.  ___JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___Jury Polled.  ___Polling Waived  ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
 X  Defendants to remain on bond.  X  Dft. Stivers remanded to custody.
 X  Dft. Adams remanded to custody.

Copies: COR, USP, USM, Diary                          Deputy Clerk ___ks___

TIC: 7  7