EDky-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON   Case No. 09-16-S-DCR   At FRANKFORT   Date 3/24/10

DOCKET ENTRY:

PRESENT: HON.   DANNY C. REEVES   ,JUDGE

| K. Stoneking | Lisa Wiesman/Cindy Oakes | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporters | Asst. U. S. Attorneys |

| DEFENDANTS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| (1) Russell Cletus Maricle (P) | (1) David Hoskins/M. Pinales (R) |
| (2) Douglas C. Adams (P) | (2) Kent Westberry/K. Logan (R) |
| (3) Charles Wayne Jones (P) | (3) T. Scott White (cja) |
| (4) William E. Stivers (P) | (4) Robert L. Abell (cja) |
| (5) Freddy W. Thompson (P) | (5) R. Baldani/T.Richardson (R) |
| (6) William B. Morris (P) | (6) Jerry W. Gilbert (R) |
| (7) Debra L. Morris (P) | (7) Elizabeth Hughes (cja) |
| (8) Stanley Bowling (P) | (8) Daniel Simons (R) |

X  JURY TRIAL. The Jury impaneled and sworn as follows:   ___ COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87    (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43  (13) 119 (14) 9   (15) 33   (16) 28

 X  Instructions read by the Court.
 X  Alternate jurors drawn and dismissed: #21, #93, #82, #78
 X  Jury retires to deliberate at 10:12 a.m.; Jury returns at_____
 X  Case continued to  3/25/10 at 9:00 am at Frankfort, KY  for further jury deliberations.
___Motions for judgment of acquittal   ___granted   ___denied   ___submitted.

FINDING BY COURT.   ___JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT
(1) DEFENDANT_____   (2) DEFENDANT_____
(3) DEFENDANT_____   (4) DEFENDANT_____
(5) DEFENDANT_____   (6) DEFENDANT_____
(7) DEFENDANT_____   (8) DEFENDANT_____
___Jury Polled.   ___Polling Waived   ___Mistrial Declared
Case continued until_____20__ at_____for sentencing.
___Court orders Presentence Report-copy to be furnished counsel pursuant to Rule 32,FRCP.
___Copy of Presentence Report not requested.
 X  Defendants to remain on bond.    X  Dft. Stivers remanded to custody.
 X  Dft. Adams remanded to custody.

Copies: COR, USP, USM, Diary                    Deputy Clerk   ks

| TIC: | 2 | 12 |