EDky-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL

LONDON    Case No. 09-16-S-DCR    At FRANKFORT    Date 3/25/10

DOCKET ENTRY: Foreperson's name is to be redacted before filing of verdict into the record. The original of same shall be maintained in the Clerk's Office. Counsel argues forfeiture matter, Counts 12 and 13. Government's oral motion for immediate detention is **GRANTED**. Pursuant to T. 18 §3143, the Defendants' bond conditions are revoked and all Defendants are remanded to the custody of the U.S. Marshal. Defendant William E. Stivers to file his brief regarding his Fifth and Eighth Amendment rights on or before April 1, 2010. The United States to file its response on or before April 8, 2010. Defendant Russell Cletus Maricle's Rule 29(c) motion for judgment of acquittal after the jury verdict is **DENIED.**

PRESENT: HON.   DANNY C. REEVES   ,JUDGE

| Kim Stoneking | Cindy Oakes | Stephen Smith/Jason Parman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorneys |

DEFENDANTS:                           ATTORNEYS FOR DEFENDANTS:

(1) Russell Cletus Maricle (P)      (1) David Hoskins/M. Pinales (R)
(2) Douglas C. Adams (P)            (2) Kent Westberry/K. Logan (R)
(3) Charles Wayne Jones (P)         (3) T. Scott White (cja)
(4) William E. Stivers (P)          (4) Robert L. Abell (cja)
(5) Freddy W. Thompson (P)          (5) R. Baldani/T.Richardson (R)
(6) William B. Morris (P)           (6) Jerry W. Gilbert (R)
(7) Debra L. Morris (P)             (7) Elizabeth Hughes (cja)
(8) Stanley Bowling (P)             (8) Daniel Simons (R)

X   JURY TRIAL. The following jurors sworn as follows:     COURT TRIAL

(1) 129   (2) 94   (3) 21   (4) 19   (5) 93
(6) 87    (7) 12   (8) 16   (9) 24   (10) 82
(11) 78   (12) 43  (13) 119 (14) 9   (15) 33   (16) 28

 X Alternate jurors drawn and dismissed on 3/24/2010: #21, #93, #82, #78
 X Jury retires to deliberate at 9:00 a.m.
 X Jury returns with a verdict at 1:10 p.m.
 X Forfeiture instructions read by the Court.
 X Jury retires to deliberate regarding forfeiture at 3:20 p.m.
    Motions for judgment of acquittal    ___granted    ___denied    ___submitted.

FINDING BY COURT.    X  JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT.
(1) Defendant Russell Cletus Maricle, Guilty counts 1,2,8,10,11
(2) Defendant Douglas C. Adams, Guilty counts 1,2
(3) Defendant Charles Wayne Jones, Guilty counts 1,2,3,4,5,6,7,10,11
(4) Defendant William E. Stivers, Guilty counts 1,2,4,8,10,11
(5) Defendant Freddy w. Thompson, Guilty counts 1,2,3,5,6,7,9,10,11
(6) Defendant William B. Morris, Guilty counts 1,2,11
(7) Defendant Debra L. Morris, Guilty counts 1,2,11
(8) Defendant Stanley Bowling, Guilty counts 1,2

 X  Jury Polled    ___Polling Waived    ___Mistrial Declared

Case continued until 8/17/2010 at 9:00 a.m. at London for sentencing as to Defendant Russell Cletus Maricle.
Case continued until 8/17/2010 at 1:30 p.m. at London for sentencing as to Defendant Douglas C. Adams.
Case continued until 8/18/2010 at 9:00 a.m. at London for sentencing as to Defendant Charles Wayne Jones.
Case continued until 8/18/2010 at 1:30 p.m. at London for sentencing as to Defendant William E. Stivers.
Case continued until 8/19/2010 at 9:00 a.m. at London for sentencing as to Defendant Freddy W. Thompson.
Case continued until 8/20/2010 at 9:00 a.m. at London for sentencing as to Defendant William B. Morris.
Case continued until 8/20/2010 at 1:30 p.m. at London for sentencing as to Defendant Debra L. Morris.
Case continued until 8/19/2010 at 1:30 p.m. at London for sentencing as to Defendant Stanley Bowling.
All sentencings are subject to intervening orders of the Court.
  X  Court orders Presentence Reports with copies to be furnished to counsel pursuant to Rule 32, FRCP.
 X  Jury returns with a verdict regarding forfeiture at 5:06 p.m.
 X  SPECIAL VERDICT FORM.  SEE SIGNED SPECIAL VERDICT FORM AS TO FORFEITURE COUNTS 12 and 13.
 X  Jury Polled     ___Polling Waived    ___Mistrial Declared
 X  All Defendants are remanded to the custody of the U.S. Marshal.

Copies: COR, USP, USM, Diary                        Deputy Clerk ____ks____

| **TIC:** | 1 | 43 |