# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY at Frankfort

USA

v.

Russell Cletus Maricle, et al

**EXHIBIT AND WITNESS LIST**

*Eastern District of Kentucky FILED MAR 25 2010 AT FRANKFORT LESLIE G. WHITMER CLERK, U.S. DISTRICT COURT*

Case Number: 6:09-CR-16-DCR

| PRESIDING JUDGE<br>Danny Reeves | PLAINTIFF'S ATTORNEY<br>Stephen Smith/Jason Parman | DEFENDANT'S ATTORNEY C. Crouse/D. Hoskins/M. Pinales/B. Bayer/K. Westberry/K. Logan/S. White/R. Abell/R. Baldani/T.Richardson/ Jerry Gilbert/Elizabeth Hughes/Daniel Simons |
|---|---|---|
| TRIAL DATE (S)<br>02/2/2010 - 3/25/2010 | COURT REPORTER<br>Cindy Oakes & Lisa Weisman/Ann Banta | COURTROOM DEPUTY<br>K. Ratliff/K. Stoneking |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| W1 | | 2/4/10 | | | **WITNESS: KENNETH DAY** | |
| PA2 | | " | X | X | Plea Agreement filed 02/13/06 between USA and K. Day | No obj |
| W2 | | 2/4/10 | | | **WITNESS: EUGENE LEWIS** | |
| PA4 | | " | X | X | Plea Agreement filed 01/23/06 between USA and E. Lewis | No obj |
| | CWJ 1 | 2/5/10 | X | | Deed dated 2/11/88 | |
| | CWJ 2 | " | X | 3/1/10 | Copy of mortgage dated 2/11/88 | |
| | CWJ 3 | " | X | | General Warranty Deed dated 12/19/90 | |
| W3 | | 2/5/10 | | | **WITNESS: J.C. LAWSON** | |
| PA3 | | " | X | X | Plea Agreement filed 3/3/08 between USA & Lawson | No obj |
| D68 | | " | X | X | Lexington Herald newspaper article 9/13/87 | No obj |
| D69 | | " | X | X | Article from USA Today of 7/11/89 | No obj |
| W4 | | 2/5/10 | | | **WITNESS: GILBERT ARCHARDO** | |
| V3 | | " | X | X | DVD news clip from Inside Edition video | No obj |
| W5 | | 2/5/10 | | | **WITNESS: RICHARD TODD ROBERTS** | |
| PA8 | | " | X | X | Plea Agreement filed 11/20/07 between USA & Roberts | No obj |
| P1-P18 | | " | X | X | Copies of Photographs taken by Roberts at the absent T ballot precinct in Clay Co. May, 2002 | No obj. |
| P19-30 | | " | X | X | Photos taken by Roberts at the absent T ballot precinct in Clay Co, May, 2002 | No obj |
| W6 | | 2/8/10 | | | **WITNESS: VERNON HACKER** | |
| PA14 | | " | X | X | Copy of plea agreement between USA and V. Hacker filed 11/20/07 | No obj |
| | A1 | " | X | X | Copy of resignation from bus driver position by V. Hacker on 9/11/02 | No obj |
| W7 | | 2/8/10 | | | **WITNESS: D. KEENON WHITE** | |
| PA1 | | " | X | X | Copy plea agreement filed 4/27/07 between USA and K. White | No obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | USA vs. Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
| D14 | | 2/8/10 | X | X | Election notes-precinct workers in fraud turned over 10/20/08 | Obj/OR |
| A1 | | 2/11/10 | X | X | CD audio recordings made on 3/27/07 | Obj/OR |
| A1A | | " | X | X | Transcript of recordings made on 3/27/07  (Unredacted) (Substituted w/redacted) | Obj/OR |
| A2 | | " | X | X | CD audio recordings made on 3/31/07 | Obj/OR |
| A2A | | " | X | X | Transcript of recordings made on 3/31/07  (Unredacted) (Substituted w/redacted) | Obj/OR |
| A3 | | " | X | X | CD audio recordings made on 4/6/07 | Obj/OR |
| A3A | | " | X | X | Transcript of recordings made on 4/6/07  (Unredacted) | Obj/OR |
| A4 | | " | X | X | CD audio recordings made on 4/9/07 | Obj/OR |
| A4A | | | X | X | Transcript of recordings made on 4/9/07  (Unredacted) | Obj/OR |
| A5 | | 2/12/10 | X | X | CD audio recordings made on 4/10/07 | Obj/OR |
| A5A | | " | X | X | Transcript of recordings made on 4/10/07  (Unredacted) (Substituted w/redacted) | Obj/OR |
| A6 | | " | X | X | CD audio recordings make on 4/11/07 | Obj/OR |
| A6A | | " | X | X | Transcript of recordings made on 4/11/07  (Unredacted) (Substituted w/redacted) | Obj/OR |
| A8 | | " | X | X | CD audio recordings made on 4/30/07 | Obj/OR |
| A8A | | " | X | X | Transcript of recordings made on 4/30/07  (Unredacted) (Substituted w/redacted) | Obj/OR |
| A9 | | " | X | X | CD of audio recordings made on 4/30/07 (different people than A8) | Obj/OR |
| A9A | | " | X | X | Transcript of recordings made on 4/30/07  (Unredacted) | Obj/OR |
| **A10** | | " | **X** | **X** | **CD of audio recordings made on 5/1/07** | **Obj/OR** |
| A10A | | " | X | X | Transcript of recordings made on 5/1/07  (Unredacted) (Substituted w/redacted) | Obj/OR |
| A11 | | " | X | X | CD audio recordings made on 5/1/07 (different people than 10A) | Obj/OR |
| A11A | | " | X | X | Transcript of recordings made on 5/1/07  (Unredacted) (Substituted w/redacted) | Obj/OR |
| A12 | | 2/17/10 | X | X | CD audio recordings made on 5/1/07 (different people than A11) | Obj/OR |
| A12A | | " | X | X | Transcript of recordings made on 5/1/07  (Unredacted) (Substituted w/redacted) | Obj/OR |
| A14 | | " | X | X | CD audio recordings made on 5/2/07 | Obj/OR |
| A14A | | " | X | X | Transcript of recordings made on 5/2/07  (Unredacted) (Substituted w/redacted) | Obj/OR |
| A17 | | " | X | X | CD audio recordings made on 5/14/07 | Obj/OR |
| A17A | | " | X | X | Transcript of recordings made on 5/14/07  (Unredacted) (Substituted w/redacted) | Obj/OR |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | vs. | Russell Cletus Maricle, et al | | | CASE NO. 6:09-CR-16-DCR | |
|---|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | | Court Rulings: |
| A18 | | 2/17/10 | X | X | CD audio recordings made on 5/16/07 | | Obj/OR |
| A18A | | " | X | X | Transcript of recordings made on 5/16/07 | (Substituted w/redacted) | Obj/OR |
| A20 | | " | X | X | CD audio recordings made on 5/22/07 | | Obj./OR |
| A20A | | " | X | X | Transcript of recordings made on 5/22/07 | (Substituted w/redacted) | Obj/OR |
| A21 | | " | X | X | CD audio recordings made on 6/7/07 | | Obj/OR |
| A21A | | " | X | X | Transcript of recordings made on 6/7/07 | (Substituted w/redacted) | Obj/OR |
| | CWJ 4 | 2/18/10 | X | X | Hand-drawn sketch made by K. White of the state courthouse in Clay County | | No obj |
| W8 | | 2/19/10 | | | WITNESS:   WANDA PRICE WHITE | | FE |
| D6 | | " | X | X | List of Supporters | | No obj |
| D4 | | " | X | X | 4/18/06-Democratic Judge Election Officer Notification of Training & Instructions | | No obj |
| D2 | | " | X | X | Application for Court Watch Counselor-2/15/05 | | No obj |
| PR17 | | " | X | 3/2/10 | Voter Assistance Form-Manchester precinct - May, 2006 | | Obj/ |
| PR25E | | " | X | 3/3/10 | Voter Assistance Form-Nov 06-Manchester precinct | | |
| A7 | | " | X | X | CD audio recordings made on 4/18/07 | | Obj/OR |
| A7A | | " | X | X | Transcript of recordings made on 4/18/07 | | Obj/OR |
| A13 | | 2/23/10 | X | X | CD audio recordings made on 5/2/07 | | Obj/OR |
| A13A | | " | X | X | Transcript of recordings made on 5/2/07   (Redacted) | | Obj/OR |
| **A15** | | " | **X** | **X** | **CD audio recordings made on 5/4/07** | | **Obj/OR** |
| A15A | | " | X | X | Transcript of recordings made on 5/4/07   (Redacted) | | Obj/OR |
| D15 | | " | X | X | List of Grand Jury questions reviewed with CM and Stivers | | No obj |
| A19 | | " | X | X | CD audio recordings made on 5/17/07 | | Obj/OR |
| A19A | | " | X | X | Transcript of recordings made on 5/17/07   (Redacted) | | Obj/OR |
| D16 | | 2/24/10 | X | X | List provided by CM of witnesses sent to grand jury | | Obj/OR |
| D11 | | " | X | X | Recapitulation sheet from C. Maricle | | No obj |
| D12 | | " | X | X | Tabulated statement of votes cast in Nov. 04 election from C. Maricle | | No obj |
| D5 | | " | X | X | Nov. 06 Election Officer Appointment Notice - 11/2/06 | | No obj |
| D73 | | " | X | X | Copy of MySpace Messsage sent to W. White | | Obj/OR |

Page __3__ of __19__ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| | | | | | USA vs. Russell Cletus Maricle, et al — CASE NO. 6:09-CR-16-DCR | |
| CT. 1 | | 2/24/10 | X | | Copy of FD-302a of W. White, on 3/27/07, page 6 | PLACED UNDER SEAL |
| | Maricle 1 | 2/24/10 | X | X | Voter registration form 1990; change of precinct; change of party affiliation for W. White (3pgs) | No obj |
| D13 | | 2/25/10 | X | X | List rec'd 5/25/07 of vote haulers, etc. (5 pgs) | No obj. |
| W9 | | 2/25/10 | | | WITNESS: CHARLES NEWTON "DOBBER" WEAVER | |
| PR17 | | 2/25/10 | 2/19/10 | 3/2/10 | Voter Assistance Forms - May, 06 - Manchester precinct | |
| PA10 | | " | X | X | Plea Agreement filed between USA and Weaver | No obj |
| D74 | | " | X | | Fire incident report of 9/14/2007 | Obj/sust |
| W10 | | 2/26/10 | | | WITNESS: GLENN ROWLAND | |
| W11 | | 2/26/10 | | | WITNESS: DENVER SIZEMORE | |
| PA13 | | " | X | X | Plea Agreement filed between USA and Sizemore | No obj |
| W12 | | 2/26/10 | | | WITNESS: CARMEN WEBB LEWIS | |
| V1 | | " | X | X | CD video recording of the Fall 2004 Clay County Election-Manchester precinct | No obj |
| M1 | | " | X | X | Payments to B & B Excavating from City of Manchester | No obj |
| M2 | | " | X | X | Pride Payments to B & B Excavating from City of Manchester | No obj |
| M3 | | " | X | X | Accordian folder containing payments to B& J Transport from City of Manchester | No obj |
| M4 | | " | X | X | Pride payments to B&J Transport from City of Manchester | " |
| M5 | | " | X | X | Check to Bart Morris from City of Manchester in amount of $15,000.00 for loan | " |
| M6 | | " | X | X | **Contracts for B&J Transport** | No obj |
| M7 | | " | X | X | Minutes from City of Manchester Council Meeting | No obj |
| | DM 1 | " | X | X | Video clip of 2004 Clay Co election (non-audio) | No obj |
| | DM 2 | " | X | X | Still photo of Debbie Morris taken beside a car | No obj |
| | DM1A | " | X | Ct Exb | Video Clip of 2004 Clay Co election (audio) | (Not for jury) |
| W13 | | 3/1/10 | | | WITNESS: JEFF DEATON | |
| W14 | | 3/1/10 | | | WITNESS: MICHAEL BISHOP | |
| W15 | | 3/1/10 | | | WITNESS: JEFF CULVER | |
| W16 | | 3/1/10 | | | WITNESS: WILLIAM GOINS | FE |
| | BM1 | " | X | | Certified copy of records from Clay Co District Court | Obj/sustained |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| | | | | | USA vs. Russell Cletus Maricle, et al — CASE NO. 6:09-CR-16-DCR | |
| W17 | | 3/1/10 | | | WITNESS: RANDY CRAFT | FE |
| W18 | | 3/1/10 | | | WITNESS: FRANK ROBERTS, JR. | FE |
| W19 | | 3/1/10 | | | WITNESS: TERRY WAYNE BAKER | |
| W20 | | 3/1/10 | | | WITNESS: MANSELL BAKER | |
| | CWJ 2 | " | 2/5/10 | X | Copy of mortgage dated 2/11/88  (5 pgs) | No obj. |
| W21 | | 3/1/10 | | | WITNESS: JEFFERY WILLIAM FARMER | FE |
| D76 | | " | X | withdrawn | Lexington Herald-Leader article | Obj. |
| W22 | | 3/2/10 | | | WITNESS: RAY ADAMS | |
| W23 | | 3/2/10 | | | WITNESS: MARCUS MCKISSIC | |
| PR31C | | " | X | 3/3/10 | List of voters/roster | |
| PR33 | | " | X | 3/3/10 | Application for absentee ballot - Nov. 7, 2006 | |
| W24 | | 3/2/10 | | | WITNESS: JAMES DOUGLAS COLEMAN | |
| W25 | | 3/2/10 | | | WITNESS: BILLY RAY SESTER | FE |
| W26 | | 3/2/10 | | | WITNESS: DESHEA HENSON | FE |
| W27 | | 3/2/10 | | | WITNESS: CARL CURRY | FE |
| W28 | | 3/2/10 | | | WITNESS: WOODROW WOODS, JR. | FE |
| W29 | | 3/2/10 | | | WITNESS: TANYA K. DAVIDSON | FE |
| W30 | | 3/2/10 | | | WITNESS: MARY GAIL ROBERTS | FE |
| W31 | | 3/2/10 | | | WITNESS: BILLIE JEAN BERRY | FE |
| W32 | | 3/2/10 | | | WITNESS: AMANDA SMITH | |
| W33 | | 3/2/10 | | | WITNESS: DARREN SMITH | |
| W34 | | 3/2/10 | | | WITNESS: ROBIN A. WINKFIELD | FE |
| M14 | | " | X | X | Summary of salary payments to Russell Cletus Maricle | No obj |
| W35 | | 3/2/10 | | | WITNESS: LISA LANG | Subj to recall |
| PR83A | Count 2 | " | X | X | Records from Atty General's Ofc as to Clay Co. Elections, including called-in complaints from Clay Co voters | Obj/or |
| PR83B | Count 3 | " | X | X | Records from Atty General's Ofc as to Clay Co elections, etc | Obj/or |
| W36 | | 3/2/10 | | | WITNESS: BEVERLY GRAY | FE |

Page 5 of 19 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | USA | vs. | Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings |
| PR3 | | 3/2/10 | X | X | List of election officers serving in Clay Co.-May, 2006 | No obj |
| PR4 | | " | X | X | Election Officer Training Certification 2006, sign in sheet | No obj |
| PR5 | | " | X | X | Clay Co BOE 2006 report to Clay Co Fiscal Ct certifying payment to board member | No obj |
| PR6 | | " | X | X | Clay Co established voting precincts primary & general elections 2006 | No obj |
| PR7 | | " | X | X | Clay Co Clerk election meeting notes from Nov. 16, 2006 | No obj |
| PR8 | | " | X | X | Clay Co Clerk election meeting notes from 11/7/06 by M. Adams per BG | No obj |
| PR9 | | " | X | X | Clay Co Clerk election meeting notes from 11/7/06 by E. Dezarn per BG | Obj/OR |
| PR10 | | " | X | X | Clay Co Clerk election meeting notes from 11/7/06 by B. Craft per BG | " |
| PR11 | | | X | X | Clay Co Clk election meeting notes from 10/11 & 11/7/06 by F. Thompson per BG | Obj/OR |
| PR12 | | " | X | X | Clay Co Clk election meeting notes from 11/7/06 by Beveral Gray | Obj/OR |
| PR13 | | " | X | X | Clay Co Clk election meeting notes from 11/7/06 by M. Baker per BG | Obj/OR |
| PR14 | | " | X | X | Clay Co Clk election meeting notes from 11/7/06 by D. Edwards per BG | Obj/OR |
| PR15a | | " | X | X | Inspection Report of voting machines for May 2006 primary election | Obj/OR |
| PR15b | | " | X | X | Clay Co Clerk notes, May 2006 primary election | Obj/OR |
| PR15c | | " | X | X | List of election officers served | Obj/OR |
| PR15d | | " | X | X | Note from Freddy Thompson of complaints during election | Obj/OR |
| PR15e | | " | X | X | Clay Co Clerk's office notes from May 2006 primary election | Obj/OR |
| **PR16** | | " | X | X | **List of appointment of precinct election officers by captains** | **No obj.** |
| PR16a | | " | X | X | Record of proceedings for Board of Election Commissioners for 1988 | No obj |
| PR16b | | " | X | X | Record of proceedings for Board of Election Commissioners for 1993 | No obj |
| PR16c | | " | X | X | Record of proceedings for Board of Election Commissioners for 1994 | " |
| PR16d | | " | X | X | Record of proceedings for Board of Election Commissioners for 1995 | " |
| PR16e | | " | X | X | Record of proceedings for Board of Election Commissioners for 1996 | " |
| PR16f | | " | X | X | Record of proceedings for Board of Election Commissioners for 1997 | " |
| PR16g | | " | X | X | Record of proceedings for Board of Election Commissioners for 1998 | " |
| PR16h | | " | X | X | Record of proceedings for Board of Election Commissioners for 1999 | " |
| PR16i | | 3/2/10 | X | X | Record of proceedings for Board of Election Commissioners for 2000 | No obj |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | USA vs. Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
| PR16j | | 3/2/10 | X | X | Record of proceedings for Board of Election Commissioners for 2001 | No obj |
| PR16k | | " | X | X | Record of proceedings for Board of Election Commissioners for 2002 | No obj |
| PR16l | | " | X | X | Record of proceedings for Board of Election Commissioners for 2003 | " |
| PR16 m | | " | X | X | Record of proceedings for Board of Election Commissioners for 2004 | " |
| PR16n | | " | X | X | Record of proceedings for Board of Election Commissioners for 2005 | " |
| PR16o | | " | X | X | Record of proceedings for Board of Election Commissioners for 2006 | " |
| PR16p | | " | X | X | Record of proceedings for Board of Election Commissioners for 2007 | " |
| PR16q | | " | X | X | Email from Freddy Thompson account from Shirley Votrobek to Lisa on 5/23/06 | " |
| PR16r | | " | X | X | Precinct Sheriff's post election report from Carl Anthony Short, II | " |
| PR17 | | " | 2/19/10 | 3/2/10 | Voter Assistance Forms - Manchester Precinct; 1 signed by W. White in May, 2006 | Obj/OR |
| PR18 | | " | X | 3/3/10 | Recanvass votes fo Mobley/Smith for PVA in May 2006 election | No obj |
| PR21 | | 3/3/10 | X | X | Memo from KY Secy of State regarding official count & record total for May 06 election | No obj |
| PR27a | | " | X | X | Nov. 06-number of absentee ballots mailed to state board of elections documents | No obj |
| PR31a | | " | X | X | List of voters/roster issued absentee ballots -Nov. 7, 2006 | No obj |
| PR31b | | " | X | X | Working copy of PR31a- list of voters/roster iss absentee ballots-Nov. 7, 2006 | No obj |
| PR24 | | " | X | X | Certification Official Count & Record of Election Totals-Nov. 7, 2006 General Election | No obj |
| PR18a | | " | X | X | Absentee Ballot application for William Bartley Morris, May 16, 2006 | No obj |
| PR18b | | " | X | X | Absentee Ballot application for William Bart Morris, May 16, 2006 | " |
| PR18c | | " | X | X | Absentee Balllot application for Debra L. Morris, May 16, 2006 | " |
| PR18d | | " | X | X | Absentee Ballot application for Christopher George Duff, May 16, 2006 | " |
| PR18e | | " | X | X | Absentee Ballot application for Jessica Rene Bowling, May 16, 2006 | " |
| PR18f | | " | X | X | Republican Primary Ballot, May 16, 2006 | " |
| PR19 | | " | X | X | Absentee Ballot Signature Roster, May, 2006 election (voting machine) | " |
| PR20 | | " | X | X | List of voters issued absentee ballots, May 2006 (mail in sent to Fkt State Board) | " |
| PR22 | | " | X | X | Public inspection of voting machines May 16, 2006 Primary Election | " |
| PR23 | | " | X | X | Sign In sheet for A101 Manchester Precinct, May 2006 Election | " |
| PR23a | | 3/3/10 | X | X | Summary & Precinct Reports for May, 2006 Primary Election in Clay Co, KY (machine totals) | No obj |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | | vs. | | Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| PR25 | | 3/3/10 | X | X | Voter Assistance Forms-Nov. 06 | No obj |
| PR25A | | " | X | X | Voter Assistance Forms-Nov 06 B103 Harts Branch Precinct | " |
| PR25b | | " | X | X | Voter Assistance Forms-Nov 06 A106 Garrard Precinct | " |
| PR25c | | " | X | X | Voter Assistance Forms-Nov 06 C101 Allen Precinct | " |
| PR25d | | " | X | X | Voter Assistance Forms-Nov 06 E104 Whites Branch Precinct | " |
| PR25e | | " | X | X | Voter Assistance Forms-Nov 06 A101A Manchester Precinct | " |
| PR25f | | " | X | X | Voter Assistance Forms-Nov 06 D103 Goose Rock Precinct | " |
| PR25g | | " | X | X | Voter Assistance Forms–Nov 06 F102 Burning Springs Precinct | " |
| PR25h | | | X | X | Voter Assistance Forms-Nov 06 B101 Big Creek Precinct | " |
| PR25i | | " | X | X | Voter Assistance Forms-Nov 06 C102 Oneida Precinct | " |
| PR25j | | " | X | X | Voter Assistance Forms-Nov 06 B104 Greenbriar Precinct | " |
| PR25k | | " | X | X | Voter Assistance Forms-Nov 06 D104 Brightshade Precinct | " |
| PR25l | | " | X | X | Voter Assistance Forms-Nov 06 C103 South Fork Precinct | " |
| PR26 | | " | X | X | General Election-Nov 7, 2006 Clay County Ballots | " |
| PR26a | | " | X | X | Ballot-B-Nov. 7, 2006 | " |
| PR26b | | " | X | X | Ballot-C-Nov. 7, 2006 | " |
| PR26c | | " | X | X | Ballot-D-Nov. 7, 2006 | " |
| **PR26d** | | " | **X** | **X** | **Balllot-E-Nov. 7, 2006** | " |
| PR26e | | " | X | X | Ballot-F-Nov. 7, 2006 | " |
| PR26f | | " | X | X | Ballot-G | " |
| PR26g | | " | X | X | Ballot-H | " |
| PR26h | | " | X | X | Ballot-I | " |
| PR26i | | " | X | X | Ballot-J | " |
| PR26j | | " | X | X | Ballot-K | " |
| PR26k | | " | X | X | Ballot-L | " |
| PR27b | | " | X | X | Nov. 06-number of absentee voters per precinct | " |
| PR27c | | 3/3/10 | X | X | Nov. 06-number of election officers per precinct | No obj |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | USA | vs. | Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| PR27d | | 3/3/10 | X | X | Nov. 06-number of rejected absentee ballots | No obj |
| PR27e | | " | X | X | Nov. 06-number of absentee ballots issued to military | " |
| PR27f | | " | X | X | Nov. 06-Board of Elections post election report | " |
| PR27g | | " | X | X | Nov. 06-Board of Elections precinct officer absentee report | " |
| PR27h | | " | X | X | Nov. 06-Provisional Ballots issued | " |
| PR28a | | " | X | X | precinct Roster-Signatures from Precinct A101 Manchester General Election Nov. 7, 2006 | " |
| PR28b | | " | X | X | Supplement with persons eligible to vote but not on roster Nov. 06 | " |
| PR29 | | " | X | X | Election Officers Training, Nov. 2, 2006 | " |
| PR30a | | | X | X | County Clerk Certification-Manchester precinct | " |
| PR30b | | " | X | X | Board of Elections-Manchester precinct | " |
| PR30c | | " | X | X | Democratic Party-Manchester precinct | " |
| PR30d | | " | X | X | Republican Party-Manchester precinct | " |
| PR32 | | " | X | X | Application for absentee ballot for Darnell Hipsher-Nov. 7, 2006 | " |
| PR33 | | " | X | X | Application for absentee ballot for Marcus McKissic-Nov. 7, 2006 | " |
| PR31c | | " | X | X | List of voters/roster issued absentee ballots general election-Nov. 7, 2006 | " |
| PR34 | | " | X | X | Precinct Sheriff's Report by Wayne Jones Nov. 06-two more votes than apps. | " |
| PR35 | | " | X | X | Nov. 06-Won/loss list for KY Reg. Of Election Finance | " |
| **PR36** | | " | X | X | **Nov. 06-list of election officers with handwritten corrections** | " |
| PR37 | | " | X | X | Nov. 06-list of candidates | " |
| PR38 | | " | X | X | May 2002 tabulated election votes mailed to Secy of State | " |
| PR39 | | " | X | X | Nov. 2002 tabulated election votes mailed to Secy of State | " |
| PR40 | | " | X | X | May 2004 tabulated election votes mailed to Secy of State | " |
| PR41 | | " | X | X | Nov 2004 tabulated election votes mailed to Secy of State | " |
| PR42 | | " | X | X | May 2006 tabulated election votes mailed to Secy of State | " |
| PR43 | | " | X | X | Nov 2006 tabulated election votes | " |
| PR44 | | " | X | X | Nov 1990 tabulated election votes mailed to Secy of State | " |
| PR46 | | 3/3/10 | X | X | 3 deeds | No obj |

Page    9    of    19    Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | USA | vs. | Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| PR47 | | 3/3/10 | X | X | Board of Election Minutes for May 17, 1974 | No obj |
| PR48 | | " | X | X | Board of Election Minutes for May 17, 1975 | " |
| PR49 | | " | X | X | Board of Election Minutes for Oct. 25, 1975 | " |
| PR50 | | " | X | X | Board of Election Minutes for May 25, 1976 | " |
| PR51 | | " | X | X | Board of Election Minutes for Nov. 2, 1976 | " |
| PR52 | | " | X | X | Board of Election Minutes for May 24, 1977 | " |
| PR53 | | " | X | X | Board of Election Minutes for Nov. 8, 1977 | " |
| PR54 | | " | X | X | Board of Election Minutes for Nov. 4, 1980 | " |
| PR55 | | " | X | X | Board of Election Minutes for Nov. 6, 1984 | " |
| PR56 | | " | X | X | Board of Election Minutes for Nov. 5, 1985 | " |
| PR57 | | " | X | X | Board of Election Minutes for Nov. 4, 1986 | " |
| PR58 | | " | X | X | Board of Election Minutes for Nov. 8, 1988 | " |
| PR59 | | " | X | X | Letter dated 12/2/09 detailing employment dates for Melinda Adams | " |
| PR60 | | " | X | X | Kenneth Day Election Commissioner Bond for 1988 | " |
| PR61 | | " | X | X | Kenneth Day election commissioner bond for 1992 | " |
| PR62 | | " | X | X | Kenneth Day election commissioner bond for 1996 | " |
| PR63 | | " | X | X | Clay Co Election Results for May & Nov. 1995 | " |
| PR64 | | " | X | X | Clay Co election results for May & Nov 1994 | " |
| PR65 | | " | X | X | Clay Co election results for May & Nov 1993 | " |
| PR66 | | " | X | X | Clay Co election results for May & Nov 1992 | " |
| PR67 | | " | X | X | Clay Co election results for May 1985 | " |
| PR68 | | " | X | X | Clay Co election results for May & Nov 1983 | " |
| PR70 | | " | X | X | Tabulated votes from election Nov. 1990 | " |
| PR79 | | " | X | X | General Election for 2006 | " |
| PR80 | | " | X | X | May 06 election | " |
| M8 | | " | X | X | W2s and salary documents for Freddy Thompson | " |
| M9 | | " | X | X | Election commission payments made to Charles Wayne Jones | " |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | USA | vs. | Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
| | FT1 | 3/3/10 | X | X | Board of Election post-election report May 16, 2006 | No obj |
| PR86 | | " | X | X | Request from Daugh White for son to be challenger in May, 06 election | " |
| W37 | | 3/3/10 | | | **WITNESS:   JENNINGS WHITE** | |
| PA7 | | " | X | X | Plea Agreement between USA and J. White signed on 10/25/05 | " |
| D8 | | " | X | | Handwritten notes on small note paper | |
| W38 | | 3/3/10 | | | **WITNESS:   WILLIAM MICHAEL WHITE** | |
| W39 | | 3/3/10 | | | **WITNESS:   PAMELA KAY MATHIS** | |
| W40 | | 3/3/10 | | | **WITNESS:   DEBRA PARKS** | |
| M10 | | " | X | X | Payments to B&B Excavating from Clay Co Fiscal Court | No obj |
| M11 | | " | X | X | Payments to B&J Transport from Clay Co Fiscal Court | " |
| M12 | | " | X | X | W2s and payroll summaries for Stanley Bowling (2003-2009) | " |
| PR85 | | " | X | X | List of election officers and amounts paid by Clay Co Fiscal Court to officers May 02-Nov 06 | " |
| W41 | | 3/3/10 | | | **WITNESS:   TED JONES** | |
| W42 | | 3/4/10 | | | **WITNESS: ROGER WEBB** | |
| P31 | | " | X | X | Photo of red car & black SUV parked in front of gray house with window air conditioners | No obj |
| W43 | | 3/4/10 | | | **WITNESS:   TOMMY SLONE** | |
| W44 | | 3/4/10 | | | **WITNESS: ROBYN COMBS PENNINGTON** | |
| W45 | | 3/4/10 | | | **WITNESS:   ELLA M. WAGERS** | |
| W46 | | 3/4/10 | | | **WITNESS:   RALEIGH DOWNEY** | |
| W47 | | 3/4/10 | | | **WITNESS:   RICHARD BRIAN HUBBARD** | |
| P32 | | " | X | X | Copy of photo from MySpace page showing man holding a gun | |
| PA12 | | " | X | X | Plea Agreement filed between USA and Richard Brian Hubbard in London 09cr25s | |
| W48 | | 3/4/10 | | | **WITNESS:   BRIAN LEWIS** | |
| W49 | | 3/4/10 | | | **WITNESS:   ANGELA LEWIS** | |
| W50 | | 3/4/10 | | | **WITNESS:   TERRY SMITH** | |
| Court 4 | | 3/4/10 | X | Not for jury | Documents from state court case relating to John Downey | |
| W51 | | 3/4/10 | | | **WITNESS:   BOBBY "RED" SAMS** | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| **W52** | | 3/4/10 | | | **WITNESS: DAVID SUTHERLAND** | |
| PR83c | | " | X | X | Records from Atty General's Ofc as to Clay Co. Elections, including called-in complaints 2004 | Obj/Or |
| PR83d | | " | X | X | Records from Atty General's Ofc as to Clay Co elections, including called-in complaints 2005 | Obj/OR |
| PR83a | | " | 3/2/10 | X | Records from Atty General's Ofc as to Clay Co elections, including call-in complaints 2002 | Obj/OR |
| PR83b | | " | 3/2/10 | X | Records from Atty General's Ofc as to Clay Co elections, including call-in complaints 2003 | Obj/OR |
| **W53** | | 3/8/10 | | | **WITNESS: CRYSTAL GOINS** | |
| | D67 | " | X | X | Entry of appearance in Clay Circuit Case 89CR049 and 051 by C. Maricle | No obj |
| | D70 | " | X | X | Trial, Jury and Judgment in Clay Circuit Case 89-ci-381 | No obj |
| | D71 | " | X | X | Calendar for 5/14/90 for Clay Circuit Court | No obj |
| | D77 | " | X | X | Indictment on John Downey, filed 5/2/05 | No obj |
| | D78 | " | X | X | Indictment filed 9/1/05 on Bobby Sams and Wes Caudill | No obj |
| | D80 | " | X | X | Indictment filed 12/8/06 on Manzil Baker & Eddie Feltner | No obj |
| | D82 | " | X | X | Case History Commonwealth v. Stephanie Price, case 04-T-02804 | No obj |
| | D83 | " | X | X | Case documents on Clay District Case 04-F-00323 on Sarah Price | No obj |
| PR81 | | " | X | X | Order of dismissal in Clay Circuit case 03-ci-00095 filed 9/19/08 | No obj |
| **W54** | | 3/8/10 | | | **WITNESS: DIANA REID** | |
| M13 | | " | X | X | Clay Co Detail Check History for D. Adams from 7/1/02 to 6/30/03 | No obj |
| M18 | | " | X | X | Record of Board proceedings minutes of 9/6/01-renewal of superintendent contract | No obj |
| **M19** | | " | **X** | **X** | **Letter of resignation by Vernon Hacker, 9/11/02** | **No obj** |
| M20 | | " | X | X | Mileage report of bus driver, Vernon Hacker | No obj |
| M21 | | " | X | X | Classified step salary calculation for Vernon Hacker | No obj |
| M22 | | " | X | X | Detailed check history records of V. Hacker for years 97,98-2007 | No obj |
| M23 | | " | X | X | V. Hacker contracts for bus driver position, years 97-07 | No obj |
| M24 | | " | X | X | Time Sheets for V. Hacker | No obj |
| **W55** | | 3/8/10 | | | **WITNESS: MARY SUE HELM** | |
| PR87 | | " | X | | Nov. 04 certified election votes in Clay County | No obj |
| PR88 | | " | X | | May 04 certified election votes in Clay County | No obj |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | USA | vs. | Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings |
|---|---|---|---|---|---|---|
| PR89 | | 3/8/10 | X | X | Nov 02 certified election of votes from Clay County | No obj |
| PR90 | | " | X | X | May 02 certified election of votes from Clay Co. | No obj |
| PR91 | | " | X | X | Nov 06 certified election of votes from Clay Co. | No obj |
| PR92 | | " | X | X | May 06 certified election of votes from Clay Co. | No obj |
| **W56** | | **3/8/10** | | | **WITNESS: SARAH BALL JOHNSON** | |
| PR71 | | " | X | X | Co Board of Elections Post Election Statistical Report signed 11/17/06 | No obj |
| PR72 | | " | X | X | Co Board of Elections Post Election Statistical Report signed 5/25/06 | No obj |
| PR73 | | " | X | X | Co Board of Elections Post Election Statistical Report signed 11/5/04 | No obj |
| PR74 | | " | X | X | Co Board of Elections Post Election Statistical Report signed 5/20/04 | No obj |
| PR75 | | " | X | X | Co Board of Elections Post Election Statistical Report signed 11/15/02 | No obj |
| PR76 | | " | X | X | Co Board of Elections Post Election Statistical Report signed 6/4/02 | No obj |
| PR77 | | " | X | X | State Board of Elections Certificate of appointment for Charles W. Jones | No obj |
| PR78 | | " | X | X | State Board of Elections Certificate of appointment for Charles W. Jones, exp. 2012 | No obj |
| PR93 | | " | X | X | Spreadsheet of 2002 Clay Co election totals | No obj |
| PR94 | | " | X | X | Spreadsheet of 2003 Clay Co election totals | No obj |
| PR95 | | " | X | X | Spreadsheet of 2004 Clay Co election totals | No obj |
| PR96 | | " | X | X | Spreadsheet of 2006 Clay Co election totals | No obj |
| **PR84** | | " | **X** | **X** | **Election day complaint sheet for 2004 primary and 2006 primary and general-Clay Co** | **Obj/OR** |
| | CWJ5 | " | X | | Memorandum Agreement for buying new voter machines in Clay County | Obj/ruling withheld |
| **W57** | | **3/8/10** | | | **WITNESS: COLLEEN HAACK** | |
| D1 | | " | X | X | Training Session documents for Clay County, KY.  5/4/06 & 4/6/06 | |
| **W58** | | **3/8/10** | | | **WITNESS: EDSEL VINCENT BLAIR** | |
| **W59** | | **3/9/10** | | | **WITNESS: JEFF SAGRECY** | |
| M16 | | " | X | X | Summary of payments to B&B Excavating from Clay Co & City of Manchester | No obj |
| M17 | | " | X | X | Total of payments to B&J Transfer from City of Manchester & Clay Co | No obj |
| M15 | | " | X | X | Summary of total of payments to defendants and related businesses | No obj |
| **W60** | | **3/9/10** | | | **WITNESS: TIMOTHY S. BRIGGS, FBI** | |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| | | USA | | vs. | Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| D84 | | 3/9/10 | X | X | 7/12/07 Grand Jury testimony of Freddy W. Thompson | No obj |
| D47 | | " | X | X | Copy of Information No 08-22 USA v. Charles Weaver found during search of Wm. Stivers' home | No obj |
| D51 | | " | X | X | 1 pg handwritten list "call list" found during 3/19/09 search of Stivers' home | No obj |
| D53 | | " | X | X | Copy of Information No. 07-48 USA v. D. Kennon White found during search of Stivers' home | No obj |
| D54 | | " | X | X | Order in case of USA v. Charles Weaver filed 3/11/08 found during search | No obj |
| D55 | | " | X | X | Order of release in case of USA v. Charles Weaver filed 3/17/08 found during search | No obj |
| D56 | | " | X | X | Indictment No. 07CR110 filed 12/19/07 USA v. Wayne Reid found during Stivers' search | No obj |
| D59 | | " | X | X | Handwritten list "From the Desk of Judy Maricle" found during search of Maricle's home (5pgs) | No obj |
| D60 | | " | X | X | Handwritten notes about buying properties found during search of Maricle's home | No obj |
| D61 | | " | X | X | Black Rolodex with cards found during search of Maricle's home | No obj |
| D61a | | " | X | X | Copy of rolodex cards from Exhibit D61 | No obj |
| D62 | | " | X | X | Election Finance Statement for Russell Cletus Maricle signed 9/16/99 found during Maricle search | No obj |
| D64 | | " | X | X | Small black spiral notebook found during Maricle search | No obj |
| P33 | | " | X | X | Photo of residence of Stevie & Danielle Collins | No obj |
| P34 | | " | X | X | Photo of residence of Cletus Maricle | No obj |
| P35 | | " | X | X | Photo of residence of Bart & Debi Morris | No obj |
| CT 5 | | 3/10/10 | X | not to jury | Copy of Grand Jury Testimony of Freddy Thompson given on 8/24/06 | |
| CT6 | | " | X | not to jury | 4 pges (13-17) of Agent Briggs' Grand Jury Testimony of 5/20/07 & 1 pg list of jobs | |
| W1 | | 3/10/10 | Maricle | | **WITNESS: PATRICIA ELLEN NICHOLSON** | FE |
| W2 | | 3/10/10 | Maricle | | **WITNESS: GLENDA SESTER** | FE |
| | Maricle 2 | " | X | X | Copy of KY Supreme Court Order assigning special judge of 12/6/07 | No obj |
| | Maricle 3 | " | X | X | Faxed copy of Maricle Exhibit 2 | No obj |
| W3 | | 3/10/10 | Maricle | | **WITNESS: MARILYN M. ROBERTS** | |
| | Maricle 4 | " | X | X | Video Tape of John Downey state court hrg of 10/30/06 | No obj |
| W4 | | 3/10/10 | | | **WITNESS: STEVEN SLYTER (by Avowel)** | Obj/sust |
| | Maricle 5 | " | X | Not 4 jury | Slyter CV (admitted only for this avowel hrg) | |
| | | 3/11/10 | | | **WITNESS: MARILYN M. ROBERTS** | FE |

Page 14 of 19 Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| aUSA | | | vs. | Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| | Maricle 6 | 3/11/10 | X | X | Video tape of 11/15/06 (sentencing of John Downey) | No obj. |
| | W4 | " | Maricle | | WITNESS: STEVEN SLYTER | FE |
| | W5 | " | Maricle | | WITNESS: MORRIS HOUSE | FE |
| | W6 | " | Maricle | | WITNESS: DOUG HOPKINS | FE |
| | W7 | " | Maricle | | WITNESS: JIM NORRIS | FE |
| | W8 | " | Maricle | | WITNESS: RUSSELL CLETUS MARICLE | |
| | --------- | 3/12/10 | Maricle | | WITNESS: RUSSELL CLETUS MARICLE | FE |
| | Maricle 7 | " | X | X | Case History, Commonwealth v. Stephen Price, Jr., Case No. 04-CR-00172-002 | No obj. |
| | Maricle 8 | " | X | X | Case History, Commonwealth v. John Downey, Case No. 05-CR-00069 | No obj. |
| | W9 | " | Maricle | | WITNESS: THOMAS R. LEWIS | FE |
| | W10 | " | Maricle | | WITNESS: TARA BOH KLUTE | FE |
| | Maricle 9 | 3/15/10 | X | X | Large chart re: handwriting comparisons used in testimony of Steven Slyter | No obj. |
| D85 | | " | X | X | Paper chart re: handwriting comparisons used in testimony of Steven Slyter | No obj. |
| | W1 | " | Adams | | WITNESS: ROY D. ALLEN | FE |
| | W2 | " | Adams | | WITNESS: CHARLES D. KEITH | FE |
| | W3 | " | Adams | | WITNESS: LEEWOOD CORNETT | FE |
| | W4 | " | Adams | | WITNESS: REECIA SAMPLES | FE |
| D66 | | " | X | X | List of bus routes from 97/98 through 06/07, dated 11/23/2009 | No obj. |
| | W5 | " | Adams | | WITNESS: JAMES A. GRAVITT | FE |
| | DA-1 | " | X | X | Chart of Kentucky Superintendent Salaries | No obj. |
| | DA-4 | " | X | X | Summary of Kentucky Superintendent Salaries 2001-02 through 2009-10 | No obj. |
| | W6 | " | Adams | | WITNESS: LAURA MELANDA ADAMS HACKER | FE |
| | W7 | " | Adams | | WITNESS: WILLIAM HUGH BISHOP | FE |
| | W8 | 3/16/10 | Adams | | WITNESS: CLAY MASSEY BISHOP, JR. | FE |
| P42 | | " | X | X | Newspaper photograph of Clay County delegation dated 2/5/2004 | No obj. |
| P44 | | " | X | X | Newspaper photograph "Capitol Gang" | No obj. |
| CT 7 | | " | X | Not to jury | Transcript of hearing dismissing Stivers prosecution | |

Page 15 of 19 Pages

AO 187A (Rev. 7/87)       **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | vs. | Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| | W1 | 3/16/10 | Jones | | **WITNESS: DORIS GROSS** | FE |
| | W2 | " | Jones | | **WITNESS: SELENA SMITH** | FE |
| | W1 | " | Stivers | | **WITNESS: GRETA EMOND** | FE |
| | W2 | " | Stivers | | **WITNESS: JEFF CULVER** | FE |
| | W1 | " | Thompson | | **WITNESS: SHIRLEY BISHOP** | FE |
| | W2 | " | Thompson | | **WITNESS: CLAY WHITE** | **FE** |
| | W3 | " | Thompson | | **WITNESS: JAMES SAMS** | FE |
| | W4 | " | Thompson | | **WITNESS: KAREN LAWSON** | FE |
| | W5 | | Thompson | | **WITNESS: GLENN GRAY** | FE |
| | FT2 | " | X | X | 5/4/2006 newspaper article, Voter's Cheat Sheet | No obj. |
| | FT3 | " | X | X | 5/11/2006 newspaper article, Voter's Cheat Sheet | No obj. |
| | FT4 | " | X | X | 5/15/2006 newspaper article, Voter's Cheat Sheet | No obj. |
| | WBM 1 | " | X | X | Copy of 3/14/1996, Notice of Bid | No obj. |
| | WBM 2 | " | X | X | Copy of 1/31/2002, Notice of Bid | No obj. |
| | WBM 3 | " | X | X | Copy of 3/7/2002, ordinance published by the City of Manchester | No obj. |
| | W1 | 3/17/10 | WB Morris | | **WITNESS: DEBBIE EDWARDS** | FE |
| | WBM 4 | " | X | X | Certified copy of Amended Agreement dated 10/5/04 | No obj. |
| | DM3 | " | X | X | Certified copy of Marriage License of Debra Lynn Smith & Wm Bart Morris dated 6/21/03 | No obj. |
| | DM4 | " | X | X | Certified copy of Deed of Conveyance dated 6/16/00 | No obj. |
| | W2 | " | WB Morris | | **WITNESS: GLENDA SESTER** | FE |
| | WBM 5 | " | X | X | Criminal records of Bobby Sams | No obj. |
| | DM5 | " | X | X | Certified copy of Separation Agreement dated 1/9/97 | No obj. |
| | DM6 | " | X | X | Certified copy of Final Decree of Dissolution of Marriage dated 1/13/97 | No obj. |
| | SB1 | " | X | X | Copy of Appearance Bond of Jimmy Mills (1 page) | Obj. OR |
| | W3 | " | WB Morris | | **WITNESS: BARRY SPIVEY** | |
| | WBM 6 | " | X | Not to jury | Copy of spreadsheet (Dump sites cleaned 2002-2006) | Obj. Sustained |
| | WBM 7 | " | X | X | Copy of Interim Site Visit Form dated 11/2/04 | No obj. |

Page ___16___ of ___19___ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | USA vs. Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
| | ------ | 3/17/10 | WB Morris | | **WITNESS: BARRY SPIVEY** | FE |
| | W4 | " | WB Morris | | **WITNESS: STEVEN BOWLING** | |
| | WBM 8 | " | X | X | Newspaper article and photos dated 11/9/06 | No obj. |
| | CT 8 | " | Maricle | Not to jury | Grand Jury testimony of Steven Bowling on 1/12/2006 | |
| | ------ | 3/18/10 | WB Morris | | **WITNESS: STEVEN BOWLING** | FE |
| | W5 | " | WB Morris | | **WITNESS: JOHN CRAFT** | FE |
| | W1 | " | D. Morris | | **WITNESS: COLLEEN CHANEY** | FE |
| | DM 7 | " | X | X | Secy. of State Certificate re: B&J Transfer | No obj. |
| | DM 8 | " | X | X | Secy. of State Certificate re: B&J Transport | No obj. |
| | W2 | " | D. Morris | | **WITNESS: REGINA HIPSHER** | FE |
| | W3 | " | D. Morris | | **WITNESS: MARIANNA SMITH** | FE |
| | W4 | " | D. Morris | | **WITNESS: EDDIE DAVIDSON** | FE |
| | W5 | " | D. Morris | | **WITNESS: EDDIE SMITH** | FE |
| | W6 | " | D. Morris | | **WITNESS: STEPHAN CHARLES** | FE |
| | DM 9 | " | X | X | Copy of prenuptial agreement between Debra Lynn Smith and Wm. Bartley Morris | No obj. |
| | W7 | " | D. Morris | | **WITNESS: TIMOTHY S. BRIGGS, FBI** | |
| | DM 10 | " | X | X | CD of photographs | No obj. |
| | W8 | " | D. Morris | | **WITNESS: JESSICA RENEE MORRIS** | FE |
| P 36 | | " | X | X | Photograph of home of Debra Morris and William Bartley Morris | No obj. |
| | W9 | " | D. Morris | | **WITNESS: WILLIAM BARTLEY MORRIS, II** | FE |
| | W10 | " | D. Morris | | **WITNESS: CANDACE ROSHEL GEORGE** | FE |
| | W1 | " | S. Bowling | | **WITNESS: MARY SUE HENSLEY** | FE |
| | W2 | " | S. Bowling | | **WITNESS: LARRY CANN** | |
| | SB2 | " | X | X | Cann-Tech file re: Big Creek waterline extension project | No obj. |
| | | 3/19/10 | S. Bowling | | **WITNESS: LARRY CANN** | |
| | SB 2a | " | X | X | Big Creek waterline extension Phase II plans | No obj. |
| | SB 2b | " | X | X | Copy of Advertisement for bids, May, 2006 | No obj. |

Page 17 of 19 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | USA vs. Russell Cletus Maricle, et al | CASE NO. 6:09-CR-16-DCR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
| | SB 2c | 3/19/010 | X | X | Copy of Performance Bond | No obj. |
| | SB 2d | " | X | X | Copy of 5/23/06 letter to Daugh White from Larry Cann w/attachments | No obj. |
| | SB 2e | " | X | X | Copy of Liability Insurance Certificate | No obj. |
| | SB 2f | " | X | X | Copy off 6/20/06 Contract Agreement | No obj. |
| | SB 2g | " | X | X | Copy of Bid Schedule | No obj. |
| | SB 2h | " | X | X | Copy of Notice of Award | No obj. |
| | SB 2i | " | X | X | Copy of Project Budget | No obj. |
| | SB 2j | " | X | X | Copy of Cann-Tech letter of transmittal w/attachments (change order) | No obj. |
| | SB 2k | " | X | X | Copy of 2/1/07 letter to Donna Marlin from Cann-Tech w/attachments (close out letter) | No obj. |
| | SB 3 | " | X | X | Surveyor info. showing existing lines | No obj. |
| | SB 4 | " | X | X | Profile of plans w/CD | No obj. |
| | SB 5 | " | X | X | Plans for sewer lines for repair/replacement dated 5/15/03 | No obj. |
| | W3 | " | S. Bowling | | **WITNESS: SARAH BOWLING** | FE |
| | SB 6 | " | X | X | Group of receipts from Gatlinburg trip (3) | No obj. |
| P38 | | " | X | X | Photograph of garage at Stanley Bowling's residence | No obj. |
| | W4 | " | S. Bowling | | **WITNESS: PHILLIP BENTON HANSEN** | FE |
| | SB 10 | " | X | Not to jury | CV of Phillip Benton Hansen | Obj. Sustained |
| | SB10 | " | X | X | Project plans for wastewater system-Phase 2A-Little Mill Pond | No obj. |
| | SB 11 | " | X | X | Group of documents, Millpond Phase 2A/Wastewater Pump Station | No obj. |
| | SB 9 | " | X | X | Project plans wastewater system Little Mill Pond & Old Timers Rd. | No obj. |
| | SB 12 | " | X | X | Group of documents, Job Nos. 3,4,5 & 6, Little Mill Pond/Old Timers Road | No obj. |
| | W5 | " | S. Bowling | | **WITNESS: JAMES GARRISON** | FE |
| | SB 7 | " | X | X | Minutes from 10/22/04 meeting of Clay County Fiscal Court | No obj. |
| | W 6 | | S. Bowling | | **WITNESS: JOEY RADER** | |
| | SB 8 | " | X | X | Photograph of Mill Pond Phase II project | No obj. |
| | SB 13 | " | X | X | Photograph of Mill Pond Phase II project | No obj. |
| | SB 14 | " | X | X | Photograph of Old Timers Road Project | No obj. |

Page  18  of  19  Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| | SB 15 | 3/19/10 | X | X | Photograph of Old Timers Road Project | No obj. |
| | SB 16 | " | X | X | Photograph of Old Timers Road Project | No obj. |
| | SB 17 | " | X | X | Photographs of pup station | No obj. |
| | SB 18 | " | X | X | Photographs of Muddy Gap project | No obj. |
| | SB 19 | " | X | X | Photographs of Wayne Street sewer project | No obj. |

USA vs. Russell Cletus Maricle, et al   CASE NO. 6:09-CR-16-DCR

Page 19 of 19 Pages