AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY at Frankfort |
|---|---|---|

USA

v.

Russell Cletus Maricle, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 6:09-CR-16-DCR

*Eastern District of Kentucky*
**FILED**
MAR 25 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK, U.S. DISTRICT COURT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Danny Reeves | Stephen Smith/Jason Parman | C. Crouse/D. Hoskins/M. Pinales/B. Bayer/K. Westberry/K. Logan/S. White/R. Abell/R. Baldani/T. Richardson/ Jerry Gilbert/Elizabeth Hughes/Daniel Simons |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Forfeiture Hearing 3/25/2010 | Cindy Oakes | Kim Stoneking |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| W1 | | 3/25/10 | | | **WITNESS: JEFF SAGRECY** | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages