UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

Eastern District of Kentucky
FILED
MAR 2 5 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6: 09-16-S-DCR |
| ) | |
| V. ) | |
| ) | |
| RUSSELL CLETUS MARICLE, ) | |
| DOUGLAS C. ADAMS, CHARLES ) | |
| WAYNE JONES, WILLIAM E. ) | |
| STIVERS, aka AL MAN, FREDDY ) | |
| W. THOMPSON, WILLIAM B. ) | |
| MORRIS, aka BART, DEBRA L. ) | |
| MORRIS, aka DEBBIE, and ) | **SPECIAL VERDICT** |
| STANLEY BOWLING, ) | **FORM** |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

1.   As to **Count Twelve**, we, the jury, unanimously find by a preponderance of the evidence that the money judgment in the amount of $3,472,847.38, is subject to forfeiture pursuant to 18 U.S.C. 1963(a)(1), (2), or (3).

Yes _____     No ___✓___

**If you answered "NO," fill in the statement below with the amount, if any, you find is forfeitable. If you answered "YES," go to Question #2.**

As to Count Twelve, we, the jury, unanimously find by a preponderance of the evidence that $ _3,200,000.00_ is subject to forfeiture pursuant to 18 U.S.C. 1963(a)(1), (2), or (3).

2.   As to **Count Thirteen,** we, the jury, unanimously find by a preponderance of the evidence that the money judgment in the amount of $1,513,512.36, is subject to forfeiture pursuant to 18 U.S.C. 982.

Yes ✓   No _____

**If you answered "NO," fill in the statement below with the amount, if any, you find is forfeitable. If you answered "Yes," your deliberations are complete; have your foreperson sign and date the verdict form below.**

As to Count Thirteen, we, the jury, unanimously find by a preponderance of the evidence that $ _____ is subject to forfeiture pursuant to 18 U.S.C. 982.


<u>25 Mar. '10</u>                         _____ #94
**Date**                                  **Foreperson (and Juror Number)**