1

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF KENTUCKY
2              SOUTHERN DIVISION at LONDON
                        - - -
3
UNITED STATES OF AMERICA,      :  Docket No. CR 09-16-S
4                              :
                  Plaintiff,   :  **Frankfort, Kentucky**
5                              :Wednesday, February 3, 2010
      versus                   :  9:00 a.m.
6                              :
RUSSELL CLETUS MARICLE,        :
7  DOUGLAS C. ADAMS            :
   CHARLES WAYNE JONES          :
8  WILLIAM R. STIVERS          :
   FREDDY W. THOMPSON           :       **Excerpted Transcript**
9  WILLIAM B. MORRIS           :
   DEBRA L. MORRIS              :        **Opening Statement**
10 STANLEY BOWLING,            :      **By the United States**
                               :
11                  Defendants. :

12

13                      - - -
                 TRANSCRIPT OF TRIAL
14            BEFORE DANNY C. REEVES
        UNITED STATES DISTRICT COURT JUDGE and a jury
15                      - - -

16  APPEARANCES:

17  For the United States:     STEPHEN C. SMITH
                               JASON D. PARMAN, ESQ.
18                             Assistant U.S. Attorney
                               601 Meyers Baker Road
19                             Suite 200
                               London, KY 40741
20
    For the Defendant          MARTIN S. PINALES, ESQ.
21  Russell Cletus Maricle:    CANDACE C. CROUSE, ESQ.
                               Strauss & Troy
22                             150 E. Fourth Street
                               Fourth Floor
23                             Cincinnati,OH  45202

24                             DAVID S. HOSKINS, ESQ.
                               107 E. First Street
25                             Corbin, KY  40701

2

```
 1    For the Defendant        R. KENT WESTBERRY, ESQ.
      Douglas C. Adams:        KRISTIN N. LOGAN, ESQ.
 2                             Landrum & Shouse, LLP
                               220 West Main Street
 3                             Suite 1900
                               Louisville, KY 40202
 4
                               BENNETT E. BAYER, ESQ.
 5                             Landrum & Shouse, LLP
                               106 West Vine Street
 6                             Suite 800
                               Lexington, KY  40507
 7

 8    For the Defendant        T. SCOTT WHITE, ESQ.
      Charles Wayne Jones:     Morgan & Pottinger, P.S.C.
 9                             133 West Short Street
                               Lexington, KY  40507
10

11    For the Defendant        ROBERT L. ABELL, ESQ.
      William R. Stivers:      271 West Short Street
12                             Lexington, KY  40507

13
      For the Defendant        RUSSELL JAMES BALDANI, ESQ.
14    Freddy W. Thompson:      R. TUCKER RICHARDSON, ESQ.
                               Baldani, Rowland & Richardson
15                             300 West Short Street
                               Lexington, KY  40507
16

17    For the Defendant        JERRY W. GILBERT, ESQ.
      William B. Morris:       Coy, Gilbert & Gilbert
18                             212 North Second Street
                               Richmond, KY 40475
19

20    For the Defendant        ELIZABETH SNOW HUGHES, ESQ.
      Debra L. Morris:         Gess, Mattingly & Atchison, PSC
21                             201 West Short Street
                               Lexington,KY40507
22

23    For the Defendant        DANIEL A. SIMONS, ESQ.
      Stanley Bowling:         Thompson, Simons, Dunlop & Fore
24                             116 West Main Street
                               Suite 2A
25                             Richmond, KY 40476
```

3

1    Court Reporter:              LISA REED WIESMAN, RDR-CRR
                                  Official Court Reporter
2                                 35 W. Fifth Street
                                  P.O. Box 1073
3                                 Covington, KY  41012
                                  (859) 291-4410
4

5        Proceedings recorded by mechanical stenography,
     transcript produced with computer.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
1                              * * *

2           MR. SMITH:  Thank you, Your Honor.  Please the Court,

3     Mr. Parman, counsel.

4           Good morning, ladies and gentlemen of the jury.

5     Certainly want to take this opportunity to thank you for a

6     gruelling day yesterday.  I know that was exhausting on all of

7     you, but on behalf of the United States, I'm sure counsel for

8     the defendants as well, I appreciate your careful attention

9     and patience as we now reach the point which the Court has

10    described to you already as our opening statements.

11          I like to consider the opening statements kind of

12    like a road map.  As the Court has indicated, give you an

13    overview, an outline to kind of help you put into context

14    evidence that's going to come in the following days.  And as

15    the Court's already advised you, this case could take several

16    weeks to complete.

17          The Court's going to give, as you have already heard,

18    both sides an opportunity to speak to you before this evidence

19    begins.  And afterward, hopefully, you'll be able to determine

20    what the government contends happened and what these

21    defendants contend happen.

22          As you've already been advised, attorneys' statements

23    are not evidence.  These opening statements are not evidence.

24    Evidence is going to come from the witness stand and what the

25    Court advises you is evidence at the conclusion of the case.
```

1          And when we have a case such as this where there are

2     numerous defendants -- in this case, eight defendants -- it's

3     very important that we take careful observation of the rule of

4     law that says that separate consideration should be given as

5     to each of these defendants.  I ask that you do that as you

6     listen and evaluate and judge the credibility of the evidence

7     in this case.

8          You've already been made aware several times that the

9     defendants are presumed innocent, and it's my burden, the

10    United States, to prove the case beyond a reasonable doubt.

11         These defendants are presumed innocent, and we'd ask

12    that you keep your minds open until the conclusion of all the

13    case.

14         You've had an opportunity already to hear read this

15    indictment, and I'd like to take an opportunity to kind of

16    break it down into some smaller bits and pieces to kind of

17    give you an understanding of what these charges are in the

18    case.  And as I do, I'm going to refer at times to some of the

19    language that you've already heard read from the indictment,

20    and I'm going to use a couple of charts, and I hope that if

21    you can't see a chart, if you would please just let me know,

22    and I'll try to better situate the chart.

23         MR. RICHARDSON:  Judge, may we move around so we can

24    see?

25         THE COURT:  You can move around to the back of the

1   courtroom here.

2        MR. SMITH:  Ladies and gentlemen, as you have already

3   been made aware, Count 1 of this indictment names each and

4   every one of these eight defendants, as well as, as you can

5   see, Count 2.  These two are the two primary conspiracy

6   charges that are alleged to have been committed by these

7   defendants in this case.

8        The first thing about, of course, these conspiracy

9   counts is you've got to understand that in this conspiracy,

10  these power players that sought to control political structure

11  in Clay County in Manchester, Kentucky, took upon themselves

12  different roles.  The evidence will tell you that they came in

13  at different times.  Some of them came in early and dropped

14  out sometime in the middle.  Others came in later and then

15  followed it to its conclusion.

16       In Count 1, it obviously helps us to understand what

17  is this enterprise?  Because it's alleged that this conspiracy

18  in Count 1 involved an enterprise.  Simply stated, ladies and

19  gentlemen, the Board of Elections, the Clay County Board of

20  Elections is no different than any other in Clay County,

21  Kentucky.  All of our counties have the same statutory

22  requirement that an election that is fairly administered each

23  election year is going to be administered by a Board of

24  Elections.  And that is in each of the counties in Kentucky.

25  Clay County is no different.

7

But it's alleged in this conspiracy that a legitimate entity -- there's no allegation here that everybody in Clay County in the Board of Elections and all the election officers were corrupt.  That's not the allegation in the case. Manchester's a town of about 1,500, 1,600 people.  Clay County is a small county, a very poor county with a lot of poor folks.

This enterprise was developed in order to carry out a scheme for unlawful purposes.  Vote buying.  You see, in Clay County, in order to come up through the ranks, the evidence is going to show that it required a plan to deal with the votes that could be bought in Clay County.

Cletus Maricle, in an early interview, admitted to a reporter that 30% of the votes could be bought in Clay County in any given election.  In fact, what had to happen in this case, in order to make this enterprise work, is that when you have an election, you're seeking to control it by vote buying, you have lots of money.  It's alleged in this case that hundreds of thousands of dollars were pooled in any given election, and certainly in 2002.  And during that time period, that money was being put in the hands of people who were willing to take bribes for their vote.  They go to Citizen A and Citizen B, and they had lists that got developed over time.

This enterprise was going to be key to the success of

1   the scheme to control the electoral process through this

2   illegal scheme of vote buying.  Because one of the problems

3   confronted, besides the FBI, the state investigators, was the

4   ability to make sure that when you have factions that break up

5   in this thing, and you're fighting one side against the other

6   to use the same enterprise, you had to make sure that money

7   you put in the hands of the voter, whether it be $20, $50, or

8   $100, whatever that ended up having to be to bribe that voter

9   to vote for your slate -- and that's another key term in this

10  case, a slate.  It's alleged that there were these slates, and

11  these slates were basically candidates who came to the table

12  and brought something to contribute.  Some brought money.

13  Some brought influence.  Some brought protection.  But all of

14  them had something to contribute to put their name on the

15  slate.

16          So when the voter was approached on the street to buy

17  their vote, whether it be $20, $50, or $100, they wanted to

18  ensure that that voter got into the voting booth and pulled

19  the lever for the slate of candidates who had ponied up, come

20  to the table.

21          So this legitimate enterprise, this legitimate entity

22  established by statute and supposed to be a check and balance

23  to make sure we have fair elections, that their votes were

24  cast and counted properly, and that there was no fraud going

25  on at the polls, they sought to corrupt that.  And it's

1    alleged that in the course of this conspiracy, they were able,

2    basically, to get election officers, corrupt them, recruit

3    them and corrupt them, and they would go inside the poll,

4    inside the voting booth with the voter under the premise that

5    they were assisting the voter.

6         You'll hear about voter assistance forms.  Very

7    important part of this case.  The voter assistance forms would

8    be required by law if you were, for instance, blind or legally

9    blind, could not see or if you were elderly, unable to follow

10   and accomplish the task.  But they would use this process in

11   order to, again, cover up what was going to be the scheme, and

12   that is take these voters who had been bought -- they were

13   promised and bribed an amount of money, $20, $50, $100,

14   whatever it was -- then follow them into the voting booth and

15   then make sure that they turn the lever for the slate of

16   candidates that had ponied up to the table and were part of

17   the group.

18        Now, this, of course, accomplished a lot of things.

19   One thing is is that what went on behind the curtain,

20   observers independently could not see what was going on.  Law

21   enforcement had a tough time detecting these kinds of acts.

22   And then after they voted them, then they would take them

23   then, shuttle them to a vote payer, who would then check to

24   make sure whether they had their ticket, sometimes a mark on

25   their hand, sometimes they would signify by a nod.  And in all

10

1       these instances, they would be sent over to be paid, and

2       they'd be checked off on a list.

3               And this, of course, is what we're talking about.

4       When we're talking about this enterprise, we're talking about

5       a legitimate entity, the Clay County Board of Elections.  By

6       statute, there's people who get appointed that are in these

7       categories.  There are two commissioners, one for the

8       Republican party, and one for the Democrat party, your county

9       sheriff and your county clerk.  Those are the four people that

10      make up this legitimate entity.

11              The evidence that you're going to hear is that they

12      corrupted the Board.  Defendant Freddy Thompson, the county

13      clerk.  Commissioner Mr. Wayne Jones, his father-in-law.  Once

14      you had the county clerk and once you had the Democrat

15      commissioner, you had control.  You had control over the Board

16      of Elections.  You had control over who got appointed.

17              You got control over making sure that where you had

18      the need -- now, there's 21 precincts in Clay County.  Not all

19      21 precincts were that important.  We're going to focus on

20      some that these conspirators thought were very important,

21      where hundreds of votes could be influenced by bribery.  And

22      when you take an election where maybe 3,000 votes is at play

23      to get you elected in a county-wide office, and as Cletus

24      Maricle says, if 30% of them can be bought in Clay County,

25      that's 900 votes that are up for play to be bought in any

1  election.

2      So this was a very important, very important part.

3  900 votes in a 3,000-vote election is extremely important.  So

4  you have in this instance a circumstance where a legitimate

5  entity is being used by this group at different times.

6      Now, it's going to be alleged that again there's

7  three major elections, 2002, 2004, 2006.  Now, did every

8  member of this conspiracy come together for each and every one

9  of those primary and general elections, for each of those

10  elections?  No, that's not going to be the evidence.

11      The evidence will show that at the time that they

12  needed it, they would go to the well and they'd draw from the

13  well.  You made your deposit.  In Clay County, you scratch my

14  back and I scratch yours.  When I do my favors for you and I

15  need you, I'm going to come back to the table and I'm going to

16  ask you to produce for me.  And you're going to hear evidence

17  from witnesses who said that's the way it works in Clay

18  County.

19      Now, of course, Count 2 names again all these

20  subjects in the money laundering conspiracy.  Now, money

21  laundering conspiracy.  Money laundering, you hear it used in

22  a lot of different contexts.  Maybe you're thinking of money

23  laundering in terms of big drug conspiracies.  That's not what

24  we're talking about.  The evidence is going to show that

25  essentially what happened is that money that came from those

1    interested pooled it together to vote for candidates who then

2    would be elected, who then would make sure that the business

3    people, the Morrises -- it's alleged, and evidence will be

4    produced to show that Bart Morris and Debbie Morris, married.

5    Bart operated a company, B&J Transport, a sanitation company,

6    locked up a contract with the City of Manchester for maybe ten

7    years, a lucrative contract, all by his controlling the

8    electoral process ensured that he got this contract.

9          So the money that was brought to the table up here

10   went into the hands eventually to voters, who then turned

11   around and made votes for candidates, who then turned around

12   and returned those contracts.  You scratch my back, I scratch

13   yours.

14         Money that's pooled together up here eventually

15   through financial transactions -- it's pooled up here with the

16   intent to bribe voters, by the way.  That's why it's pooled.

17   It's pooled together with the intent to bribe people.  And

18   then when it's put in the hands of the operatives and finally

19   in the hands of the voter, it's then turned into contracts.

20         Stanley Bowling, owner of B&B Excavating.  Lucrative

21   contracts in water line projects.  Again, how do we get those

22   contracts?  City mayor, City Council vote to approve these

23   things.  How do we influence them?  You scratch my back, I

24   scratch yours.  I'm out there doing the work, I'm putting the

25   money in the hands of the voters and bribing those people.

1    When it comes up time for my contract, it's going to get

2    awarded to me.  You scratch my back, I scratch yours.

3         We go forward, as I said, with the indictment, it's

4    alleged in this racketeering conspiracy and this money

5    laundering conspiracy and in this extortion count that this

6    enterprise and this conspiracy affected interstate commerce.

7    And the evidence will show that during the course of this

8    conspiracy, those contracts, for instance, that were being

9    approved by the City Council and the mayor, some of those

10   contracts were funded by federal dollars.

11        Some of those contracts, of course, were up for bid

12   for people to be competitively bid.  You see, the citizens of

13   Manchester and Clay County were due fair and honest public

14   servants.  When you put up a dollar for a contract, it ought

15   to be a fair bidding process to get the best bargain for the

16   public.  And in this situation, not only do we have federal

17   elections that are involved in every one of the 2002, 2004,

18   2006 -- Congressional Fifth District, Congressman Hal Rogers

19   and those who sought to find a position in that office ran in

20   those elections.  And again, you got federal offices at stake.

21        You got an interstate commerce element in this thing,

22   and interstate commerce is affected, it will be shown, PRIDE

23   money.  It's another federal grant.  Bart Morris and his

24   company sought to control money that came through the PRIDE

25   program.  That's federal dollars; and again, affecting

14

1     interstate commerce.  We'll be talking again about the

2     evidence as that goes along.

3              Counts 3, 5, 6 and 7.  You've heard those described

4     to you.  It's called mail fraud.  It's alleged that during

5     these election cycles, 2004, 2006, that the county clerk,

6     Freddy Thompson, and the commissioner, Wayne Jones, committed

7     mail fraud.

8              Now, it's essential that in each of these substantive

9     counts that you remember that again, what's the conspiracy

10    about?  Conspiracy is that, again, the members agree that

11    we're going to work together to use the enterprise; that is,

12    the Board of Elections and its election officers, to perfect

13    this illegal scheme to buy votes.  And so they're going to

14    ensure that it happens.

15             And they knew, it's going to be shown to you, that it

16    was -- the group all understood that in order for a candidate

17    to actually be in office and be able to award those contracts

18    at the end, they had to be certified.  Who certifies?  It's

19    the Board of Elections.  And who were the two key members of

20    the conspiracy that signed off on those each and every time?

21    County Clerk Freddy Thompson, Commissioner Jones.

22             Now, as a part of the conspiracy, the defendant

23    doesn't have to commit those overt acts.  They don't have to

24    be the one that signs off and certifies those results, knowing

25    that they're corrupted.  But if a conspirator agreed that

1    another would commit at least two or more of these acts of

2    racketeering, it's sufficient.  The evidence is going to be

3    shown that hundreds of voters were bribed.  Hundreds of acts

4    of bribery.  And all those who pooled hundreds of thousands of

5    dollars together knew when they pooled that money together

6    that it was going to be used to buy votes, and the going rate

7    for votes was 20, 40, 50 dollars.

8         And so again, we have Counts 3, 5, 6 and 7 that

9    basically speak in terms of this scheme and that these

10   defendants named -- again, not all the co-conspirators are

11   named in the substantive acts, but it's alleged that as part

12   of the conspiracy, it was understood this was going to be a

13   requirement, that they have to commit these acts.

14        Documentation, certification of these elections

15   occurred, as I told you, in both primary and general

16   elections.  And although this is a bad copy, and I apologize

17   for that, you'll get an actual copy of the record from the

18   public record to view in our case that we present to you.  But

19   in each of these, these certifications of election results

20   were made by, as alleged, we believe the evidence will show,

21   Freddy W. Thompson and Charles Jones, the commissioner.  There

22   are two others you're going to hear about that were also

23   signing off on those.  And that, again, was the Republican

24   commissioner and also the sheriff in the county.

25        And obviously, as you're going to hear about in this

16

1    case, the 2002 sheriff was Edd Jordan, and he is an unindicted

2    co-conspirator.  He's someone that was involved in this but

3    hasn't been indicted yet.  So we have unindicted

4    co-conspirators, and there's going to be many that you're

5    going to hear about.  Not all of the players that were

6    involved in this conspiracy are seated here together.  They're

7    not all here.  Some of them are unindicted.  Some of them have

8    been convicted on other charges and are going to cooperate and

9    you're going to hear from them.

10            In 2006, again May and November, again those

11    certifications would have been made and would have been signed

12    by the county clerk and Commissioner Jones in each of these.

13    And these two, of course, charts here show what that's going

14    to look like.  And I again apologize for the quality.  Did not

15    transmit.

16            Count 4.  Count 4 is an allegation that there was an

17    attempt to extort.  And basically, Count 4 alleges that the

18    election officer, William, also known as Al Man Stivers, who

19    is a close associate of Cletus Maricle, who is also a close

20    associate of Commissioner Jones, that this person, William "Al

21    Man" Stivers, along with another named in Count 4, Charles

22    Wayne Jones, Commissioner Jones, that they aided and abetted

23    each other in the commission of, again, an act of an attempt

24    to extort money.

25            And again, what does that mean?  That means, again,

1    taking money that's not rightfully theirs.  They're in a

2    position of election officers, and the evidence will show that

3    a woman by the name of Carmen Webb Lewis, who was running for

4    City Council for the first time, she was out trying to seek

5    the office and in the course of that ran into two people,

6    Commissioner Jones and Election Officer Stivers.  And they

7    came to her and basically told her, you pay to play in

8    Manchester.  That's the way City Council works.  You pay at

9    least a thousand dollars to us, we make sure you get the

10   votes, and you get the office.

11        They came to her multiple times, her and her husband.

12   And in the course of that, she refused.  She refused to pay

13   that.  In an election which, again, you'll hear about, there

14   were openings for eight seats, she narrowly won by four or six

15   votes to get the eighth seat, despite not paying to play with

16   the attempt to extort money from her, again by the two

17   election officers, Commissioner Jones and Officer William "Al

18   Man" Stivers.

19        And again, affecting interstate commerce, as we have

20   talked about.

21        Counts 8 and 9 are obstruction.  Again, part of the

22   racketeering conspiracy in this case, you know, again you have

23   a situation where this spanned from 2002 to 2006.  And in the

24   course of that, it's alleged that these conspirators had as

25   part of the conspiracy that was involved, they not only had

18

1    the intent to commit multiple acts of bribery, multiple acts

2    of mail fraud and honest services fraud, multiple acts of --

3    or at least an act of extortion that we have already

4    mentioned, but also obstruction of justice.  The cover-up to

5    protect the sanctity, to protect the group.

6            And as a part of that, it's alleged that in Counts 8

7    and 9, that at the times alleged, that those individuals named

8    individually actually committed the crime of obstruction of

9    justice.

10           And I believe we have reference to Count 8.  And in

11   that count, it's alleged that from a date about May the 2nd,

12   2007 through May 17, 2007 that Russell Cletus Maricle, one who

13   is alleged to be a political boss, an associate -- you see, as

14   you read the indictment, it's read to you that there's members

15   and there's associates.  Those are other key terms.

16           Thinking about RICO conspiracy, you don't have to be

17   a member of the Board of Elections to be guilty of the

18   conspiracy if you're an associate.  If you're Doug Adams,

19   superintendent of schools, and you're Russell Cletus Maricle,

20   the circuit judge, it's alleged in this case that they were

21   associates.  They weren't members.  They weren't the Democrat

22   or the Republican commissioner.  They weren't on the Board.

23   They weren't serving at the polls as an election officer,

24   either as a judge -- there's two judges, there's one sheriff

25   and one clerk that serve to protect and, again, administer

1    those elections fairly, make sure everything in the rules are

2    followed.  That wasn't their role.  They were playing the role

3    of director.  Controlling the strings, pulling the strings.

4          And as they are alleged again to have been a part of

5    the conspiracy as associates, as part of that again comes the

6    cover-up.

7          The investigation, we're going to talk about that in

8    just a few moments, about the FBI investigation, how it got

9    started and how it progressed.  But toward the end, it was

10   through two cooperators that they began to, again, tape

11   meetings with Russell Cletus Maricle and William Stivers and

12   Commissioner Jones and others of these defendants.

13         During the course of those recordings, it was brought

14   to the attention of the defendants that there was a grand jury

15   investigation ongoing.  In fact, one of these witnesses told

16   them she was under subpoena, and she went to Cletus Maricle

17   and she went to William "Al Man" Stivers, and it is alleged

18   that they aided and abetted each other in corruptly

19   influencing the grand jury investigation by corruptly

20   persuading and attempting to persuade this witness to testify

21   falsely.

22         Count 9, again Freddy Thompson, brought before the

23   grand jury, alleged on July the 12th, 2007.  Those important

24   voter assistance forms, he was ordered by subpoena to bring

25   those to the federal grand jury.  Bring those records.  When

1    those records, the FBI will tell you in their analysis, showed

2    up, many of those voter assistance forms that were filled out

3    by some of the election officers were not there.  And also,

4    those records from Manchester, that key, one of those key

5    precincts, not there.

6          Required by law to keep them for over 20 some -- 22

7    months, I believe, is required by law.  And within that time

8    period, a federal grand jury subpoenas those records to him,

9    and he again says I don't know where they are.  As far as

10   those Manchester records, I can't explain it.  This computer

11   printed this out, and it's not there.

12         It's alleged again that this was an act to corruptly

13   influence, obstruct a federal grand jury investigation

14   ongoing.

15         Counts 10 and 11.  Counts 10 and 11, I think, are

16   simply focusing on the 2006 election.  Because the 2006

17   election, as the investigation we're going to talk about, that

18   brought those cooperators, those within the inner circle,

19   those that were part of this conspiracy, some inside help came

20   about.  And in the course of that, they were able to flesh out

21   and expose what had gone on in 2006.  And part of that was,

22   again, a two-fold conspiracy in 2006, because of, again, the

23   active federal investigation going on in Manchester, a small

24   town, Clay County, a small county, there were again

25   adjustments made by the group.

1    See, in 2002, while it worked appropriately for the

2    enterprise as the election officers were corrupt and

3    recruiting those corrupt officers to play a part in this, it

4    was wide open.  The evidence will be that voters were lined up

5    in lines who had been bought and bribed by the group.

6    And in the course of 2004 and 2006, the federal

7    investigations began to become very obvious in town.  The

8    group had to change their methods.  And one of the things that

9    was alleged in 2006 is that they engaged in vote stealing.

10   Vote stealing.  Election officers who were supposed to be in

11   there protecting and promoting a just and fair election were

12   actually going on -- and they were coached.  It's alleged that

13   Freddy Thompson, county clerk, Commissioner Jones coached

14   these election officers on how to steal the votes.

15   Manchester, for the first time in May of 2006, was

16   introduced to a new technology for voting.  It's an electronic

17   machine that was selected in part, presented I believe to the

18   fiscal court shortly before the election in 2006.  And those

19   who had sought to figure out a way to ensure that they still

20   could get the votes and to promote the slate -- at this time

21   in 2002, evidence is going to be that Doug Adams orchestrated

22   the slate for at least one part of the faction.  Jennings

23   White, the sitting county clerk, was on the other side, and

24   they were opposed to each other.  Again, vying for use of the

25   enterprise.  Jennings White, you're going to hear, is already

22

convicted in a money laundering scheme.  He's going to cooperate and testify.  He is an unindicted co-conspirator. He's, again, part of the overall conspiracy to use this enterprise.

And the enterprise, within that course of 2002, saw them pitted against each other.  Jennings White vying for his control, continuing to keep his control over Clay County. Doug Adams fighting him with his organized effort with Wayne Jones and Al Man Stivers.  And that happened in 2002.

2004, again, control relented over to Doug Adams. Jennings White got beat.  He lost his hold on Clay County. Got beat at his own game.

And then in 2006, Russell Cletus Maricle, the circuit judge, sought to get his son-in-law elected as PVA, and he injected himself completely and wholly into this thing and began organizing this scheme again, it's alleged, to steal votes.  These election officers sent to Freddy Thompson and Charles Wayne Jones, they would then coach them on how the process worked.  Nobody was familiar with this machine in town so they had a duty to educate people.  Unfortunately, they abused that authority.  They began to teach corrupt election officers on how to steal votes.

And simply, the way the plan worked was that the voter would be brought into the voting booth.  And in this voting booth, they had an electronic machine in which the

1  voter had to press the "cast vote" button twice.  The election

2  officer would distract them, confuse them, influence them to

3  leave early, go back and review it and make sure they voted

4  for Phillip Mobley.  If they voted for Phillip Mobley, they

5  were okay.  They wouldn't change it.  If they didn't, they'd

6  change it to vote for Phillip Mobley they way Cletus Maricle

7  told them to.

8          They had other candidates that were involved in the

9  pooling and in the slate.  They had Republican Charles Dobber

10 Weaver on the Republican side and Wanda White, the Democrat,

11 on the other, both working together pursuant to this illegal

12 scheme, plan to steal votes.

13         The other count is vote buying.  Again during that

14 election cycle in 2006, they continued to buy votes.  You're

15 going to hear from voters.  You're going to hear from people

16 who actually sold their vote.  They're going to come in here

17 and they're going to tell you, yeah, I sold my vote.

18         These people that you're going to hear from, they're

19 poor people.  They're uneducated in many instances.  These

20 people that you're going to hear from weren't new to vote

21 buying in Clay County.  In fact, they grew up thinking that's

22 just the way it is.  Thinking that that's the way the rest of

23 the country -- that's just the way it is.  It's Clay County.

24         Now, the investigation in this case, the

25 investigation in this case has to go back many years, because

1    as the evidence is going to show, the FBI attempted to start

2    an investigation into the election fraud in Clay County as

3    early as 2002.  Seated here at the table is Special Agent

4    Timothy Briggs.  He eventually ended up with the case.  He

5    wasn't the original case agent.  Two other case agents worked

6    on the case before him.

7            They actually got the records in 2002 from the county

8    clerk's office.  At that time, not controlled by Freddy

9    Thompson.  Freddy Thompson got the seat in 2002, didn't take

10   over office until after that subpoena came.  That subpoena

11   went to an unindicted co-conspirator, Jennings White.

12           But at that time, the FBI in their investigation

13   found themselves lacking.  Lacking in cooperation.  Records

14   without witnesses to tell you what those numbers meant

15   resulted in no charges.

16           So the investigation by the FBI was continuing in

17   Clay County, but the investigation in Clay County was consumed

18   and became to be totally focused on the drug culture.  A

19   county so poor, but yet you're going to hear it is a county

20   that was prolific, filled with drug using, drug dealing, drug

21   trafficking, and marijuana growing.

22           Cletus Maricle, in his interview, told the press that

23   in his opinion, drugs in Clay County was a major significant

24   part of the whole economy.  Actually drove the economy in Clay

25   County.  That interview took place in 1989.  The FBI, in 2002

1    and the years following, '03, '04, '05, '06, found that to be

2    true.  Clay County was completely filled with drug

3    trafficking.

4            Investigation actually resulted in over 60 subjects

5    during that time period being convicted of federal drug

6    trafficking charges and related charges and corruption.  The

7    investigation followed and centered upon one of the key

8    figures in Clay County in 2005.  Former manager of a

9    successful business called White's Chevrolet in Manchester,

10   service manager, Republican commissioner of the Board of

11   Elections, Kenneth Day.

12           Kenneth Day had developed one of the most successful

13   drug trafficking businesses in the whole entire region,

14   centered in the heart of Clay County.  Kenneth Day was

15   convicted of trafficking millions of dollars in drugs;

16   marijuana, cocaine, methamphetamine.  Openly using a pawn shop

17   in the little community of Burning Springs, a place where

18   Cletus Maricle and Douglas Adams got their start.  It was

19   there that Kenneth Day became one of the most prolific drug

20   dealers in the entire area.

21           Using the pawn shop as a front, the FBI had to

22   utilize other means, including they found a way in which they

23   could get court authority to listen to the phone conversations

24   and found out that Kenneth Day was, in fact, a kingpin in Clay

25   County, operating wide open without regard for local law

1    enforcement.

2           Evidence will show that he had numerous associations

3    and relationships to ensure his success.  That success was

4    shown to be consistent for years in the '90s, before he was

5    ever caught the first time.  He wasn't caught in Kentucky.  He

6    was caught on a trip to South Florida to pick up eight

7    kilograms of cocaine.  He made a bad call.  Kenneth Day

8    slipped up, got caught, had to go to prison.

9           Up until that time, Kenneth Day was the Republican

10   election commissioner.  He was on the Board.  He was the man.

11   Kenneth Day had control.  He had influence.  He had Cletus

12   Maricle.  He had Douglas Adams.  He had Jennings White.  He

13   had the sheriff, Edd Jordan.  Kenneth Day was looking good,

14   till he got caught in Florida.

15          Kenneth Day then serves his time, pays his debts,

16   comes back to Clay County around 2001 and 2002.  He doesn't

17   miss a beat.  Goes into a newer pawn shop.  It was wide open.

18   The FBI is able, in 2005, to bring down Kenneth Day and about

19   14 others in his group.  People who were eventually caught up

20   in this conspiracy went to the southwestern United States,

21   Arizona, Texas, people supplying him tens of thousands of

22   pounds of marijuana.  He pled guilty to thousands of pounds of

23   marijuana, serving a lengthy 18-year sentence.  The FBI got

24   his cooperation, signed a plea agreement, agreed to cooperate

25   with the federal government and testify truthfully if called

1    upon to testify later in any proceedings.

2         One of Kenneth Day's main political pals and main

3    sources of influence was Jennings White.  Jennings White, of

4    course, had been defeated in 2002, so Jennings White was still

5    influential, very wealthy.  Businessman, operated games

6    machines for Wal-Marts throughout the east coast.  Had a huge

7    business.  Lots of cash.  Kenneth Day got him to agree to

8    launder some of his drug money.  Jennings White got convicted

9    with the federal investigation.  Jennings White is serving a

10   lengthy prison sentence.  Jennings White also signed an

11   agreement with the government to cooperate, testify

12   truthfully.

13        This organization, of course, had wide scope, many

14   years.  The investigation continued because the FBI, in its

15   focus investigation, knew that this drug environment, these

16   open drug dealers, these pawn shops covering up an open drug

17   market that sells millions of dollars of drugs a year out of

18   Clay County, there had to be something more to this, and they

19   continued to pursue and investigate and get cooperation and

20   found out in their investigation that drug dealers had

21   relationships with these politicians.

22        First politician that came to be convicted in Clay

23   County was the mayor.  Over 30 years, he'd served as mayor of

24   Clay County and his name was Daugh White.  He's affectionately

25   known in Clay County as Doug.  You'll hear about Doug.  Doug

28

White followed the footsteps of his father, longstanding
tradition in the White family, Clay County, Manchester.  Very
prominent family.  Owners of -- co-owners of White's
Chevrolet, one of the most successful, long-time businesses in
Clay County.  Chevrolet dealership right in the center of
town.

The FBI had found out in the course of their
investigation another prominent prolific drug dealer in Clay
County, known as Bobby Joe Curry, set up in one of the small
hollers outside of Manchester.  In the course of their
investigation, found out he was trafficking in multiple
kilograms of cocaine, pills, openly working this out for
years.  Again, believed to be by the protection of police.

Investigators found out in the course of this case
that, in fact, that was going on.  It was pled.  Vernon
Hacker, 911 director, city councilman and employee of Doug
Adams at the school board.  Vern Hacker and the police
assistant Todd Roberts, working to protect drug dealers.
Vernon Hacker admitted to this; that he, in fact, had given
Bobby Joe Curry calls before police would come with search
warrants, protecting him.

Todd Roberts pled guilty, the assistant police chief,
to corruption, racketeering, conspiracy.  He admitted that
he -- the motivation, of course, to protect this drug dealing
was that in 1999, they got the drug dealer to burn down a

1    building in town so they could build a new police 911 center.

2            And in the course, the mayor got caught in that as

3    well.  He pled guilty.  Doug White, Daugh White, he pled

4    guilty to racketeering charges.  In his case, both he and his

5    son, Kennon White, pled guilty to charges of corruption,

6    racketeering and in their case admitted to conduct of

7    basically using private driveway paving to get voters to vote

8    for them in the election, covering it up through a mail fraud

9    scheme by sending out false invoices, trying to show that

10   actually the voter was actually paying for these things.  They

11   tried to cover it up to show when the state auditors came in

12   to uncover it, they tried to cover it up with these mailings.

13           And then, of course, Kennon White also pled guilty to

14   extortion.  Kennon White, as the investigation uncovered in

15   about 2007, Kennon White was probably one of the later

16   members.  I guess he's one of the younger members of the

17   conspiracy, in this racketeering conspiracy.

18           The FBI got -- again, when he was brought to answer

19   those charges that extended out of his involvement of city

20   manager, and he got this job by his father's influence and

21   others influence, direction of Cletus Maricle.  He took the

22   position of -- really it's a position that was not a position

23   in Manchester.  They called it city manager.  In that

24   relationship there that he formed in that position of

25   authority, he was able to steer and to control contracts and

1    extort from others who were contractors money.  Kickbacks.  A

2    kickback scheme.

3         Kennon White became the FBI's first opportunity,

4    again without records alone, which records showed that those

5    absentee ballots down in Clay County, Manchester were out the

6    roof in 2004 and 2006.  Five, six hundred people signing up to

7    vote for early voting, saying that they were going to be out

8    of town and they were running through.  So the FBI had reason

9    to, obviously, be looking at the situation.  They had Kenny

10   Day and Jennings White to tell them about their involvement

11   and how they were involved in the election scheme and how

12   these folks were involved in it.

13        So it was in 2007 that Kennon White gets prosecuted,

14   and Kennon White brings to the table his cooperation.  And

15   along with him, he brings his wife.  And the FBI took these

16   two individuals, Wanda White and Kennon White, and began to

17   talk to them and understand that they had, in fact, been a

18   part of this conspiracy since 2002 itself.

19        Kennon White again in his testimony will tell you

20   that in 2002, he was a young man who sought a position of

21   county office, and he sought the position of jailer.  He came

22   to that only after meeting with Doug Adams.  Doug Adams was

23   the man who first Jennings White, Cletus Maricle, those were

24   the power brokers in Clay County, according to Kennon White,

25   and those were the people who you had to have involved if you

1    were going to be successful in Clay County in politics,

2    according to Kennon White.

3         And so it was in this 2002 election that Kennon White

4    and his wife, Wanda, got an education about politics in Clay

5    County, one that their father, who had been in politics for 30

6    years, probably shared with them in part but not in whole

7    about how it really worked.

8         First off, Kennon White, to go for his first advice,

9    he went to Jennings White.  Jennings White, of course, was

10   being opposed, knew the opposition was coming so he

11   discouraged Kennon White from running for office.  Doug Adams

12   encouraged him.  Kennon White will tell you that Doug Adams

13   said bring me 60, 70 thousand dollars, pool it in here with

14   us, and we'll get you elected.

15        Paul Bishop was one of those individuals that sought

16   in the investigation to cooperate as well.  He pled guilty,

17   and he gave testimony and will give testimony, rather, I

18   expect, to tell you that in 2002, that Doug Adams called a

19   meeting.  The meeting was at his house, at Paul Bishop's.  It

20   was at that meeting that Freddy Thompson, Charles Wayne Jones

21   and Al Man Stivers came together for some final decision

22   making that had to go on with the group.  That was what to do,

23   how to spend and where to put the money.

24        During that meeting, Paul Bishop will tell you that

25   hundreds of thousands of dollars were brought in by people

32

1    like Roy Morgan.  Roy Morgan, another unindicted

2    co-conspirator who was running for judge executive.  Yancey

3    White, lawyer in town.  Clay Bishop, county attorney.  All

4    these folks came together with Doug Adams at Paul Bishop's,

5    and they put together hundreds of thousand of dollars -- maybe

6    150, maybe 200,000 are the estimates -- for the purpose of

7    buying votes.

8         Kennon White was offered an opportunity to join in

9    that.  Kennon White will tell you that he was torn, because

10   Doug Adams assured him, look, I'm superintendent of the

11   schools.  I've got control over about 900 employees in the

12   county, the school board and as the superintendent of schools

13   and all employees that we have.  We're going to put together a

14   slate.  Jennings White's out.  You want on the slate, come

15   join my team.

16        So again, there's these factions forming.  Kennon

17   White's been there.  He's feeling -- he's being torn.  And

18   then, of course, has discussions with Jennings White.

19   Jennings White was trying to discourage him.  He said, look,

20   you're going to get us all beat.  Don't run.  Kennon White

21   took -- couldn't resist that opportunity.  He went to Cletus

22   Maricle, and Cletus Maricle told him run.  We'll do what we

23   can.

24        Kennon White then got in between two factions, the

25   Adams faction and the White faction, and he came up a loser.

33

1    He lost that election.  He put his money, instead of in the

2    hands of Doug Adams, he took his money to Jennings White.

3    Jennings White used whatever bit of his organization was

4    working together and using those officers that he had control

5    of, using that same enterprise.  Again, that same enterprise

6    being a legitimate entity, the Clay County Board of Elections,

7    using those officers to control, make sure those voters vote

8    for who they want to.  Of course, that created a great amount

9    of conflict, as you can imagine, in Clay County.

10           You'll see some photographs.  Assistant chief Todd

11   Roberts, who was a known loyalist to Jennings White, took

12   photographs downtown where early election voting was going on.

13   You'll see photographs of the lines and the people like the

14   jailer, Charles Marcum, who Paul Bishop said brought a bag or

15   a box of about $10,000 and shelled it out on the table to Doug

16   Adams at that meeting.

17           That 2002 election, there was a lot of stuff going

18   on.  People were flocking in to town, lines were being formed,

19   and people were being shuffled in and out, sheriff being

20   called out.

21           One of the witnesses you're going to hear from was

22   actually a late, kind of a late comer.  His name's Jeff

23   Farmer.  And he's one of many people -- you're going to hear

24   from a lot of different people who were playing parts in this

25   2002 election.

34

1          It's interesting, Jeff Farmer, he's now employed, got

2     a good job and trying to raise a family.  He had a checkered

3     past.  He got caught up with some drug abuse situations and

4     drug use, and he found a home for a while with William "Al

5     Man" Stivers and his brother Charles.

6          Jeff was kind of needing a place to stay, and they

7     made a place for him.  And this happened to be right during,

8     at least in part during the election.  He was approached by Al

9     Man Stivers and a fella by the name of Randy Craft.  And

10    you'll hear from him as well.  He's an election officer, one

11    of Doug Adams' school board employees.

12         Randy Craft was, along with Stivers on that date, he

13    approached Jeff and he asked him if he could come help in the

14    election.  So he later met up with Commissioner Jones, Wayne

15    Jones, and Mr. Jones had a conversation with him and said, I

16    need you to help our slate.  Doug Adams and Al Man Stivers,

17    who met with Doug Adams that night at Paul Bishop's, they knew

18    who the slate was.  The slate was Freddy Thompson.  Freddy

19    Thompson is going to be the man.  That's my son-in-law.  He's

20    going to be the county clerk of Clay County.

21         So Jeff was, he was persuaded.  Okay, who else do I

22    have to work for?  Well, there's some other people.  Let's put

23    some money up here.  Roy Morgan, now don't forget Roy Morgan.

24    Roy Morgan put money in here.  He brought it to Doug Adams.

25    Don't forget him.

35

1          And then Charles Marcum, of course, he's the man that
2     brought the box or bag, poured it on the table, Paul Bishop
3     told us about.  Don't forget him.
4          What you're going to do, Jeff, is you're going to go
5     out there and you're going to help us in this election, and
6     you're going to go right in the heart of Jennings White's
7     stronghold.  We're going to send you where Jennings White's
8     got a hold in this county.  That's over at Horse Creek.  We're
9     going to send you right down there to Horse Creek, and we're
10    going to put you to work, Jeff.  You're living out here with
11    Charles.  Me and my brother, we got a job for you to do.
12    We're going to send you to Horse Creek and try to offset
13    what's going on.  Jennings White has the election officers
14    over there.  We can't get to them.  So we're going to make you
15    a challenger.  That's provided, under law, a party can send a
16    challenger.  They sent Jeff Farmer as the challenger.
17         So he went over to the Horse Creek precinct.  Sure
18    enough, he said they were wide open.  Jennings White had them
19    lined up.  He said it was like David versus Goliath.  He said
20    I was the little man.  There's Jennings White and his
21    organization, they were full power, going at us full steam.
22    We had to do something.  So Jeff began working, and he started
23    trying to find all those voters that he rounded up.
24         See, Doug Adams was real good.  He's a hands-on man
25    in 2002.  You know, he's superintendent of the schools, but

1    now he didn't let that stop him in 2002.  He got to grab hold

2    of the reins, and he took Commissioner Jones, and he took Jeff

3    Farmer, and they went house to house, and they'd have lists.

4         Jennings White provided the FBI some lists that he

5    had.  They'd been passed on to Kennon White and passed around

6    in Clay County.  They had lists.  They knew these poor

7    families up in these hollers that they could go to year in,

8    year out.  They knew who would sell their vote if they paid

9    them enough money.

10        Sometimes they'd get in bidding wars.  Kenny Day will

11   tell you in the '80s when he was up there serving the

12   organization, Doug Adams and Russell Cletus Maricle,

13   Republican and Democrat judges, supposedly, in there actually

14   working together as Kenny Day hustled them up, the drug dealer

15   bringing them in, lining them up.  Pay to play, boys.  How

16   much is it gonna take?

17        Before they got on sides, Kenny Day said in '83, I

18   believe it was, he was actually, he and Doug Adams were

19   against Russell Cletus Maricle in one election over at Burning

20   Springs, and they were lined up against each other, and a

21   bidding war took out.  Sure enough, they started bidding on

22   the voter.  Kenny Day will tell you that it got up to $800,

23   and to beat Cletus Maricle he went ahead and bid that so he

24   could get that vote.  I'm going to bribe you with $800, if

25   that's what it takes.  Power play.  Show who's got the

1    strength, who controls this county.

2         Jeff Farmer said that Doug Adams rolled up his

3    sleeves and went to work in 2002, and he and Commissioner

4    Jones and Mr. Al Man Stivers, they took a little ride around

5    town and in the county.  They went to the precincts to visit

6    voters.  Jeff Farmer will tell you that they hauled those

7    voters in.  They offered about ten dollars a head if you would

8    be a vote hauler.  And that's kind of the way this thing, you

9    know, it started and just keeps on going.  That's the way a

10   racketeering enterprise does, you know.  It gets -- it seeds

11   itself.  It gets a grasp on a group, and it's going to

12   continue and continue till somebody stops it.

13        And that is, again, when we look at this chart here,

14   kind of helps me explain it.  Kind of like Jeff Farmer would

15   tell you.  Look, you get these meetings together, and you come

16   to an agreement about who is going to be on my slate.  And

17   you're going to have to have all -- you're going to have to

18   have some people handling the money.

19        So what we do is we line up people like Stanley

20   Bowling, Debra and Bart Morris.  Witnesses say that Debra

21   Morris was sitting right there with a list.  The list I was

22   telling you about, very important to this group, because they

23   wanted to make sure not only that they weren't getting cheated

24   by the voter, they had the election officer in there, see,

25   insurance.  Make sure that I paid this man $50, $100, they're

1   not going to be cheating this group.  My organization, my

2   group's got it together.  We're going to make sure you pull

3   the lever.

4          But there was another issue.  That's the vote hauler.

5   See, a lot of these people were so poor, they didn't have a

6   way out.  They had to get somebody to haul them in.  You know

7   what they did?  They'd take these people and they'd run them

8   through.  Run them through the hands of Stanley Bowling, Bart

9   Morris, Paul Bishop, Mike Hooker.

10          Now, again, a conspiracy, a racketeering conspiracy,

11   when you're dealing with an organization like this, it has

12   factions, okay?  They'll split in and they'll split out.

13          Interesting enough, evidence will show that Stanley

14   Bowling and Bart and Debbie Morris were actually on the

15   Jennings White team in 2002 but came back in the fold in 2004

16   and 2006.  You could count on them.  They had a lot of

17   influence over that City Council.  City Council knew you

18   didn't get elected in Manchester unless you paid to play, just

19   like Commissioner Jones and Al Man Stivers told that up and

20   coming Carmen Webb Lewis, who later became the mayor.  Told

21   her she better pay to play.

22          Who do you pay?  You put the money, that hundreds of

23   thousands of dollars you put on the table, you put it in the

24   hands of people who could make and shake.  In this 2002

25   election, we had, again, factions forming.  Jennings White

1    here on one side, he and Sheriff Edd Jordan working together

2    over here.  Over here on this side, you got Doug Adams and

3    Commissioner Jones and Al Man Stivers working themselves down

4    through here.

5            Cletus Maricle, of course, sitting back here and

6    watching.  Waiting for his turn.  He knows when he needs it,

7    he's going to go to the well.  He's going to draw on that well

8    in 2006, when his son-in-law is needing an office.  He's

9    unopposed.  He doesn't have any opposition.  How do you get

10   that powerful?  Kenny Day's going to tell you.  Kenny Day will

11   tell you when he testifies that Cletus Maricle was one of the

12   influencing members of him becoming the Republican election

13   commissioner of Clay County.  That Roy Morgan, that unindicted

14   co-conspirator, Roy Morgan came to Kenny Day and said I want

15   you to be the Republican election commissioner in Clay County.

16           Just so happens, Cletus Maricle is looking to be

17   circuit judge in the county.  Kenny Day is told by Roy Morgan,

18   first order of business is you go to Cletus Maricle and you

19   let him pick the election officers.  And that's what he did.

20   Cletus Maricle beat Oscar Gayle House in that election in

21   1990.  He's not had a lot of competition since.  In fact, I

22   don't know that he's had any, according to the evidence.

23           So we put this money in the hands of these folks.

24   Some of these indicted, some of them are unindicted.  Mike

25   Hooker, who's that?  That's one of the great friends of Doug

1   Adams.  He's in the family.  He's running for magistrate.

2   He's going to operate out of the store out there where Doug,

3   Paul Bishop and them all get together and plan these things.

4        Mike Hooker is going to be here hustling voters.

5   He's going to call into Paul Bishop.  See, Paul Bishop, a lot

6   of things when you control the Board of Elections, you control

7   who serves, you control where they serve, and you control when

8   they serve.  You're going to hear evidence in this case,

9   there's one election officer named Glenn Rowland, he gets a

10  call in 2004, he's going at 6:00 in the morning, he's there

11  early, 5:00 something in the morning to serve.

12       2002, he reported some wrongdoing up there.  2004,

13  Mr. Al Man Stivers comes with Mr. Commissioner Jones and said

14  man, you're not serving today.  You go home.  He said, what

15  are you talking about, go home?  He said, I'm not going home.

16  He said, I'm gonna call the county clerk.  I'm gonna call the

17  county clerk.  Picks up the phone.  He calls the county clerk,

18  son-in-law Freddy Thompson.  What's he tell him?  There's been

19  a mix-up here.  You need to go home.  We'll pay you, but

20  there's been a mix-up.  You go on home.  They put their man in

21  there.  Buying votes.

22       That's how it worked.  You got to have the money

23  handlers.  You got to have the election officers, then you got

24  to have the vote haulers to get them out of the hollers.  Then

25  you got to bring them to the voting booth, and then you got to

41

1    make sure they get paid.  That's where Bart and Debbie come

2    in, Stanley.  They're down there working at the end of the

3    day, they've got to be paid.  Now, you don't pay them normally

4    on the front end, because these people are untrustworthy.

5          These people, you're going to hear, are drug addicts.

6    They got drug problems.  That's the oil that makes the

7    machinery work in Clay County.  You use those people.

8          Those are the ones that you can control.  Look,

9    Cletus Maricle said thirty percent's up for bids every

10   election, and we got to get out there and get those votes.  We

11   can buy them.  We can bribe them.

12         So they goes to these people, they have to haul them

13   out of the hollers, bring them down to the election poll.

14   They turn the lever to ensure they vote for the slate.  Then

15   they're sent sometimes -- you're going to hear different

16   things.  I mean, I'm not saying that there's a consistent

17   pattern about how they marked these voters.  Some of them got

18   a carnival ticket, tear it in two.  They take it to Bart and

19   Debbie's and some of these other people.

20         Darnell Hipsher, another city councilman convicted in

21   the corruption scheme in 2006 by the FBI; Randy Craft, school

22   board employee of Doug Adams; Paul Bishop, of course, more

23   involved in 2002 and 2004; and then Bart and Debbie in 2002,

24   2004 and 2006.  Again, the same people.

25         And then, of course, once they're paid, they'd have

1    to present proof they'd been to see the election officer, and

2    sometimes they'd have actual observers there at the polls.

3    And then they'd send them on home, drive them on home.  And

4    they would get paid, according to Jeff Farmer, he got to see

5    it in 2002 when Doug Adams and the commissioner were taking

6    him around town that they were paying them ten dollars a head.

7         So if you're a vote hauler and you're going to do

8    your holler trips and you're bringing out the voters that will

9    be bribed, your get ten dollars a head.  That's where Debbie's

10   job came in.  She kept a long list, and vote haulers would

11   tell you Debbie would put your name on there if you were a

12   vote hauler.  Steve Smith, they'd put SS.  They'd check the

13   voter's name, highlight it.  Why?  Vote haulers said, they

14   didn't want to pay us twice.  We're getting ten dollars a

15   head.  They wanted to make sure they are didn't pay us twice.

16   They made this list.

17        Debbie and Bart kept the list.  They had a safe there

18   at home.  They'd keep the important papers in the safe.  Of

19   course, the FBI went there, didn't find the papers.  They

20   found the safe.  The papers were already gone.  Papers were

21   already gone.  FBI had been in town around Halloween, 2006 and

22   searched City Hall.  They came with a search warrant in 2007,

23   they were ready for them, had the safe cleaned out.

24        Jeff Farmer said that Adams and Jones and Stivers

25   took him around to 50 different voters there that night, lined

43

them up for the next day.  He was told that Commissioner Jones

is going to line up Stivers, and Stivers was going to run the

early voting so what he would do is basically he'd be given

money in installments.  He'd get about $1,000 from Stivers or

Jones, and he'd go out and pay the voters, pay them 30, 40

dollars a vote, and they got 50 voters that day.

        You remember where he was sent.  He was sent in the

fiercest of fire in Horse Creek, where Jennings White had the

same thing going on in his camp.  And, of course, they had

another key player that was helping Jeff that day.  His name

is Bobby Red Sams.  And Bobby Red was absolutely knocking the

lights out of it.  He was bringing in voters.  Everybody was

pleased.

        So when Jeff would go in, he had to make sure in this

early voting that everything worked out.  So during the early

voting in 2002, Jeff says that he had a signal that was going

on, and that signal would happen and confirm, you know, again

that they had people voting for the slate.  And when that

signal was made, he'd pay the voter.

        Interesting thing about it is that Al Man Stivers

came up with one of the more unique methods in 2002.  He came

up with the method of using a deck of cards.  He had actual

cards that he told Jeff Farmer couldn't be duplicated.  Told

Jeff Farmer that these were Caesar Palace cards.  And he said

they couldn't be duplicated.

44

1    So he manned him with those so that when he went to

2    take the voter and bribe the voter, that the voter would

3    actually have one of those Caesar Palace cards. And Jeff was

4    doing a pretty good job. Apparently, he was doing too good a

5    job, because Jennings White at that time was county clerk. He

6    heard what Jeff was doing down there to offset his vote buying

7    and had him kicked out. Jeff says he sent Edd Jordan down

8    there to threaten him.

9    So after he got threatened, he called Al Man Stivers'

10    brother, Charles, and they decided he better back off. So

11    they backed him off for the rest of the day.

12    So they gave him other jobs to do. He said that

13    during that time, that day, that a fella named Ricky

14    Whitehead, he was one of the county attorneys' helpers, he

15    came along with Al Man Stivers and Doug Adams and, of course,

16    some of these other people came together during that day and

17    worked with Jeff Farmer.

18    He said that after the election, he'd done all this

19    work, Doug Adams presented him with a job. He was down and

20    out, looking rough, and everything wasn't doing so good, but

21    Doug Adams found him a job down at the school board. School

22    janitor. And things worked out pretty good for him after the

23    election. Said Freddy Thompson personally thanked him for all

24    the good work he'd done down there for him. He said, you

25    know, there were other things he had to do. He'll tell you.

1          I mean, he was down there with a fella by the name of

2     Yancey.  Of course, I've told you about Yancey.  Yancey was

3     there at Doug's house when they gathered up all that money.

4     He's an attorney in town.  His son-in-law, Roy Morgan, the

5     unindicted co-conspirator.  Yancey picked up Jeff that

6     afternoon.

7          That's what I was trying to get to and I forgot.

8     Yancey said I need you to go to Big Creek with me.  That one

9     of the main precincts, one in which they had a lot of vote

10    buying, Jeff said he took about 4, 5 thousand dollars to one

11    of the family members of the election officers down there,

12    Mark Bowling, a guy named Jimmy Marcum.

13         Just examples, ladies and gentlemen, of what the

14    evidence is going to be as you hear again the relationships

15    that were formed with different people at different times, and

16    I think that, again, lots of these people you're going to hear

17    from and some of them you're not going to hear from.  Not all

18    of the witnesses in this case could be called.  Some of them

19    will be here and some of them will not.

20         Again, this is kind of giving you the general

21    outline, I think, about how this group operated on an election

22    year basis.  And then this enterprise, of course, it has a lot

23    of different people that play a lot of different parts.  Of

24    course, Cletus and Doug Adams, they worked themselves up the

25    ranks.  When Cletus was just a lawyer, Doug Adams just a

46

school teacher, they were there with Kenny Day at Burning
Springs and they were showing him how it was done.  In one
magistrate race there, they had fierce competition going on,
Kenny was there helping Doug and Cletus in that election.  And
that kind of got their start.  They got their start there
early on in Burning Springs and then they figured out that you
had to bring both sides together.  The Democrat and the
Republican election officer inside the poll, when you got a
judge for each party, if you had those people working
together, you had it all.

In fact, Cletus Maricle told Kennon White, he said,
money's important in these elections, but the election
officers are more important.  And that's the way it worked.
You see, these are the political bosses.  There are other
political bosses.  And Doug Adams and Cletus Maricle, they
weren't on the scene constantly, continually, every day.  They
didn't need it.  They came to the well and they drew from the
well when they needed it.

2002, Doug Adams needed it.  He wanted Freddy
Thompson, Commissioner Jones' son-in-law as county clerk.  He
wanted to get rid of Jennings White.  Jennings White was too
powerful.  Had too much power in Clay County.  Doug Adams
wanted to show him he's more powerful.  So we split up the
groups, see.  In the '90s, everything was good.  Jennings
White had the vote buying, everything worked fine.  Then upset

1   the apple cart.  We all fall out.

2          We all fall out, and there's little Kennon White,

3   he's running back and forth in between one big strong man

4   against the other big strong man.  Caught in the middle like a

5   ping-pong ball, back and forth.  End up giving his money, he

6   said, about 70 or 80 thousand dollars to Jennings White and

7   his group.  Went to his direction, where he told him to put

8   the money.

9          His aunt, Barbara, state representative, she was up

10  for election that year, and she lost to Tim Couch, who was

11  again the candidate of Doug Adams choice.  2004, she sought to

12  get back into the fold.  Doug Adams called her while she was

13  up here in session in Frankfort and told her, you bring

14  $40,000, we'll put you back in office.

15         Continuing, 2002, 2004, and then 2006, we got to get

16  our son-in-law -- Cletus needs Phillip Mobley, got to be

17  elected.  He told Wanda White, I know you got allegiance to

18  Edd Jordan and this one over here.  When it comes down to it,

19  Wanda, you're going to have to do some things, all right?

20  You're going to have to make sure Phillip Mobley gets the

21  vote.  Whether you're stealing it or buying it, make sure he

22  gets the vote.

23         Wanda White will tell you she met multiple times at

24  the homes of Cletus Maricle and Al Man Stivers, generally

25  present with Wayne Jones.  They would include Darnell Hipsher.

48

1   Some of these other folks would get together, plan this thing

2   out. All right, where's the list? Where's the hollers we can

3   go to? Where's the poor families we can draw on this time?

4   How we going to do it this time?

5        You got those new machines. Go down there, let

6   Freddy and Charles, Commissioner Jones show you how they work.

7   So she goes down there, and she's shown that machine. They

8   say now look, you know everybody in Clay County, you know

9   these people we're dealing with. You know if we can get in

10  there and distract them a little bit, you can go in, change

11  these votes for them. You tell them when they push the button

12  the first time, they've voted. Send them out. They come back

13  in the second time -- no, they don't come back in. Send them

14  out the door when they press it the first time. Then go back

15  in the booth, and you can review the ballot, make sure Phillip

16  Mobley is on it. If he's not on it, change the vote to

17  Phillip and the rest of our slate.

18       Now Charles Weaver had to be brought into this.

19  Weaver wanted a job. Golly, that's the way Clay County works,

20  right? You scratch my back, I scratch yours, and the judge

21  executive wanted Charles Dobber Weaver to be his man. So we

22  had to broker an agreement so we got, let's see, Cletus wants

23  Phillip in, the county judge, he wants Charles Dobber Weaver

24  in to help him make sure he gets his votes. And so we come to

25  a compromise. Phillip Mobley gets the vote. We'll let

49

1    Charles Weaver vote for whoever else he wants to, just make

2    sure he gets -- just make sure he gets my son-in-law on there.

3         So that's what Weaver does.  He's also convicted by

4    the FBI's investigation.  He was brought forward and answered

5    to charges of doing this very thing, and he pled guilty, and

6    he will testify pursuant to that plea agreement that he was

7    right with Wanda White, taken before Mr. Freddy Thompson, the

8    county clerk, shown the machines.  He and Wayne Jones showed

9    him how to do it.  So the same mechanism, same operation, play

10   it for the Democrat.  Wanda had to switch her parties over.

11   She says that she was encouraged by Cletus Maricle.  He had

12   some things to offer, she says.

13        She said she was looking for a job.  Of course, her

14   daddy-in-law, Mayor White, got beat by Carmen Webb Lewis as

15   mayor.  Got her out of a job and her husband.  Of course, she

16   came to the FBI.  And at that time, FBI really didn't have any

17   evidence on her.  She came to the FBI, they said look, you

18   tell the truth, you cooperate with us fully and we'll not

19   prosecute you.  We've got your husband.  You cooperate with

20   us, you do the right thing, tell the truth when called to

21   testify and we're not going to charge you.  She took the deal.

22   She took the deal.

23        In 2002, we had all the records.  We didn't have any

24   witnesses.  We didn't have the inner circle.  When you're

25   doing things behind the curtain, there's not many witnesses

1    out there to that.  You don't have that election officer who

2    is behind that curtain, you don't have a witness unless your

3    voters cooperate.  And in this case, you're going to hear from

4    many of these voters who are going to cooperate, say yeah,

5    Wanda White and Dobber Weaver was right there with me, made

6    sure I voted.  They were looking right over my shoulder.

7         Now, are there going to be witnesses in here to say,

8    hundreds of witnesses to say yeah, they went in there and

9    changed my vote?  I don't expect it.  I don't think you do

10   either.  Those people went in, thought they voted, left and

11   went out.  Some of those complained and many of them probably

12   never knew.  Unsuspecting.

13        But both Dobber Weaver and -- Charles Dobber Weaver,

14   he went into this thing, as I was going to tell you, because

15   he had the expectation that he was -- the judge executive was

16   going to get the job of emergency services director.  See,

17   Vernon Hacker, he was the 911 director, employee of Doug

18   Adams.  He was also city councilman.  He was a power broker

19   down on that level.  So you got Darnell Hipsher, he's a city

20   councilman, Vernon Hacker, and you got the two side parties,

21   Stanley Bowling, Bart Morris and Debbie.  Those folks worked

22   City Council.

23        The evidence is going to be that that group worked

24   closely.  Jennings White, he had the opportunity in 2002, he

25   had the opportunity to use Stanley Bowling and the Morrises.

1   But then in 2004, 2006, the group came back into the fold and

2   Cletus Maricle used them in 2006 to do his work.

3        See, it works again, continuously, and will continue

4   as alleged unless stopped.

5        Investigations of this sort are going to call on a

6   lot of witnesses.  I hope you'll be patient.  I hope you'll

7   wait for this case.  I hope you'll wait.  Do as the judge

8   instructs you.  Wait till the conclusion of this thing, but be

9   patient.  It takes a lot of witnesses to put on a case like

10  this.  You're talking about 2002, 2004, 2006, a lot, a lot of

11  elections.

12       Wanda White, Kennon White became cooperators.  The

13  FBI equipped them with recorders.  They recorded a lot of

14  conversations that I told you.  There's a couple of them I

15  want to tell you about.

16       You see, it's alleged in this case Doug Adams and

17  Cletus Maricle, they decided in actuality who was going to

18  serve.  One of the very first recordings, Wanda White goes in

19  to meet William "Al Man" Stivers, and the first thing -- he

20  hadn't seen her in a while.  She walks in the door, and she

21  says, oh, I'm madder than fire over that.  What are you

22  talking about?  She wasn't selected as -- she was not selected

23  as the election officer for 2007.

24       She said, you know, they put David -- talking about

25  another person, Darnell, Darnell Hipsher.  Wanda said, oh,

52

1    God, it made me so mad.  Stivers said, well, I'm gonna tell

2    you who the daddy of that was.  Wanda says, who, Bart?  No.

3    Stivers said, nope, Cletus.  He said, don't ask.  He said,

4    they got too much going on right now.  See, father-in-law is

5    being convicted, prosecuted by the FBI.  Too much going on

6    right now.  Too much on their plate, I believe, is the word

7    Stivers used.  Got too much on their plate right now.

8          Well, they go on in their conversation, said, well,

9    he said, I'll tell you what Cletus said.  He said I'm putting

10    Darnell in there, because Mr. Adams, that's Doug Adams, he

11    wants to actually see who serves this time.  Clay Massey, who

12    is our county attorney who was up there at the meeting at

13    Bishop's garage that night when the money's being accumulated,

14    he's running for appeals judge.  Adams wants to see this

15    Darnell serve, help him.  And that's what came out of their

16    mouth when he first saw Wanda.

17          See, it's alleged Cletus Maricle, Doug Adams, they're

18    the bosses.  They're the king makers.  Want to have anything

19    to do in this county, you got to come through Cletus Maricle

20    or Doug Adams.  And that's not out of the mouth of Wanda

21    White, the cooperator.  That's out of the mouth of one of

22    their own, one of their most loyal, Al Man Stivers.  That's

23    out of his mouth that you're going to hear those words.

24          And then in that same conversation, toward the end,

25    Wanda gets an opportunity to bring up -- see, you got a crime

53

1    that's occurred, and you're coming back to talk to these folks

2    over a year later to get them to talk about things that we did

3    wrong.  Bad things that we did.  Crimes that we committed.

4    Not an easy thing, especially when you're dealing with a

5    circuit judge with over 40 years experience as a defense

6    lawyer.  Not an easy thing to do.

7         But in this first conversation with Al Man Stivers,

8    she says, now here's one thing I got to say, Al Man.  She

9    said, you know, I signed a bunch of them papers.  Do you think

10   he took care of them for me?  She'll explain to you she's

11   talking about those voter assistance forms.  Stivers said

12   yeah.  She said, he did?  Stivers said yeah.  She says, well,

13   I ain't gonna worry about it again, because that's the only

14   thing that's aggravating me about this whole thing.  She said,

15   him and Freddy took care of it?  Commissioner Jones and Freddy

16   took care of it when the FBI served Freddy Thompson,

17   subpoenaed told him to bring those records for 2006.  Missing

18   voter assistance forms.

19        Wanda White will tell you she signed numerous forms.

20   That's why she brought it up.  Only a couple did they find

21   even had her name on it.  Not out of her mouth, but out of the

22   mouth of one of their trusted, one of their own, he says him

23   and Freddy took care of it.  Don't worry.

24        She then is told by the FBI, look, you're going to

25   have to go to Cletus Maricle.  You'll have to talk to him.

1    Tell him you're subpoenaed to the grand jury.  Tell him you're

2    going to be a witness.  Tell him these things.  See what

3    happens.  She does.  She goes and tells him.

4         This is what he had to say, among other things.  And

5    listening to these conversations, they speak out of both sides

6    of their mouth, all right?  Al Man Stivers will tell her at

7    points, do the right thing.  And then on the other side, but

8    don't you admit to anything, Wanda.  That's the way they talk.

9    These people, these aren't newcomers.  These guys aren't first

10   time around the block.  Man with 40 years of experience in the

11   law and you go to him, you better expect it's not going to be

12   an easy thing to talk about, what you did wrong to get your

13   son-in-law elected last year in an election.

14        So on that first few recordings, you're going to hear

15   those things.  You're going to hear those comments out of

16   Cletus Maricle.  But in that first one, she was supposed to go

17   to the grand jury, I believe the records show that she was

18   supposed to go on May the 3rd.  The day before she goes up

19   there, she starts confiding in Cletus Maricle and she says,

20   telling him about her lawyer, you know, worried about what's

21   going to happen.  She says, do you think I can handle myself

22   down there, at one point in the conversation he says yeah.

23   She says, I'll fall to pieces.  He said, now just don't you go

24   off making statements like you did about Jennings and Vernon.

25        See, what she had done, she told him earlier, she

said, well, I got to meet with the FBI the other day and they

had some questions about this election. Well, did you tell

them anything? Didn't tell them anything, she said, except I

did tell them about Vernon, he's been convicted, and Jennings

has been convicted. I tell him about them. I tell what they

did. Wait a minute, remember? This is part of the fold.

Don't you go volunteering statements about them is what he

told her.

This was in the company of his wife. Judy said,

well, now, you better listen to your lawyer. Cletus says,

don't you make no statements like that. Talking about

statements about Jennings and Vernon. Wanda says, well, what

will they do about that? Will they bring that back up?

Maricle said, just don't go volunteering stuff. Judy said,

don't tell them nothing, Wanda. Laughing. Cletus said yeah.

They continued to talk. Again, these conversations,

some of them are going to take your patience. Some of these

conversations lasted over an hour. But I think in listening

to these conversations, you'll be able to make a decision at

the end of this case. You'll weigh it, I'm confident. Right

in the middle of this conversation, she starts talking to him

about pleading the Fifth. You know, pleading the Fifth. It's

one of the things lawyers talk about. It's lawyer talk.

Pleading the Fifth, you got the right to remain silent, not

make a statement.

1       That came up to Cletus.  What about me taking the

2   Fifth, she said?  She said, right now, how would a person

3   answer it is what I'm saying?  Do you say I plead the Fifth

4   Amendment on each individual question, or do you say I don't

5   know?  Cletus says now, you don't want to answer the question,

6   he said, plead the Fifth.

7       What was his motive?  What was his motive?  He's a

8   judge.  Circuit judge.  Not a lawyer.  What was his motive?

9   That will be your issue to decide.

10      He said, just don't go down there with any

11  vindication.  He said, Wanda, don't go down there and say I'm

12  going to lay it to this one, I'm going to lay it to that one.

13  Very end of the conversation, she said, I ain't gonna do that.

14  That's all you can do.  She said, I ain't gonna do nothing to

15  Dobber, talking about her counterpart over there.  He said,

16  I'm not saying don't tell the truth, but he said I'll tell you

17  what, I got confidence in you, Wanda.  I got confidence in

18  you.  She said I get it.  I got confidence in you.  Repeats it

19  again.  I ain't worried.  She says, by the way, I'm wanting my

20  job and Cork.

21      I told you that Cletus talked her into this situation

22  back before the election, years before.  She actually changed

23  her registration as a Democrat, moved into town.  They had a

24  plan.  They had all these big plans.  Cletus was going to

25  advise Kennon on you become city manager, and we'll appoint

1    some of our control people, like Judy and some of the other

2    family, we'll put them on the boards down there, and we'll

3    control the zoning in town, and we'll figure out ways to make

4    lots of money in town.  This would be good way for you to do

5    it, Keenon.

6            Wanda, you come over here, be a Democrat, be election

7    officer.  We'll get you in there to see Commissioner Jones.

8    You could go to work for us.  You do these things for us,

9    we'll do things for you.  She said, what's in it for me?  He

10   said, I'll tell you, you know, you need a job.  We'll get you

11   a job.  And you know that brother of yours is in a whole lotta

12   trouble.  See, there was girl down here got her throat cut.

13   He's charged in that crime.  He's gonna need some help.  I can

14   help him.

15           See, Cletus Maricle, Doug Adams not only used this

16   board, they used their positions.  Cletus Maricle in

17   particular had lots of power and influence.  Bobby Red Sams

18   will tell you how they got him out of jail with Wayne Jones

19   and Cletus Maricle's help and said go out there in 2006 and do

20   like you did in 2002, get those votes in here for us.  Sprang

21   him out of jail.

22           Frank Roberts, another election officer, will tell

23   you about favors he witnessed Cletus Maricle doing, getting

24   people out of jail at election time.  Of course, Corky Price,

25   he was the brother and he was in a mess.  And he got convinced

58

1    when he was out in Texas, he'd come in, make a statement, and

2    Cletus would give him a deal.  Commonwealth attorney made him

3    a deal, and he's supposed to get probation, and he reneged on

4    his deal to testify the way they thought he should, and so

5    they sent him away for five years in prison.

6         So when Wanda goes to Cletus and talks to him about

7    this, it's time to talk to him about doing something after the

8    sentence.  He'd already been sent to the pen.  And you'll hear

9    in these conversations about Cork.  Cletus saying no.  Al Man

10   said the only thing we're waiting on is the lawyer to bring

11   the paperwork over here.  We'll take care of you, Wanda.

12   We'll take care of Cork.  And I got you on that job, Wanda.

13   There's not one up yet, we're working on it.  Give us a few

14   days, we're working on the job.

15        And the third thing that he promised was he'd help in

16   reelecting Daugh White.  Daugh had this election coming.

17   Carmen Webb Lewis, young woman that showed some promise in the

18   legitimate vote, we'll call that the -- there was the solid

19   vote in Clay County and there was the bought vote.  That solid

20   vote, you got to deal with sometimes, and they had to deal

21   with it with Carmen Webb Lewis.  They knew it was coming.

22        And sure enough, when Carmen Webb Lewis ran, she beat

23   Daugh White, but it was not without Cletus Maricle's help.  He

24   helped him every way he could.  Wanda will tell you how he

25   helped him.  And he, while he doesn't really talk about his

59

1   helping Daugh White so much, he does talk about that job,

2   about helping Cork.  It's pretty plain when you hear those

3   conversations about what they're talking about.

4           See, this man is very, very paranoid about what was

5   going on in Clay County.  The FBI was doing search warrants of

6   City Hall, people getting searched in their home.  Kenny Day,

7   he was untouchable, and they take him down.  Even beyond

8   touchable was Jennings White.  Boy, he bit the dust.  Things

9   were getting tight in Clay County.

10          Cletus Maricle, you know what he told Wanda?  He

11  said, I tell you what.  They've got 40 people working here.

12  Says they're everywhere, Wanda.  He said, there's 40.  She

13  said, how many?  He said, there's 40 of them.  40 FBI people?

14  He said, yeah, that's my opinion.  It's my opinion, Wanda.

15  Forty of them.

16          She went to talk to him on the day before the grand

17  jury testimony, then she went the day after.  She had some

18  news for him.  See, they talked about pleading the Fifth.

19  That didn't work out, see, because she was working with the

20  FBI.

21          The FBI said, now, I'll tell you how you can get him

22  to talk a little bit more about this.  Go tell him that the

23  prosecutor has granted you immunity, and the judge is going to

24  order you to testify.

25          So she goes back the day after, and she sits down and

1    talks with Cletus in this conversation and it's a long one.

2    Down toward the end of it, she says, she starts telling him,

3    and they start talking about, about this possibility.  What if

4    they give me immunity?  And said well, you know, Bill Clinton

5    back in the day had a witness that was sitting in a position

6    to testify against him.  What was her name?  Susan McDougal.

7    Susan McDougal, that was her, yeah, Susan McDougal.  Cletus

8    said that was her name.

9          Wanda says, what did she do?  What did she do, get

10   put in jail?  Maricle said she refused to testify.  He said --

11   Kennon was there with her.  Said refused to testify?  Yeah,

12   refused to testify.  She said, they let her sit in jail for a

13   year and a half?  Cletus said yeah, she sit her time.  And

14   Clinton, Kennon said, couldn't even pardon her because she was

15   in there.

16         Wanda said to Cletus, she looked at him and said,

17   would you sit in jail that long for somebody?  Cletus said,

18   yeah.  You would?  He said yes.  Yes, sir.  Yes, ma'am.  Sure

19   would.  She said, that's a long time.  She said, would you sit

20   that long in there for me?  He said, that's right.  That's

21   right.  Okay, she said.  Absolutely.  Absolutely.  She says

22   okay.  He said, I'll be very honest with you.  He said, if

23   I've ever seen somebody shoot somebody -- right, she says.

24   But as far as any of these other things, no, if that's what

25   you gotta do, that's what you gotta do, he said.

61

1        Kind of talks a little bit in riddles there, but

2   Wanda will tell you she fully understood his communication.

3   I'm a grand jury witness.  Only way I'm going to testify to a

4   grand jury is if I see somebody shoot somebody.  Otherwise,

5   I'm not saying a word.  Yeah, I'll go to jail for you.

6        He's got confidence in her.  Doesn't work out.  It

7   doesn't work out.  She was cooperating with the FBI.  It's all

8   on recording.  You'll have a chance to listen to it.

9        Use your patience.  I'm confident in each one of you

10  that you'll listen to this evidence, that you'll evaluate

11  these witnesses, you'll look at it for what it is, and you'll

12  do as instructions call you to do.  That is, I don't like this

13  person.  This person entered a plea of guilty to drug

14  trafficking and all these awful things, and I don't want to be

15  a neighbor to this person.

16       Listen, these are Doug Adams and Cletus Maricle's

17  friends.  We didn't choose them.  They did.  You evaluate

18  their testimony and I'm confident, as instructed, evaluate it

19  with caution and at the end of this case, ladies and gentlemen

20  of the jury, I'm going to be asking each of you to vote guilty

21  on each of the counts alleged in this indictment and to stop

22  what's going on in Clay County.  Thank you.

23                         *  *  *

24

25

62

1                        C E R T I F I C A T E

2           I, LISA REED WIESMAN RDR-CRR, certify that the
   foregoing is a correct transcript from the record of
3  proceedings in the above-entitled case.

4

5   \s\ Lisa Reed Wiesman                February 4, 2010
   LISA REED WIESMAN, RDR-CRR           Date of Certification
6  Official Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25