UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CR NO. 09-CR-16-DCR

*ELECTRONICALLY FILED*

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　**NOTICE OF WITHDRAWAL OF
MOTION TO CONTINUE TIME OF SENTENCING HEARING**

PAUL E. BISHOP　　　　　　　　　　　　　　　　　　　　　DEFENDANT

\*　\*　\*　\*　\*

Comes the defendant, Paul E. Bishop, by counsel and respectfully notifies the Court of the defendant's withdrawal of his Motion to Continue Sentencing Hearing [ DE 907].

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KATHRYN A. WALTON, PLLC
　　　　　　　　　　　　　　　　201 West Vine Street
　　　　　　　　　　　　　　　　Lexington, KY  40507
　　　　　　　　　　　　　　　　(859) 381-0667
　　　　　　　　　　　　　　　　kwalton@kwaltonlaw.com


　　　　　　　　　　　　　BY:  *s/ Kathryn A. Walton*
　　　　　　　　　　　　　　　　KATHRYN A. WALTON
　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on the 12th day of April, 2010, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  Hon. Stephen Smith, Stephen.smith4@usdoj.gov, Hon. Jason Parman, Jason.Parman@usdoj.gov, Office of United States Attorney, U. S. Courthouse, 310 South Main Street, London, Kentucky 40745-5045; and all counsel of record.

　　　　　　　　　　　　　　　　 *s/ Kathryn A. Walton*
　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT