UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 09-16-S-DCR   ELECTRONICALLY FILED

UNITED STATES OF AMERICA   PLAINTIFF

V.   **UNITED STATES' EXPARTE MOTION TO FORFEIT SUBSTITUTE ASSETS**

RUSSELL CLETUS MARICLE, ET.AL.   DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Comes the United States, through counsel, and moves for entry of an order of forfeiture as to substitute assets pursuant to the provisions of 21 U.S.C. § 853(n) and Fed.R.Crim.P. 32.2, and in support thereof submits the following:

1. On April 15, 2010, a Preliminary Judgment of Forfeiture was entered against the above defendants which included a money judgments of $3,200,000.00 and $1,513,512.36.

2. At present, no amounts have been applied to either money judgment and the full balance is still due.

3. The United States has discovered property of the defendants that could be used to partially satisfy the judgments pursuant to 21 U.S.C. § 853(n).

4. The United States requests the Preliminary Judgment be amended to include the

following assets be applied to the money judgments herein, and that authority be given to seize the vehicles until further Orders of the Court:

**PROPERTY OF STANLEY H. BOWLING:**

1) 1980 GMC Dump Truck, VIN #C17DEAV127146, registered to B & B Excavating, Manchester, Kentucky;
2) 1984 MackTractor, VIN #2M2N179YXEC093187, registered to B & B Excavating;
3) 1985 GMC N96 Dump Truck, VIN #1GTS9F4CFV520771, registered to B & B Excavating, Manchester, Kentucky;
4) 1995 GMC Dump Truck, VIN #4V1JBAPE8SR838332, registered to B & B Excavating, Manchester, Kentucky;
5) 2008 Honda Foreman TRX500 Motorcycle, VIN #1HFTE31GX84300411, registered to B & B Excavating, Inc., Manchester, Kentucky;
6) 2004 Cherokee Lowboy Trailer, VIN #1C92TLU2634001152, registered to B & B Excavating, Manchester, Kentucky;
7) 2008 Pontiac VIN #1G2AL18F987141540, registered to Steven Bowling, Manchester, Kentucky;
8) 2007 Chevrolet Silverado Classic, VIN #2GCEK13Z9711357178, registered to B & B Excavating, Manchester, Kentucky;
9) 2005 Chevrolet Silverado Crew Cab, VIN #1GCHK23295F962761, registered to B & B Excavating, Manchester, Kentucky;
10) 2001 Stigers Tag-A-Long Trailer, VIN #1S9F223271K087116, registered to B & B Excavating, Manchester, Kentucky;
11) 2004 Chevrolet Suburban, VIN #3GNFK16Z44G145244, registered to B & B Excavating, Manchester, Kentucky;
12) 1974 Transcraft Lowboy Trailer, VIN #B1217, registered to B & B Excavating, Manchester, Kentucky.

**PROPERTY OF WILLIAM BART MORRIS:**

1) 1995 East Trailer, VIN #1E1U1X286SRE20005, registered to B & J Transfer, Manchester, Kentucky, Kentucky;
2) 1992 Fabrex Trailer, VIN #2A9SWF8B5NT053197, registered to B & J Transfer, Manchester, Kentucky;
3) 1980 Kenworth Cab-Over Truck, VIN #286844J, registered to B & J Transfer, Manchester, Kentucky;
4) 1990 Schein Trailer, VIN #109390AF4L1001058, registered to B & D Morris

|   |   |
|---|---|
|   | Trucking, Manchester, Kentucky; |
| 5) | 2003 Travis Trailer, VIN#48XAR482231002273, registered to B & J Transfer, Manchester, Kentucky; |
| 6) | 2004 GMC Envoy, VIN#1GKDT13S242404816, registered to Freddy Thompson and Melissa Thompson, Manchester, Kentucky. |

**PROPERTY OF FREDDY W. THOMPSON**

1) 2007 Saturn Aura, VIN#1G8ZS57N07F123816, registered to Freddy Thompson, Manchester, Kentucky;
2) 2003 Chevrolet Silverado, VIN#1GCHK23183F135645, registered to Freddy Thompson, Manchester, Kentucky;
3) 2001 Titanium by Glendale, Fifth Wheel Series M-28EX, VIN#2GRFW28T81S014475, registered to Freddy Thompson and Lisa Thompson, Manchester, Kentucky.

5. Upon entry of the Court's Order and seizure of the vehicles, the United States will serve notice to all third parties that may have an interest in the above real property advising them of their right to file a Petition and have a hearing to adjudicate their interest.

A proposed Order is tendered herewith.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

David Y. Olinger, Jr.
Assistant United States Attorney
260 W. Vine St., Suite 300
Lexington, KY 40507
(859) 685-4896