UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | (file under seal) |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States having moved for entry of an Order of forfeiture as to substitute assets pursuant to the provisions of 21 U.S.C. § 853(n) and Fed.R.Crim.P. 32.2, and the Court being sufficiently advised, it is hereby

**ORDERED** that the United States' motion for forfeiture of substitute assets [Record No. 1037] is **GRANTED**. The following assets shall be applied to the money judgments entered in this case:

**PROPERTY OF STANLEY H. BOWLING:**

1. 1980 GMC Dump Truck, VIN #C17DEAV127146, registered to B & B Excavating, Manchester, Kentucky;
2. 1984 MackTractor, VIN #2M2N179YXEC093187, registered to B & B Excavating, Manchester, Kentucky;
3. 1985 GMC N96 Dump Truck, VIN #1GTS9F4CFV520771, registered to B & B Excavating, Manchester, Kentucky;
4. 1995 GMC Dump Truck, VIN #4V1JBAPE8SR838332, registered to B & B Excavating, Manchester, Kentucky;
5. 2008 Honda Foreman TRX500 Motorcycle, VIN #1HFTE31GX84300411, registered to B & B Excavating, Manchester, Kentucky;

6. 2004 Cherokee Lowboy Trailer, VIN #1C92TLU2634001152, registered to B & B Excavating, Manchester, Kentucky;
7. 2008 Pontiac VIN #1G2AL18F987141540, registered to Steven Bowling, Manchester, Kentucky;
8. 2007 Chevrolet Silverado Classic, VIN #2GCEK13Z9711357178, registered to B & B Excavating, Manchester, Kentucky;
9. 2005 Chevrolet Silverado Crew Cab, VIN #1GCHK23295F962761, registered to B & B Excavating, Manchester, Kentucky;
10. 2001 Stigers Tag-A-Long Trailer, VIN #1S9F223271K087116, registered to B & B Excavating, Manchester, Kentucky;
11. 2004 Chevrolet Suburban, VIN #3GNFK16Z44G145244, registered to B & B Excavating, Manchester, Kentucky;
12. 1974 Transcraft Lowboy Trailer, VIN #B1217, registered to B & B Excavating, Manchester, Kentucky.

**PROPERTY OF WILLIAM BART MORRIS:**

1. 1995 East Trailer, VIN #1E1U1X286SRE20005, registered to B & J Transfer, Manchester, Kentucky;
2. 1992 Fabrex Trailer, VIN #2A9SWF8B5NT053197, registered to B & J Transfer, Manchester, Kentucky;
3. 1980 Kenworth Cab-Over Truck, VIN #286844J, registered to B & J Transfer, Manchester, Kentucky;
4. 1990 Schein Trailer, VIN #109390AF4L1001058, registered to B & D Morris Trucking, Manchester, Kentucky;
5. 2003 Travis Trailer, VIN #48XAR482231002273, registered to B & J Transfer, Manchester, Kentucky.

**PROPERTY OF FREDDY W. THOMPSON:**

1. 2007 Saturn Aura, VIN #1G8ZS57N07F123816, registered to Freddy Thompson, Manchester, Kentucky;
2. 2003 Chevrolet Silverado, VIN #1GCHK23183F135645, registered to Freddy Thompson, Manchester, Kentucky;
3. 2001 Titanium by Glendale, Fifth Wheel Series M-28EX, VIN #2GRFW28T81S014475, registered to Freddy Thompson and Lisa Thompson, Manchester, Kentucky;
4. 2004 GMC Envoy, VIN #1GKDT13S242404816, registered to Freddy Thompson and Melissa Thompson, Manchester, Kentucky.

It is further **ORDERED** that the Federal Bureau of Investigations and/or the United States Marshal Service shall seize forthwith the afore-described forfeited property and dispose of said property in accordance with the law. The United States shall provide notice as required by law.

The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by Title 21, U.S.C. § 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

It is further **ORDERED** that the Clerk deliver copies of this Order to counsel for the United States and to the United States Marshal for the Eastern District of Kentucky.

This 10th day of September, 2010.

Signed By:
*Danny C. Reeves* DCR
United States District Judge