UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

*** *** *** ***

The United States and Judy Maricle, by counsel, having moved for entry of an Order to sell a substitute asset, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the Joint Motion to Sell Substitute Asset [Record No. 1067] is **GRANTED**.

It is further **ORDERED** that the 1997 Norris Yacht, Serial No. NYL7516W5297, be sold for the amount of $100,00000, and the proceeds placed in the United States Marshal's Assets Holding Account pending all noticing, third party claims, and ancillary hearings.

This 18th day of October, 2010.

