UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL ACTION NO. 09-CR-00016-S-DCR

*ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**

**RUSSELL CLETUS MARICLE, et al.**                                       **DEFENDANTS**

___

### NOTICE OF ENTRY OF APPEARANCE
### ON BEHALF OF PETITIONER
### JUDY MARICLE
___

Comes undersigned counsel and respectfully provides notice to the Court that undersigned counsel shall appear as counsel for the Petitioner, Judy Maricle. Petitioner will be asserting her rights to certain property, both real and personal, which the United States has noticed as being subject to forfeiture in the above captioned case. Petitioner will be filing a formal petition asserting her rights in each item which the United States has noticed as being subject to forfeiture from the Defendant Russell Cletus Maricle.

    Respectfully submitted,

    /s/*Mark A. Wohlander*
    Mark A. Wohlander
    Wohlander Law Office, PSC
    P.O. Box 910483
    Lexington, Kentucky  40591
    Telephone: (859) 361-5604
    Facsimile: (859) 219-0913
    wohlanderlaw@insightbb.com
    *Counsel for Petitioner Judy Maricle*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to the parties of record.

/s/ *Mark A. Wohlander*
Mark A. Wohlander
*Counsel for Petitioner Judy Maricle*