UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON
CRIMINAL ACTION NO. 09-CR-16-DCR

UNITED STATES OF AMERICA,                                    PLAINTIFF,

-VS-

WILLIAM BART MORRIS, ET. AL.,                                DEFENDANTS.

## RESPONSE TO UNITED STATES' MOTION TO CONDUCT DISCOVERY

**COMES NOW** William Bartley Morris, II and Jessica Renee Morris, the adult children of Defendant, William Bart Morris, for their Response to the United States' motion for 120 days to conduct discovery, and advises they have no objection to the requested relief.

Respectfully submitted by,

/s/ Douglas G. Benge

DOUGLAS G. BENGE, ESQUIRE
JENSEN CESSNA BENGE & WEBSTER
303 SOUTH MAIN STREET
LONDON, KENTUCKY 40741-1906
TELEPHONE: (606) 878-8845
FACSIMILE: (606) 878-8815
EMAIL: douglasbenge@windstream.net

**CERTIFICATE OF SERVICE**:

I hereby certify that on January 14, 2011, the foregoing Response was served by electronically filing same on the CM/ECF system with automatic service to Assistant United States Attorney David Olinger, Jr. and all remaining parties.

/s/ Douglas G. Benge

DOUGLAS G. BENGE, ESQUIRE
COUNSEL FOR CLAIMANTS