UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

*** *** *** ***

This matter is pending for consideration of the United States' motion for entry of an order permitting a period of 120 days to conduct discovery in connection with the ancillary claims filed in this action. [Record No. 1097] The Court being sufficiently advised, it is hereby

**ORDERED** that the United States' motion for discovery [Record No. 1097] is **GRANTED**. The United States shall have 120 days from the date of this Order in which to complete discovery of all ancillary claims filed herein.

It is further **ORDERED** that the third-party motions for hearings to adjudicate interests asserted in property subject to the Court's prior orders of forfeiture [Record Nos. 1093, 1094] are **GRANTED**. A hearing on interests asserted by Judy Miracle [Record No. 1093], Sara Bowling [Record No. 1094] and Hometown Bank of Corbin, Inc. [Record No. 1096] will be held on **Tuesday, July 19, 2011**, beginning at the hour of **9:30 a.m.**, at the United States Courthouse in Frankfort, Kentucky.

This 14th day of January, 2011.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge