UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL ACTION NO. 09-CR-00016-S-DCR

ELECTRONICALLY FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | |
| RUSSELL CLETUS MARICLE, ET AL., | DEFENDANTS |
| and | |
| FIRST NATIONAL BANK OF MANCHESTER, KENTUCKY, | CLAIMANT |

**NOTICE OF ENTRY OF APPEARANCE
ON BEHALF OF CLAIMANT
FIRST NATIONAL BANK OF MANCHESTER, KENTUCKY**

Comes undersigned counsel and respectfully provides notice to the Court that undersigned counsel shall appear as counsel for the Claimant, First National Bank of Manchester, Kentucky. Claimant will be asserting its rights to certain property owned by Russell Cletus Maricle which the United States has noticed as being subject to forfeiture in the above captioned case.

Respectfully submitted,

/s/*Clint J. Harris*
Attorney at Law
21 Bankers Alley
Manchester, Kentucky 40962
Telephone: (606)598-1481
Facsimile: (606)599-1367
clintharris@windstream.net
*Counsel for Claimant, First National Bank of Manchester, Kentucky*

## CERTIFICATE OF SERVICE

I hereby certify that on the ___16___ day of ___Feb___, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to the parties of record.

/s/ *Clint J. Harris*
Clint J. Harris
Counsel for Claimant, First National
Bank of Manchester, Kentucky