UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is pending for consideration of First National Bank of Manchester's motion seeking to adjudicate an interest in certain property of Defendant Russell Maricle subject to prior orders of forfeiture. The Court being sufficiently advised, it is hereby

**ORDERED** that the third-party motion for a hearing to adjudicate an interest asserted in property subject to the Court's prior orders of forfeiture [Record No. 1112] is **GRANTED**. A hearing on the interest asserted by First National Bank of Manchester will be held on **Wednesday, July 20, 2011**, beginning at the hour of **9:30 a.m.**, at the United States Courthouse in Frankfort, Kentucky.

This 17th day of February, 2011.



Signed By:
Danny C. Reeves  DCR
United States District Judge

-1-