UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

This matter is pending for consideration of R. Scott Madden's petition seeking to adjudicate an interest in certain property of Defendant Russell Maricle subject to prior orders of forfeiture. [Record No. 1121]  The Court being sufficiently advised, it is hereby

**ORDERED** that the third-party motion for a hearing to adjudicate an interest asserted in property subject to the Court's prior orders of forfeiture [Record No. 1121] is **GRANTED**. A hearing on the interest asserted by R. Scott Madden will be held on **Wednesday, July 20, 2011**, beginning at the hour of **1:30 p.m.**, at the United States Courthouse in Frankfort, Kentucky.  The United States may conduct discovery on this and other motions/petitions filed by third-parties through the date(s) set for hearing of the motions/petitions.

This 18th day of February, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

-1-