UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*

Defendant R. Cletus Maricle has filed a motion to dismiss Counts 1 and 2 of the Superseding Indictment. [Record No. 1155] In support of his motion, Maricle relies upon arguments already considered and rejected by the Court in its Memorandum Opinion and Order denying a similar motion by Defendant Bowling. [*See* Record No. 1081 (denying Record No. 1074)] To the extent Maricle claims to add to the argument set forth in Bowling's motion, his addition does not alter the Court's previous analysis.

Accordingly, Maricle's motion [Record No. 1155] is **DENIED**.

This 4th day of March, 2011.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge