UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CRIMINAL NO. 09-16-S-DRC

UNITED STATES OF AMERICA,                    PLAINTIFF,

VS.

RUSSELL CLETUS MIRACLE, ET AL.,              DEFENDANTS.

### REQUESTS FOR ADMISSIONS

Comes the Petitioner, R. Scott Madden, and for his Requests for Admission to the Plaintiff states as follows:

(A)   This Request is made under Rule 36 of the Kentucky Rules of Civil Procedure and each of the matters of which an admission is requested shall be deemed admitted unless your statement to the contrary and in compliance with Rule 36 is timely made.

(B)   If you do not admit each statement, you must specifically deny each one not admitted or set forth in detail the reasons why you cannot truthfully either admit or deny each such matter.

(C)   Your properly signed and verified answer must be delivered to the undersigned attorney of record for the Plaintiff within (30) days after service of this Request upon you.

(D)   Under Rule 36, if you fail or refuse to admit the truth of any statement of fact hereinafter set forth, and the Plaintiff thereafter proves its truth, you may be required to pay the reasonable expenses incurred in making such proof, including attorney's fees.

(E)   When good faith requires that you deny only a part of a matter of which admissions is requested, you must specify in your answer what part exactly you admit and what part you deny.

The United States, the party seeking forfeiture, is asked to admit or deny the following Requests.

1.   Please admit or deny that the deed attached to the Motion for Hearing filed herein by R. Scott Madden was duly recorded in the Clay County Court Clerk's Office on the 2nd day November, 1979.

2.   Please admit or deny that said deed (Exhibit "1") was recorded in Deed Book 164 at page 539 in the Clay County Court Clerk's office.

3.   Please admit or deny that said deed was a gift from grantee's parents.

4.   Please admit or deny that said property as described in said deed (Exhibit "1") has been mortgaged more than once since said deed was recorded.

5.   Please admit or deny that there have been no challenges filed of record alleging any defect in the Petitioner's title thereto since said deed was recorded.

6.   Please admit or deny that Linda Madden has a dower interest in the property subject to said deed.

7.   Please admit or deny that Robert Scott Madden and Linda Madden, Grantees in Deed of record in Deed Book 164 at page 539, Clay County Court Clerk's office have paid taxes on the property subject to said deed since 1979.

8.   Please admit or deny that the United States, through its' attorney, Hon. David Olinger, knows of no reason why the interests and claims of Petitioners, Robert Scott Madden and Linda Madden, should be forfeited.

9. Please admit or deny that R. Cletus Maricle's interest in said property was obtained from the Estate of Ricky D. Bailey.

10. Please admit or deny that R. Cletus Maricle's interest in said property was obtained through the Ricky D. Bailey heirs.

Respectfully submitted,

By: /s/ R. Scott Madden
R. Scott Madden
109 Dickenson Street
Manchester, Kentucky 40962
606-598-6124
606-598-6129 Fax

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served both electronically and by mailing same, postage prepaid, to the following:

Kerry B. Harvey, United States Attorney
David Y. Olinger, Jr., Assistant U.S. Attorney
Forfeiture Unit
206 W. Vine Street, Suite 300
Lexington, Kentucky 40507

And by filing the original with:

United States District Court Clerk
Federal Courthouse
3rd and Main Street
London, Kentucky 40741

All on this the 10th day of March, 2011.

/s/R. Scott Madden
R. Scott Madden