UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - SENTENCING

LONDON      Case No. 09-16-1-DCR    At FRANKFORT      Date 3/10/2011

U.S.A. vs RUSSELL CLETUS MARICLE       X present   X custody   AGE_____

DOCKET ENTRY: The Probation Officer shall prepare an addendum to the PSR that reflects the Court's findings and rulings at the hearing held on March 7th and this hearing. The Court adopts the findings and factual basis of the Presentence Report and Addendum that are not contrary to the Court's findings. The original indictment as to this defendant is DISMISSED on oral motion of the government. This 10th day of March, 2011.

PRESENT:  HON.    DANNY E. REEVES    , JUDGE

K. Ratliff        C. Oakes
Deputy Clerk      Court Reporter

Stephen Smith/Jason Parman
Assistant U.S. Attorneys

David Hoskins/Martin Pinales    X present   X retained   ___appointed
Attorney for Defendant

    None Required
        Interpreter

PROCEEDINGS:        SENTENCING


 X   Objections to Presentence Report.

_____ No objections to the Presentence Report.

 X   The Court Reporter shall transcribe the proceeding of the hearing on the
        Objections to the Presentence Report and file in the record.

 X   Transcript shall be deemed as written findings of Court.

 X   Judgment shall be entered (See Judgment & Commitment.)

_____ Defendant to remain on bond, and on conditions of release, pending his self-surrender
        within 24 hours of notification of designation by the Probation Office.

 X   Defendant's oral motion to be released on bond pending appeal is DENIED, and the defendant is remanded to custody pending designation by Bureau of Prisons.

 X   Defendant's oral motion to be allowed to proceed in forma pauperis on appeal is TAKEN UNDER ADVISEMENT pending the filing of same in written form.

 X   Government's oral motion for upward departure is DENIED.

 X   Defendant's request for a downward variance under 3553(a)(2) is DENIED.

Copies: COR
        Probation
        Marshal

                                                    Initials of Deputy Clerk kr

| TIC: |  | 45 |
|------|--|----|