# United States District Court for the
# Eastern District of Kentucky

United States of America

**Plaintiff,**

vs.

CASE NO. 6:09-CR-16-DCR-01

Russell Cletus Maricle

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that  Russell Cletus Maricle , hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from  the final judgement
(the final judgment) (from an
 and sentencing  entered in this action on the  10th  day of
order (describing it))
 March , 2011 .

(s) Martin S. Pinales

Address: 150 E. Fourth Street

4th Floor

Cincinnati, Ohio 45202

Attorney for Russell Cletus Maricle

cc: Opposing Counsel ___
    Court of Appeals ___

6CA-3
1/99