# TRANSMISSION FORM

District Court: _____

District Court Case No.: _____

## SHORT CAPHON

_____,
Plaintiff/Petitioner

vs.

_____,
Defendant/Respondent

*provide pro se address IF NOT on the docket sheet*

---

APPEAL INFORMATION to be completed by the Sixth Circuit

Court of Appeals Case No.: _____

Case Manager: _____

Date Filed: _____

---

District Court Judge: _____

Court Reporter(s): _____

From Deputy Clerk: _____

Date: _____

Anything that needs special attention:

---

Appeal filing fee paid?   _____ Yes   _____ No

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (**including the pre-sentence report; state court pleadings, etc.**) _____ volume(s)
Deposition(s) _____ volume(s)    Exhibit(s) _____ volume(s)
Transcript(s) _____ volume(s)    **Sealed** _____ volume(s).

**Please indicate if this is a supplemental record: _____ Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this _____ day of _____,20_____.

Deputy Clerk,_____
United States District Court