# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** | U.S.D.C., EDKY |
| **District Court Case No.:** | 6:09-cr-16-S-01-DCR |

### SHORT CAPTION

**Plaintiff/Petitioner**: USA

vs.

**Defendant/Respondent**: RUSSELL CLETUS MARICLE

**APPEAL INFORMATION to be completed by the Sixth Circuit**

**Court of Appeals Case No.:** 11-5308

**Case Manager:** Cathryn Lovely

**Date Filed:** 3/11/2011

---

**District Court Judge:** Danny C. Reeves

**Court Reporter(s):**
- Cindy Oakes
- Sandy Wilder
- Barbara McDermott
- Lisa Wiesman
- Ann Banta

**ANYTHING THAT NEEDS SPECIAL ATTENTION:**

---

$455.00 Appeal filing fee paid?    ___ Yes    X No    IFP Status

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**    __1__ volumes (DE 1211)

Deposition(s)    _____ volumes(s)    Exhibit(s)    _____ volume(s)

Transcript(s)    _____ volume    **Sealed**    _____ volumes

**Please indicate if this is a supplemental record:    X    Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this    16th    day of    Mar    ,20    11

Clerk,    LESLIE G. WHITMER
United States District Court
By: Jackie Brock, D.C.