TRANSMISSION FORM

| | |
|---|---|
| District Court: **USDC, ED,KY** | APPEAL INFORMATION to be completed by the Sixth Circuit |
| District Court Case No.: **6:09-CR-16-S-DCR-01** | |
| SHORT CAPTION **RECEIVED** | Court of Appeals Case No.: **11 - 5308** |
| **UNITED STATES OF AMERICA** | Case Manager: **Cathryn Lovely** |
| Plaintiff/Petitioner **MAR 1 6 2011** | |
| vs. **LEONARD GREEN, Clerk** | Date Filed: **FILED** |
| **RUSSELL CLETUS MARICLE** | **MAR 1 6 2011** |
| Defendant/Respondent | **LEONARD GREEN, Clerk** |
| *provide pro se address IF NOT on the docket sheet | |

| | |
|---|---|
| District Court Judge: **Danny C. Reeves** | ANYTHING THAT NEEDS SPECIAL ATTENTION: |
| Court Reporter(s): **Oakes, Banta,Wilder,Wiesman McDermott & Wanda Rowe** | **Eastern District of Kentucky FILED** |
| From Deputy Clerk: **Rebecca Chaney** | **MAR 2 8 2011** |
| Date: **March 14, 2011** | AT LONDON LESLIE G WHITMER CLERK U S DISTRICT COURT |

Appeal filing fee paid?  ☐ Yes  ☑ No

RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (**including the pre-sentence report; state court pleadings, etc.**) ___**2**___ volume(s)

Deposition(s) _____ volume(s)  Exhibit(s) _____ volume(s)

Transcript(s) _____ volume(s)  **Sealed** ___**2**___ volume(s).

**Please indicate if this is a supplemental record: ☑ Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this __**14**__ day of __**March**__ ,20**11**.

Deputy Clerk, _____**Rebecca Chaney**_____
United States District Court