# TRANSMISSION FORM

| | |
|---|---|
| District Court: | U.S.D.C., EDKY |
| District Court Case No.: | 6:09-cr-16-S-01-DCR |

### SHORT CAPTION

Plaintiff/Petitioner  USA

vs.

Defendant/Respondent  RUSSELL CLETUS MARICLE

**RECEIVED** MAR 28 2011  LEONARD GREEN, Clerk

APPEAL INFORMATION to be completed by the Sixth Circuit

Court of Appeals Case No.: 11-5308

Case Manager: Cathryn Lovely

Date Filed: 3/11/2011

**FILED MAR 21 2011 LEONARD GREEN, Clerk**

| | |
|---|---|
| District Court Judge: | Danny C. Reeves |
| Court Reporter(s): | Cindy Oakes |
| | Sandy Wilder |
| | Barbara McDermott |
| | Lisa Wiesman |
| | Ann Banta |

ANYTHING THAT NEEDS SPECIAL ATTENTION:

Eastern District of Kentucky  **FILED**  MAR 28 2011  AT LONDON  LESLIE G WHITMER  CLERK U S DISTRICT COURT

$455.00 Appeal filing fee paid?     ___ Yes   X No     IFP Status ___

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**     1  volumes (DE 1211)

Deposition(s)  ___ volumes(s)     Exhibit(s)  ___ volume(s)

Transcript(s)  ___ volume     **Sealed**  ___ volumes

**Please indicate if this is a supplemental record:   X  Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this   16th  day of  Mar , 20 11

Clerk, LESLIE G. WHITMER

United States District Court

By: Jackie Brock, D.C.