UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 09-16-S-DCR**                              **ELECTRONICALLY FILED**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

V.                                        <u>JOINT STATUS REPORT</u>

**RUSSELL CLETUS MARICLE, ET. AL.**                                          **DEFENDANT**

\* \* \* \* \*

    Come the Plaintiff, United States of America, and Petitioners Judy Maricle, Sarah Bowling, Hometown Bank of Corbins, Inc., First National Bank of Manchester, R. Scott Madden and Janet Jones by counsel, and advise the Court that the parties have agreed and are in the process of entering into settlement agreements on their respective claims. The Court is advised the hearings are not necessary on those claims.

    Respectfully submitted,

    KERRY B. HARVEY
    UNITED STATES ATTORNEY

    <u>s/ David Y. Olinger, Jr.</u>
    Assistant United States Attorney
    260 West Vine Street, Suite 300
    Lexington, Kentucky 40507-1612
    (859) 685-4896
    Fax: (859) 233-2658
    E-mail:  david.olinger@usdoj.gov

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 14, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send the notice of electronic filing to all counsel of record.

            s/ David Y. Olinger, Jr.
            Assistant U.S. Attorney