UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

The United States having filed a notice of settlement of claims involving third party Sarah Bowling [Record No. 1269], it is hereby

**ORDERED** that the hearing previously scheduled for Wednesday, July 27, 2011, to resolve the claims of Sara Bowling is **CANCELED**, but only with respect to Sara Bowling. Subject to intervening orders of the Court, the hearing regarding the claims asserted by Judy Maricle, Hometown Bank of Corbin, Inc., Laura Melanda Hacker and Laura Adams shall proceed as scheduled on this date.

This 20th day of July, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge