UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 09-16-S-DCR |
| V. | ) ) | |
| RUSSELL CLETUS MARICLE, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

*** *** *** ***

The United States having moved the Court to unseal certain docket entries relating to the forfeiture proceedings, and being sufficiently advised, it is hereby

**ORDERED** that United States' motion [Record No. 1268] is **GRANTED**. The Clerk of the Court is directed to unseal Record Nos. 1037 and 1039.

This 21th day of July, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

-1-