UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

The United States having filed a notice of settlement of claims involving third party Judy Maricle [Record No. 1275], it is hereby

**ORDERED** that the hearing previously scheduled for Wednesday, July 27, 2011, to resolve the claims of Judy Maricle is **CANCELED**.

This 22nd day of July, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

-1-