UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:09-16-S-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RUSSELL CLETUS MARICLE, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

The United States and Judy Maricle, through counsel, have moved for entry of an Order to Sell a Substitute Asset. Being otherwise sufficiently advised, it is hereby

**ORDERED** that the joint motion [Record No. 1305] is **GRANTED**. It is further **ORDERED** that the Real Property located at 735 Memorial Dr., Manchester, KY, and recorded in Deed Book 234, page 527, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon, be sold for the amount of $5,000.00, and the proceeds placed in the United States Marshals' Seized Asset Holding Account pending all noticing, third party claims, and ancillary hearings.

This 26th day of November, 2012.



**Signed By:**
*Danny C. Reeves*   DCR
**United States District Judge**