UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO. 6:09-CR-16-KKC

UNITED STATES OF AMERICA                              PLAINTIFF

V.            RESPONSE TO MOTIONS FOR RELEASE

RUSSELL CLETUS MARICLE, et. al.                       DEFENDANTS

\* \* \* \* \*

The United States, by counsel, has no objection to the court addressing the motions for pretrial release before the mandate issues. Further review of the Sixth Circuit's decision will not be pursued. The United States does not object to the release, under the conditions previously imposed, of those defendants who were released pending trial and not revoked. That would include all defendants with the exception of Douglas C. Adams and William E. Stivers. While violation conduct occurred by defendants Thompson and Jones while on release, those issues were addressed without the necessity of revocation. No additional aggravating evidence has been uncovered since the trial regarding Thompson and Jones.

A hearing is requested for all defendants to be released that informs each of the conditions of release and the potential penalties should a release violation occur. The United States moves for detention regarding defendants Adams and Stivers due to previous violation conduct dealing with impermissible contact / intimidation of witnesses. This conduct establishes a serious risk that those defendants will obstruct justice and/or

intimidate a potential witness if released.

                              Respectfully Submitted,

                              KERRY B. HARVEY
                              UNITED STATES ATTORNEY

By:    s/Jason D. Parman
        Assistant United States Attorney
        601 Meyers Baker Rd.  Suite 200
        London, KY 40741
        (606) 330-4831
        (606) 864-3590
        Jason.Parman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2013, the foregoing was electronically filed through the CM/ECF system, which will send notice of the filing to counsel of record.

                              s/ Jason D. Parman
                              Assistant United States Attorney