UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - GENERAL

London Case No. 09-CR-16-KKC            At Lexington        Date August 1, 2013

U.S.A. vs. Russell Cletus Maricle, et al     x  present   x  custody    ___bond    ___OR

PRESENT:    HON. ROBERT E. WIER, UNITED STATES MAGISTRATE JUDGE

| Susan Adkins | Peggy Weber | Jason D. Parman |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| Defendant | Counsel |
|---|---|
| Russell Cletus Maricle (1) | Martin S. Pinales and David S. Hoskins (Retained) |
| Charles W. Jones (3) | T. Scott White (CJA) |
| Freddy W. Thompson (5) | Russell J. Baldani (Retained) |
| William B. Morris (7) | Jerry W. Gilbert (Retained) |
| Debra L. Morris (8) | Elizabeth S. Hughes (CJA) |
| Stanley Bowling (9) | Jason R. Barclay (Retained) |

PROCEEDINGS:    TELEPHONIC CONFERENCE

The Court conducted a telephonic conference, for counsel only, to discuss the timing and release of Defendants Maricle, Jones, Thompson, William Morris, Debra Morris, and Bowling.  Counsel appeared as noted.  The United States did not object to Defendants' release from their places of confinement, to be followed by a prompt in-court status conference with the Court.  The Court will enter a separate Order setting forth the mechanics and procedures for Defendants' release.  Counsel for Defendants Maricle, Thompson, William Morris, and Debra Morris advised that their clients will have private transportation from the site of detention to their residences.  The Court instructed counsel for Defendants Jones and Bowling to contact the United States Marshals Service to advise whether their clients will have private transportation or need noncustodial transportation by the United States.

Copies: COR, USP, USM
Initials of Deputy Clerk sla
TIC:    0/.19

Signed By:
*Robert E. Wier*  REW
**United States Magistrate Judge**