UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:9-CR-16-KKC-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Previously, for those Defendants released on conditions, the Court excepted from the contact restrictions any contact between a Defendant and his or her immediate family that may have testified as a defense witness. DE #1320 (Order). Although this exception was not referenced in the Court's General Release Order Amendment & Clarification (DE #1339), the Court **CLARIFIES** that contact between a Defendant and his or her immediate family member who testified as a defense witness remains an exception to the general prohibition on contact between Defendants and known witnesses.

This the 13th day of August, 2013.



Signed By:
Robert E. Wier
United States Magistrate Judge

1