UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,


VS.                              RESPONSE


RUSSELL CLETUS MARICLE, et al.,                                        DEFENDANTS.


** ** **

Comes now David S. Hoskins in response to this Court's Order (DE#1338) and states that he is willing to remain as counsel for Russell Cletus Maricle for the remainder of this case, however, Defendant Maricle has advised the undersigned that he is without sufficient funds to retain him. Therefore, the undersigned counsel respectfully requests that he be appointed under the Criminal Justice Act to represent Defendant Maricle.

WHEREFORE, an Order in conformity herewith is respectfully requested.

                                       Respectfully Submitted,

                                       s/David S. Hoskins
                                       Attorney At Law
                                       107 East First Street
                                       P.O. Box 1185
                                       Corbin, KY 40702-1185
                                       Telephone: (606) 526-9009
                                       Facsimile: (606) 526-1021
                                       Email: hoskinslaw@bellsouth.net
                                       COUNSEL FOR DEFENDANT
                                       RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of August, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

                                                        s/David S. Hoskins
                                                        COUNSEL FOR DEFENDANT
                                                        RUSSELL CLETUS MARICLE