UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 6:9-CR-16-KKC-REW-1 |
| v. | ) ) ) | ORDER |
| RUSSELL CLETUS MARICLE, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Hon. Martin S. Pinales and Hon. Candace C. Crouse, privately retained counsel for Defendant Russell Cletus Maricle, move for leave to withdraw as counsel for Mr. Maricle. DE #1328 (Motion). In support of the motion, Mr. Pinales and Ms. Crouse advise that Maricle no longer wants them to represent him in this matter. *Id.* Additionally, Hon. David S. Hoskins, also listed as retained counsel of record for Maricle, has filed a pleading indicating that he is willing to remain counsel for Maricle for the remainder of the case, but Maricle has informed Mr. Hoskins that he is without sufficient funds to continue to retain him. DE #1346. Mr. Hoskins asks the Court to appoint him to represent Defendant under the Criminal Justice Act ("CJA"). *Id.*

Having considered the record, and given the content of the motion and the continuity of counsel assured as to Mr. Hoskins, the Court **GRANTS** the motion to withdraw (DE #1328) and relieves Mr. Pinales and Ms. Crouse of further responsibility in this matter. Further, the Court **ORDERS** the United States Probation Office to obtain a current financial affidavit (CJA-23

form) from Defendant Maricle. Upon receipt of the financial affidavit, the Court anticipates appointing Mr. Hoskins to represent Defendant under the CJA.

This the 15th day of August, 2013.

Signed By:
*Robert E. Wier*  /s/ REW
United States Magistrate Judge