# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

CRIMINAL ACTION NO. 6:09-CR-16-KKC-REW

UNITED STATES OF AMERICA                                                     PLAINTIFF

V.                      **STATUS REPORT OF THE UNITED STATES**

**RUSSELL CLETUS MARICLE, et al.**                                      DEFENDANTS

\* \* \* \* \*

The United States, by and through the undersigned counsel, respectfully submits the following status report as directed in the August 12, 2013 Case Management Order:

1. The following counts remain for trial: Count 1, Count 8, Count 9, Count 10, and Count 11 of the Superseding Indictment, and the forfeiture count set forth in Count 12 of the Superseding Indictment.

2. The United States estimates that approximately six weeks will be needed for the trial.

3. The United States is currently assessing the number and duration of recordings that it anticipates using at trial and will provide an estimate at the August 22 status conference, as part of the overall discussion of this issue. There are currently no other issues that the United States will need to raise at the August 22 conference.

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY


By:   /s/ Andrew T. Boone
       Andrew T. Boone
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4841
       FAX (859) 233-2747
       andrew.boone2@usdoj.gov

CERTIFICATE OF SERVICE

On August 19, 2013, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

/s/Andrew T. Boone
Assistant United States Attorney