UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS.                              STATUS REPORT

RUSSELL CLETUS MARICLE, et al.,                                       DEFENDANTS.

** ** **

Comes now the Defendant, Russell Cletus Maricle, by counsel, pursuant to this Court's Order (DE#1338), and submits the following status report:

1. The Defendant Maricle concurs with the United States's assessment of the counts remaining for trial and the approximate duration of the trial.

2. The Defendant Maricle desires to raise the following pretrial concerns or issues at the August 22nd conference: (a) modifications of this Defendant's conditions of release, specifically releasing him from home confinement and electronic monitoring; (b) an extension of the Court's August 30, 2013, deadline for filing defensive motions, as this Defendant anticipates filing a motion regarding the constitutionality of federal prosecution of the alleged crimes connected to a state election; and (c) viability of the current trial date.

Respectfully Submitted,

s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email:  hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of August, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE