UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:09-CR-16-KKC-REW

UNITED STATES OF AMERICA                                              PLAINTIFF

V.        **NOTICE OF COMPLIANCE WITH GENERAL
          RELEASE ORDER AMENDMENT AND CLARIFICATION**

**RUSSELL CLETUS MARICLE, et al.**                                    DEFENDANTS

\* \* \* \* \*

The United States, by and through the undersigned counsel, hereby gives notice that, pursuant to the Court's August 12, 2013 General Release Order Amendment and Clarification (Docket No. 1339), it has circulated a list of potential government witnesses, by email among counsel of record.

                                        Respectfully submitted,

                                        KERRY B. HARVEY
                                        UNITED STATES ATTORNEY


                                By:     /s/ Andrew T. Boone
                                        Andrew T. Boone
                                        Assistant United States Attorney
                                        260 W. Vine Street, Suite 300
                                        Lexington, Kentucky 40507-1612
                                        (859) 685-4841
                                        FAX (859) 233-2747
                                        andrew.boone2@usdoj.gov

CERTIFICATE OF SERVICE

    On August 19, 2013, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

    /s/Andrew T. Boone
    Assistant United States Attorney