UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - GENERAL

London        Case No. 6:09-CR-16-KKC        At Lexington        Date 8/22/2013

| | | | | |
|---|---|---|---|---|
| U.S.A. vs Russell Cletus Maricle (1) | X present | ___ custody | x bond | ___ OR |
| U.S.A. vs Douglas C. Adams (2) | X present | x custody | ___ bond | ___ OR |
| U.S.A. vs Charles Wayne Jones (3) | X present | ___ custody | x bond | ___ OR |
| U.S.A. vs William E. Stivers (4) | X present | x custody | ___ bond | ___ OR |
| U.S.A. vs Freddy W. Thompson (5) | X present | ___ custody | x bond | ___ OR |
| U.S.A. vs William B. Morris (7) | X present | ___ custody | x bond | ___ OR |
| U.S.A. vs Debra L. Morris (8) | X present | ___ custody | x bond | ___ OR |
| U.S.A. vs Stanley Bowling (9) | X present | ___ custody | x bond | ___ OR |

DOCKET ENTRY: Counsel for the parties were present as indicated. A separate order will be entered outlining the Court's rulings. All defendants not in custody remain on their current conditions of release. Defendants Douglas C. Adams and William E. Stivers were remanded to custody and shall be moved by the U.S. Marshal Service from their current location of incarceration to a facility in Fayette County, Kentucky, as indicated on the record.

PROCEEDINGS: STATUS CONFERENCE

PRESENT:    HON. KAREN K. CALDWELL , CHIEF JUDGE U.S. DISTRICT COURT

   Mitchell Zegafuse        Rhonda Sansom        Andrew T. Boone
   Deputy Clerk             Court Reporter       Assistant U.S. Attorney

Counsel for Dft Maricle: David Hoskins    X present  X retained
Counsel for Dft Adams: Bennett Bayer and Kent Westberry   X present  X retained
Counsel for Dft Jones: Scott White    X present  X appointed
Counsel for Dft Stivers: Robert L. Abell    X present  X appointed
Counsel for Dft Thompson: Russell Baldani    X present  X retained
Counsel for Dft W. Morris: Jerry W. Gilbert    X present  X retained
Counsel for Dft D. Morris: Jerry W. Gilbert present for Elizabeth S. Hughes with dft's consent
Counsel for Dft Bowling: Daniel Simons    X present  X retained

Copies: COR, USP, USM
TIC: 50 min                                                      Initials of Deputy Clerk mwz