UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 6:09-16-KKC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RUSSELL CLETUS MARICLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\* \*\* \*\* \*\* \*\*

As the Court further detailed from the bench at a status conference conducted in this matter on this date, the Court hereby ORDERS as FOLLOWS:

1) **The briefing schedule for pre-trial substantive motions is as follows**:

   - motions must be filed on before September 6, 2013;

   - any responses must be filed on or before September 20;

   - any replies must be filed on or before September 27. Replies must address only new issues raised in the response. Replies shall not reiterate issues raised in the original motion.

   Substantive motions include motions to sever, to suppress evidence, to dismiss counts, to change venue, and motions for a *Kastigar* hearing.

2) **The briefing schedule for motions to exclude witnesses and exhibits, including motions to exclude opinion testimony, is as follows**:

   - motions must be filed on or before September 30, 2013;

   - any responses must be filed October 7. No replies will be permitted.

3) **This Court's July 26, 2013 Order, to the extent it is consistent with this Order, remains in effect.**

4) **Testimony of Agent Timothy Briggs**:

- on or before September 15, 2013, the government must identify to the other parties all portions of the trial testimony of Agent Briggs that the government anticipates introducing at trial and shall also deliver to Chambers a copy of all portions of the transcript so identified;

- any objections to the identified testimony must be filed on or before September 30;

- any responses to objections must be filed on or before October 7. No replies will be permitted.

5) **Recordings to be played at trial.**

- on or before September 15, 2013 the government must identify to the other parties any recordings and associated transcripts that the government anticipates introducing at trial and shall also deliver copies of the recordings and transcripts to Chambers;

- any objections to the recordings and proposed transcripts must be filed on or before September 30. No replies will be permitted.

6) **Counts 2, 3, 4, 5, 6, 7, and 13 are DISMISSED in accordance with the government's representations that it does not intend to proceed against the Defendants on these charges.**

7) **A status conference SHALL BE conducted in this matter on October 2, 2013 at 1:00 p.m.**

8) **Defendants Stivers and Adams SHALL BE TRANSFERRED to the Fayette County Detention Center.**

9) **Throughout the pretrial proceedings and the trial in this matter, LAWYERS ONLY are permitted to bring laptop computers, mobile phones, and tablets into the courtroom. Should any device sound in the courtroom, the Court Security Officer will take possession of it until further orders of the Court. No person shall make any photograph or recording inside the courtroom.**

10) **The Court will assume that all Defendants join in motions filed by other Defendants unless a Defendant files a notice stating that he DOES NOT wish to join in a particular motion.**

Dated this 22nd day of August, 2013.



Signed By:
_Karen K. Caldwell_
United States District Judge