UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 6:9-CR-16-KKC-REW-1 |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant has submitted a financial affidavit. DE #1371. The affidavit is not sufficiently complete to permit CJA qualification analysis. Counsel for Defendant shall facilitate tender of a complete CJA 23 **by August 30, 2013**.

This the 23rd day of August, 2013.

Signed By:
*Robert E. Wier*  /s/ REW
United States Magistrate Judge

1