UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 6:9-CR-16-KKC-REW-1 |
| ) | |
| v. ) | |
| ) | ORDER |
| RUSSELL CLETUS MARICLE, ) | |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant, Russell Cletus Maricle, moves the Court to modify the conditions of his release. DE #1373 (Motion). The Court **ORDERS** the United States to file a response to the motion **on or before August 30, 2013**.

This the 23rd day of August, 2013.

Signed By:
*Robert E. Wier*  REW
United States Magistrate Judge