UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:09-CR-16-KKC-REW

UNITED STATES OF AMERICA                                                PLAINTIFF

V.       **RESPONSE IN OPPOSITION TO DEFENDANT MARICLE'S
MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS**

**RUSSELL CLETUS MARICLE, et al.**                           DEFENDANTS

\* \* \* \* \*

      Defendant Maricle's motion to modify his release conditions should be denied because home incarceration and electronic monitoring remain necessary to reasonably assure the safety of government witnesses and the community.

      Prior to the original trial in this matter, Judge Reeves determined that home incarceration and electronic monitoring (and other conditions) were the least restrictive measures necessary to reasonably assure that Maricle would not attempt to obstruct justice or improperly contact or attempt to contact witnesses. (Docket No. 215.) Judge Reeves' determination was based partly on substantial evidence (some of which this Court heard during a March 23, 2009 detention hearing) of past actions in which Maricle demonstrated flagrant disregard for the integrity of the judicial process. (*Id.*; *see also* Docket No. 66.)

      Maricle has cited no new evidence that would obviate the need for these conditions. Maricle claims that the potential for witness intimidation is now "nearly

moot" because each government witness testified during the first trial, but the opposite is true. The potential for witness intimidation is now even greater because, as this Court concluded in denying co-defendants Stivers' and Adams' motions for pretrial release: "The prior trial obviously resulted in identification of and testimony by all key prosecution witnesses. The full story now is in the record; this means witnesses are identified, their testimony is known, and the most damaging or significant witnesses are not just discernible but apparent." (Docket No. 1383, p. 7.)

For the foregoing reasons, the United States opposes Maricle's request for modified release conditions.

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY

By:   /s/ Andrew T. Boone
       Andrew T. Boone
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4841
       FAX (859) 233-2747
       andrew.boone2@usdoj.gov

CERTIFICATE OF SERVICE

      On August 30, 2013, I electronically filed this document through the ECF system, which will send the notice of electronic filing to:

David S. Hoskins
*Attorney for Defendant R. Cletus Maricle*

                    /s/Andrew T. Boone
                    Assistant United States Attorney