UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | No. 6:9-CR-16-KKC-REW-1 |
| ) | |
| v.   ) | |
| ) | ORDER |
| RUSSELL CLETUS MARICLE,   ) | |
| ) | |
| Defendant.   ) | |

*** *** *** ***

Defendant has submitted a revised financial affidavit. DE #1397. Upon review of the affidavit, the Court finds that Defendant qualifies for court-appointed counsel. To preserve continuity of counsel and avoid prejudice, and in the interests of justice and judicial economy, the Court **JUDICIALLY APPOINTS** Hon. David S. Hoskins to represent Defendant under the Criminal Justice Act.

This the 4th day of September, 2013.



Signed By:
*Robert E. Wier*
United States Magistrate Judge

1