UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                           PLAINTIFF,

VS.          <u>DEFENDANT'S OBJECTIONS TO AGENT BRIGGS
                           PROPOSED TESTIMONY</u>

RUSSELL CLETUS MARICLE,                                             DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, by counsel, and objects to any testimony from SA Briggs about the 2002 elections because of the failure of the United States to comply with discovery despite requests for it to do so. Specifically, the Defendant objects to that section, beginning at page 24, line 24, and continuing through page 26, line 22. Briggs testified that the records for the 2002 election were obtained from the clerk's office and that there were "a great deal of records which had a number of irregularities." Page 25, lines 10-14. He further testified that a number of persons were interviewed in the FBI office regarding 78 voter assistance forms. Page 26, lines 4-15. To date, the Defendant has not received or been allowed to copy the records seized by the FBI.

Further, the Defendant objects to all of the excerpts listed by the United States as duplicative, amounting to a repetition of other witnesses's testimony.

Respectfully Submitted,

s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 526-9009
Facsimile: (606) 526-1021
Email: hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of September, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
RUSSELL CLETUS MARICLE