UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AMENDED CRIMINAL MINUTES - GENERAL

London        Case No.  6:09-CR-16-KKC        At Lexington        Date  10/2/2013

| Defendant | Present | Custody | Bond | OR |
|---|---|---|---|---|
| U.S.A. vs Russell Cletus Maricle (1) | X present | ___custody | x bond | __OR |
| U.S.A. vs Douglas C. Adams (2) | X present | x custody | ___bond | __OR |
| U.S.A. vs Charles Wayne Jones (3) | X present | ___custody | x bond | __OR |
| U.S.A. vs William E. Stivers (4) | X present | x custody | ___bond | __OR |
| U.S.A. vs Freddy W. Thompson (5) | X present | ___custody | x bond | __OR |

ORDER: Counsel for the parties were present as indicated. Defendant Adams's oral motion to reschedule the trial date is **GRANTED** without objection by any party and the Jury Trial scheduled on October 28, 2013, is **CONTINUED** to November 4, 2013, at 9:00 a.m. Counsel for the parties shall be present at 8:30 a.m. There will be no trial on the following dates: 11/11, 11/15, 11/27, 11/28, 11/29, and 12/6/2013. Defendant Jones's oral motion for an extension of time to file a response to the government's motion in limine to exclude evidence at trial (DE 1469) is **GRANTED** and a response shall be filed no later than October 11, 2013. The Pretrial Conference remains scheduled on October 15, 2013, at 9:00 a.m. All defendants not in custody remain on their current conditions of release. Defendants Douglas C. Adams and William E. Stivers are remanded to custody.

PROCEEDINGS: STATUS CONFERENCE

PRESENT:    HON.  KAREN K. CALDWELL , CHIEF JUDGE U.S. DISTRICT COURT

| Mitchell Zegafuse | Rhonda Sansom | Andrew T. Boone and Christine Corndorf |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney and Special Assistant U.S. Attorney |

Counsel for Dft Maricle: David Hoskins   X present  X appointed
Counsel for Dft Adams: Kent Westberry and Bennett Bayer   X present  X retained
Counsel for Dft Jones: Scott White   X present  X appointed
Counsel for Dft Stivers: Robert L. Abell   X present  X appointed
Counsel for Dft Thompson: Russell Baldani   X present  X retained

Copies: COR, USP, USM, Lex-D, JC
TIC: .25                                                                 Initials of Deputy Clerk mwz