UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

OCT - 3 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:09-cr-00016-SS-KKC

UNITED STATES OF AMERICA　　　　　　　　　　　PLAINTIFF

V.　　　MOTION OF UNITED STATES FOR ARRAIGNMENT

RUSSELL CLETUS MARICLE,
DOUGLAS C. ADAMS,
CHARLES WAYNE JONES,
WILLIAM E. STIVERS,
　aka AL MAN, and
FREDDY W. THOMPSON　　　　　　　　　　　DEFENDANTS

\* \* \* \* \*

The United States moves for an arraignment because the grand jury has returned a superseding indictment against the Defendants, Russell Cletus Maricle, Douglas C. Adams, Charles Wayne Jones, William E. Stivers, aka Al Man, and Freddy W. Thompson.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KERRY B. HARVEY
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　By: /s/ Jason D. Parman
　　　　　　　　　　　　　　　　　Jason D. Parman
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　601 Meyers Baker Rd.
　　　　　　　　　　　　　　　　　London, KY  40741
　　　　　　　　　　　　　　　　　(606) 330-4831
　　　　　　　　　　　　　　　　　Jason.Parman@usdoj.gov