UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:9-CR-16-KKC-REW-1 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Defendant, Russell Cletus Maricle, by counsel, moves the Court to modify his conditions of release. DE #1492 (Motion). Specifically, Maricle requests that he be allowed to travel to the Social Security Administration office in Lexington, Kentucky, to complete an application for social security benefits. *Id.* In light of the limited nature of the modification requested, the Court finds no need to wait for a response from the United States. The Court **GRANTS** Maricle's motion (DE #1492) and **MODIFIES** Maricle's conditions of release as follows: Maricle may travel to the Social Security Administration office in Lexington, Kentucky, to complete an application for social security benefits on a schedule approved in advance by the United States Probation Office ("USPO"), and on any other terms and conditions the USPO may require in its discretion.

This the 4th day of October, 2013.



Signed By:

**_Robert E. Wier_**  *R̶E̶W̶*

**United States Magistrate Judge**