UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RUSSELL CLETUS MARICLE, )<br>DOUGLAS C. ADAMS, )<br>CHARLES WAYNE JONES, )<br>WILLIAM E. STIVERS aka AL MAN, and )<br>FREDDY W. THOMPSON, )<br>)<br>Defendants. ) | CRIMINAL NO. 6:09-16-SS-KKC<br><br>**ORDER SETTING ARRAIGNMENT** |

\*\* \*\* \*\* \*\* \*\*

The Court ORDERS that the Motion of the United States for arraignment is GRANTED, and this matter is SET FOR ARRAIGNMENT on the superseding indictment in United States District Court at LEXINGTON, Kentucky before the trial judge on **October 15, 2013 at 9:00 a.m.**

On this the 4th day of October, 2013.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge