UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CRIMINAL ACTION NO.: 6:09-CR-16-02-KKC

UNITED STATES OF AMERICA                                                            PLAINTIFF,

V.

RUSSELL CLETUS MARICLE                                                              DEFENDANT,

*Electronically Filed*

*** *** ***

RUSSELL CLETUS MARICLE'S RESPONSE TO
GOVERNMENT'S PROPOSED RULE 404(B) AND BACKGROUND EVIDENCE

Comes now the Defendant, Russell Cletus Maricle, and objects to the government's use of evidence purportedly satisfying the requirements of Fed. R. Evid. 404(b) and to the government's use of "background" evidence as set out in DE 1467.

As to the segment from the Inside Edition video, Maricle objects on the grounds that the evidence is hearsay and does not fall within any exception to the hearsay rule, 404(b) is not a hearsay exception.

As to the "background" evidence, Maricle requests that the government identify precisely all such evidence it seeks to introduce and that the Court conduct a hearing prior to the trial to address the admissibility thereof.

Respectfully Submitted,
s/David S. Hoskins
Attorney At Law
107 East First Street
P.O. Box 1185

                                    Corbin, KY 40702-1185
                                    Telephone: (606) 526-9009
                                    Facsimile: (606) 526-1021
                                    Email:  hoskinslaw@bellsouth.net
                                    COUNSEL FOR DEFENDANT
                                    RUSSELL CLETUS MARICLE

                               <u>CERTIFICATE OF SERVICE</u>

      The undersigned certifies that on this 7th day of October, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

                                      <u>s/David S. Hoskins</u>
                                    COUNSEL FOR DEFENDANT
                                    RUSSELL CLETUS MARICLE