UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CRIMINAL ACTION NO.: 6:09-CR-16-02-KKC

UNITED STATES OF AMERICA      PLAINTIFF,

V.

RUSSELL CLETUS MARICLE      DEFENDANT,

*Electronically Filed*

\*\*\* \*\*\* \*\*\*

## RUSSELL CLETUS MARICLE'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE

Russell Cletus Maricle, through undersigned counsel, respectfully submits this response to the government's motion in limine (DE 1469).

### ARGUMENT

**I.    PRIOR ARRESTS NOT LEADING TO CONVICTION.**

Maricle acknowledges that the mere fact of arrest is not proper grounds for cross examination, but submits that facts surrounding or leading to the arrest may still be proper to show bias, knowledge, or other germane points.

**II.   POLYGRAPHS.**

Maricle acknowledges that polygraph results are not proper grounds for cross examination.

**III.  OUT OF COURT STATEMENTS.**

Maricle joins in the position set out by Defendant Douglas C. Adams' arguments set out in DE 1500.

IV.     **GRAVY, GRITS, AND GRAVES.**

Maricle objects to the government's motion in limine as to matters related to this book and requests that the Court conduct an evidentiary hearing on this issue.

>
> Respectfully Submitted,
> s/David S. Hoskins
> Attorney At Law
> 107 East First Street
> P.O. Box 1185
> Corbin, KY 40702-1185
> Telephone: (606) 526-9009
> Facsimile: (606) 526-1021
> Email:  hoskinslaw@bellsouth.net
> COUNSEL FOR DEFENDANT
> RUSSELL CLETUS MARICLE

CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of October, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

> s/David S. Hoskins
> COUNSEL FOR DEFENDANT
> RUSSELL CLETUS MARICLE