**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

CRIMINAL NO. 6:09-CR-16-KKC                                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                     PLAINTIFF

V.                           **UNITED STATES' NOTICE**
                    **OF INTENT TO CALL EXPERT WITNESS**

RUSSELL CLETUS MARICLE, ET AL.                                             DEFENDANTS

* * * * * *

Comes the United States of America, by and through counsel, and hereby provides the defendants with a written summary of testimony that the government intends to use under Federal Rules of Evidence 702, 703, or 705.

Attached is the Curriculum Vitae of S.A. Jeff Sagrecy, IRS-CID, who will testify and provide his opinion at trial concerning the effects on interstate commerce caused by the activities of the enterprise. For example, Agent Sagrecy will testify that, based on his investigation, the activities of the enterprise facilitated control over the award of certain public works contracts by the City of Manchester and Clay County that were partially funded by federal grant money, and that such contracts affected interstate commerce.

                                                    Respectfully submitted,

                                                    KERRY B. HARVEY
                                                    UNITED STATES ATTORNEY

                                    BY:    /s/ Jason D. Parman
                                           Assistant United States Attorney
                                           601 Meyers Baker Road, Suite 200
                                           London, KY 40741

        Tel: (606) 864-5523
        Jason.Parman@usdoj.gov

        /s/ Andrew T. Boone
        Assistant United States Attorney
        260 W. Vine Street, Suite 300
        Lexington, KY 40507
        (859) 685-4800
        Andrew.Boone2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send notice of filing to counsel of record.

        /s/Andrew Boone
        Assistant United States Attorney

Special Agent Jeffrey Sagrecy
IRS Criminal Investigation Division
Nashville Field Office, Lexington, Kentucky Post of Duty

Highlights and Experience:

Employed as a Special Agent with the Internal Revenue Service – Criminal Investigation Division from March of 2002 through the present time. Prior to being a Special Agent with the IRS Special Agent Sagrecy was an Auditor for the State of Kentucky for two years specializing in pass through entities.

Special Agent Sagrecy is currently assigned to Organized Crime and Drug Enforcement Task Force (OCDETF). As a member of OCDETF Special Agent Sagrecy investigates cases involving the sale and distribution of illegal narcotics along with other specified unlawful activities regulated by Title 18 of the Federal Criminal Code. These investigations specifically deal with money laundering and structuring violations of the proceeds obtained from specified unlawful activities. The investigations focus on the use of the proceeds being concealed in legitimate means and also being used in the furtherance of illegal activity.

Prior to working OCDETF investigations Special Agent Sagrecy conducted numerous white collar crime investigations of the United States Code Title 26, Title 18 and Title 31. Special Agent Sagrecy has experience working cases involving Tax Evasion, Filing False Tax Returns, Money Laundering, Structuring, Mail Fraud and Wire Fraud.

Special Agent Sagrecy served as the Healthcare Fraud coordinator for his office prior to being assigned to OCDETF. As the coordinator Special Agent Sagrecy worked with the United States Attorney's Office and other law enforcement agencies to identify and develop investigations of individuals that were committing fraud within the healthcare industry. These investigations generally resulted in additional financial crimes such as tax violations and money laundering being charged.

Special Agent Sagrecy has previously testified at trials regarding the failure to report income, attempt to evade taxes, concealment of income and laundering of proceeds from specified unlawful activities. In addition, he works closely with the United States Attorney's office on seizures that deal with property purchased with the proceeds from specified unlawful activities.

As part of his regular duties, Special Agent Sagrecy has instructed at regional learning facilities where he has facilitated Law Enforcement Officers from Federal, State and Local agencies on how to develop and investigate financial crimes. Special Agent Sagrecy has also instructed other IRS Special Agents regarding Emerging Financial Schemes and how they relate to Money Laundering. Special Agent Sagrecy has also given presentations to

representatives from financial institutions on how to identify clients that are structuring, laundering and disguising proceeds from lawful and unlawful activities.

Education and Training:

Bachelors Degree in Accounting through the College of Business from University of Kentucky in Lexington, Kentucky.

| | |
|---|---|
| September 2012 | OCDETF Training class sponsored by USAO |
| August 2010 | Financial Investigative Techniques Seminar |
| August 2009 | Advanced training on Financial Crimes and Emerging Issues |
| May 2009 | Financial Crimes Seminar |
| April 2009 | Instructor Facilitator Training |
| May 2008 | Financial Crimes Seminar |
| November 2006 | Financial effects of Healthcare Fraud |
| June 2006 | Asset Forfeiture Training |
| May – August 2002 | Criminal Investigator Training at FLETC. |
| March – May 2002 | Special Agent Investigative Techniques at FLETC. |