UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 6:09-16-SS-KKC |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| RUSSELL CLETUS MARICLE, et al., ) | |
| ) | |
| Defendants. ) | |

\*\* \*\* \*\* \*\* \*\*

On the Court's own motion, the hearing scheduled on October 15, 2013 is hereby RESCHEDULED to begin at **1:00 p.m.**

Dated this 8th day of October, 2013.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge