UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                  ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                                PLAINTIFF,


VS.        <u>RESPONSE TO MOTION FOR RETURN OF TRIAL EXHIBITS</u>


RUSSELL CLETUS MARICLE,                                                  DEFENDANT.


\*\* \*\* \*\*

Comes now the Defendant, Russell Cletus Maricle, by counsel, for his Response to the government's Motion for Return of Trial Exhibits (DE#1516), and states that the Defendant has no objection to the exhibits submitted by the government at the previous trial of this matter being returned to the government.

    Respectfully Submitted,

    s/David S. Hoskins
    Attorney At Law
    107 East First Street
    P.O. Box 1185
    Corbin, KY 40702-1185
    Telephone: (606) 526-9009
    Facsimile: (606) 526-1021
    Email:  hoskinslaw@bellsouth.net
    COUNSEL FOR DEFENDANT
    RUSSELL CLETUS MARICLE


<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 9th day of October, 2013, I electronically

filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

                                      s/David S. Hoskins
                                      COUNSEL FOR DEFENDANT
                                      RUSSELL CLETUS MARICLE