UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:9-CR-16-KKC-REW-1 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant, Russell Cletus Maricle, filed a motion to compel discovery from the United States.  DE #1488 (Motion).  Maricle seeks copies of the all elections records from the 2002, 2004, and 2006 primary and general elections seized by or taken into the possession of the United States from the Clay County Clerk's Office.  *Id.*  The United States responded to the motion, indicating that it produced to all Defendants all records in its possession from the Clay County Clerk's Office prior to the first trial.  DE #1520 (Response).  The United States attached a 2009 discovery receipt in support of its response.  DE #1520-1.  The United States further advised that it will reproduce the records to any Defendant who does not currently have them.  DE #1520.  Accordingly, in the light of the Government's representations, the Court **DENIES AS MOOT** Defendant's motion to compel (DE #1488).

The Court issues this Order resolving a non-dispositive pretrial matter under 28 U.S.C. § 636(b)(1)(A).  The parties shall consult that statute and Federal Rule of Criminal Procedure 59(a) for the mechanics and procedures for seeking reconsideration by the District Court.

This the 17th day of October, 2013.

1

 Signed By:

_Robert E. Wier_   RЄW

**United States Magistrate Judge**

2