UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                                ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                          PLAINTIFF,

VS.                                        <u>RESPONSE</u>

RUSSELL CLETUS MARICLE, et al.,                                  DEFENDANTS.

\*\* \*\* \*\*

 Comes now the Defendant, Russell Cletus Maricle, by and through counsel, and in response to this Court's Opinion and Order (DE#1521) and the government's Notice Regarding the Definition of the Enterprise at Issue (DE#1532), states as follows:

 1. Maricle joins in the response filed by Defendant Freddy Thompson (DE#1542).

 2. Maricle joins in Defendant Douglas Adams' claim that the third superseding indictment denies him the fair notice guaranteed by the Fifth and Sixth Amendments to the United States Constitution (DE#1539).

 3. Maricle joins in Defendant Douglas Adams' motion to dismiss for failure to charge an offense (DE#1538).

 4. Maricle joins in Defendant Douglas Adams' motion for a bill of particulars (DE#1539).

 5. Maricle joins in the motion to dismiss based on the statute of limitations and the

"law of the case" doctrine filed by Defendant Charles Wayne Jones (DE#1540).

6. Maricle joins in the anticipated motion by Defendant William Stivers challenging the third superseding indictment on the grounds of judicial estoppel.

7. Maricle objects to a continuance of the trial now scheduled for November 4, 2013.

                Respectfully Submitted,

                s/David S. Hoskins
                Attorney At Law
                107 East First Street
                P.O. Box 1185
                Corbin, KY 40702-1185
                Telephone: (606) 526-9009
                Facsimile: (606) 526-1021
                Email: hoskinslaw@bellsouth.net
                COUNSEL FOR DEFENDANT
                RUSSELL CLETUS MARICLE

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of October, 2013, I electronically filed this document using the CM/ECF system, which will send notice of filing to all counsel of record.

                s/David S. Hoskins
                COUNSEL FOR DEFENDANT
                RUSSELL CLETUS MARICLE