UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 6:09-16-KKC |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| RUSSELL CLETUS MARICLE, et al., ) | |
| ) | |
| Defendants. ) | |

\*\* \*\* \*\* \*\* \*\*

The Court hereby ORDERS that, **on or before, Monday, October 28, 2013** the United States SHALL FILE a response to the motions to dismiss Count One of the Superseding Indictment dated October 17, 2013.

This 23rd day of October,

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY