UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - GENERAL

 London      Case No.  6:09-CR-16-KKC       At  Lexington       Date  10/31/2013

U.S.A. vs  Russell Cletus Maricle (1)    X present  ___custody  x bond  __OR
U.S.A. vs  Douglas C. Adams (2)          X present  x custody  ___bond  __OR
U.S.A. vs  Charles Wayne Jones (3)       X present  ___custody  x bond  __OR
U.S.A. vs  William E. Stivers (4)        X present  x custody  ___bond  __OR
U.S.A. vs  Freddy W. Thompson (5)        X present  ___custody  x bond  __OR

ORDER: Counsel for the parties were present as indicated below. The Court rejected the proposed plea agreements of defendants Adams, Jones, Stivers, and Thompson. All of the defendants were arraigned on the Third Superseding Indictment and through counsel acknowledged receipt of the Indictment, waived formal arraignment and entered pleas of not guilty to all counts.

Upon consideration of the parties' oral motions to continue the jury trial, **IT IS ORDERED** that the motions are **GRANTED** and the trial scheduled on November 4, 2013, is **CONTINUED** to November 18, 2013, at 9:00 a.m. at Lexington, Kentucky. Counsel for the parties shall be present at 8:30 a.m.

**IT IS FURTHER ORDERED** that all motions for rearraignment shall be filed on or before November 7, 2013. All defendants not in custody shall remain on their current conditions of release. Defendants Douglas C. Adams and William E. Stivers are remanded to custody.

This 31st day of October, 2013.

PROCEEDINGS: PRETRIAL CONFERENCE

PRESENT:    HON.  KAREN K. CALDWELL , CHIEF JUDGE U.S. DISTRICT COURT

Mitchell Zegafuse          Rhonda Sansom          Jason Parman, Andrew T. Boone and
Deputy Clerk               Court Reporter         Christine Corndorf
                                                  Assistant U.S. Attorneys and
                                                  Special Assistant U.S. Attorney

Counsel for Dft Maricle:  David Hoskins   X  present  X  appointed
Counsel for Dft Adams:  Kent Westberry and John Cline   X  present  X  retained
Counsel for Dft Jones:  Scott White  X  present   X  appointed
Counsel for Dft Stivers:  Robert L. Abell   X  present  X  appointed
Counsel for Dft Thompson:  Russell Baldani   X  present  X  retained

Copies: COR, USP, USM, Lex-D, JC
TIC: .40                                          Initials of Deputy Clerk mwz