UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - GENERAL

 London          Case No. 6:09-CR-16-KKC       At Lexington        Date 11/6/2013

U.S.A. vs Russell Cletus Maricle (1)    X present    ___ custody   X bond   __ OR

ORDER: Counsel for the parties were present as indicated below. The defendant's request for more time to prepare for trial was granted and the jury trial is **RESCHEDULED** to December 4, 2013, at 9:00 a.m. at Lexington, Kentucky. Counsel for the parties shall be present at 8:30 a.m. The government's [1469] motion in limine to exclude evidence at trial is **DENIED** without prejudice to its reassertion at trial if appropriate. Defendant Adams'[1470] motion in limine to exclude prosecution evidence is **DENIED** as moot. Defendant shall remain on present terms and conditions of release.
      This 6th day of November, 2013.

PROCEEDINGS: PRETRIAL CONFERENCE

PRESENT:    HON. KAREN K. CALDWELL , CHIEF JUDGE U.S. DISTRICT COURT

| Mitchell Zegafuse | Ann Banta | Jason Parman, Andrew T. Boone and |
|---|---|---|
| Deputy Clerk | Court Reporter | Christine Corndorf |
| | | Assistant U.S. Attorneys and |
| | | Special Assistant U.S. Attorney |

Counsel for Defendant: David Hoskins   X present   X appointed

Copies: COR, USP, USM, Lex-D, JC
TIC: .13                                                          Initials of Deputy Clerk mwz