UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-ARRAIGNMENT AND PLEA

 LONDON    Case No. 6:09-CR-16-KKC    At LEXINGTON    Date 11/6/2013

U.S.A. vs Russell Cletus Maricle (1)    X present    __ custody    X bond    __ OR    AGE 70

ORDER: Defendant appeared with counsel for a pretrial conference and elected to proceed with rearraignment in this matter. Proceedings were held as noted. The Court finds the defendant to be fully competent and capable of entering an informed plea and that the plea is made voluntarily and that it is supported by an independent basis in fact containing all of the essential elements of the offense. The plea of guilty as to Count 1sss of the Third Superseding Indictment is accepted and the defendant was adjudged guilty of the offense set forth in Count 1sss. The defendant's oral motion for rearraignment is **GRANTED**.

PRESENT:    HON. KAREN K. CALDWELL, CHIEF JUDGE U.S. DISTRICT COURT

| Mitchell Zegafuse | Ann Banta | Jason Parman, Andrew T. Boone and Christine Corndorf |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorneys and Special Asst. U.S. Attorney |

Counsel for Defendant: David Hoskins    X present    X appointed    __ retained

PROCEEDINGS: REARRAIGNMENT

X Copy Indictment previously given to the defendant.

X Defendant states true name Russell Cletus Maricle.

__ Defendant waives formal arraignment.

X Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.

X Defendant moves to **CHANGE PLEA** on Count(s) 1sss    X Court grants motion.

__ Defendant waives reading of Indictment-Information  X Indictment - Count(s) 1sss reviewed.

X Defendant pleads  X Guilty to Count(s) 1sss    __ Not guilty to counts ____

__ Defendant agrees with facts contained in forfeiture allegations.

X **PLEA AGREEMENT** with Sealed Supplement accepted and approved.

X Jury trial set for 12/4/2013 is **SET ASIDE & CANCELED** as to this defendant.

__ Copy of presentence report not requested.    __ Court received Presentence Report.

X Court orders Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P.

X Defendant to remain on bond, and on standard conditions of release with the additional condition that he shall not have contact with any of the government's witnesses from the trial previously held in this matter.

__ Defendant remanded to custody.

Case continued until **2/19/2014 at 2:00 p.m.** at Lexington, Kentucky, for sentencing, subject to intervening orders of the Court.

T I C : 18 min.                                                                 Initials of Deputy Clerk mwz