UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
F I L E D
NOV - 6 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 09-16-KKC

UNITED STATES OF AMERICA,     PLAINTIFF,

V.     **ORDER**

RUSSELL CLETUS MARICLE (1),
DOUGLAS C. ADAMS (2),
CHARLES WAYNE JONES (3),
WILLIAM E. STIVERS (4),
FREDDY W. THOMPSON (5),
WILLIAM B. MORRIS (7),
DEBRA L. MORRIS (8), and
STANLEY BOWLING (9),     DEFENDANTS.

\* \* \* \* \* \* \* \* \* \* \*

All defendants in the above matter have entered guilty pleas and there is no longer a jury trial scheduled in this matter.

The Court, having considered the release status of all defendants, **ORDERS** that the conditions of release of all defendants are modified to reflect that all defendants are now subject to the standard conditions of pretrial supervision as directed by the U.S. Probation Office. All defendants who are currently on home detention or some form of location monitoring are removed from any such condition. All conditions prohibiting contact with potential victims or witnesses are modified for all defendants to reflect that the prohibited contact is removed with the exception that all defendants are prohibited from having contact with any government witness presented at the jury trial previously held in this matter.

**IT IS FURTHER ORDERED** that all pending pretrial motions are **DENIED AS MOOT**.

This _6_ day of November, 2013.

                                            KAREN K. CALDWELL
                                            Judge, U.S. District Court