# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 01, 2013

Eastern District of Kentucky
**FILED**
NOV 20 2013
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Mr. Robert R. Carr
Eastern District of Kentucky at London
P.O. Box 5121
London, KY 40745-5121

Re: Case No. 11-5291/11-5308/11-5311/11-5312/11-5313/11-5336/11-5337/11-5366, *USA Douglas Adams*
Originating Case No. : 6:09-CR-16-2

Dear Clerk,

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. Volumes included: [4 Sealed Volumes]

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

_____
Date

Sincerely yours,

s/Markus Hayes
Records Deputy
Direct Dial No. 513-564-7043

Enclosure