UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 6:09-16-SS-KKC |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| RUSSELL CLETUS MARICLE, ) | |
| ) | |
| Defendant. ) | |

\*\* \*\* \*\* \*\* \*\*

On the Court's own motion, the sentencing scheduled on March 7, 2014 is hereby RESCHEDULED to **March 20, 2014 at 9:30 a.m**. in LEXINGTON, Kentucky.

Dated this 21st day of February, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY