UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 09-CR-00016-KKC                            ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                PLAINTIFF,

VS.                                    <u>ORDER</u>

RUSSELL CLETUS MARICLE, et al.,                             DEFENDANTS.

\*\* \*\* \*\*

      This matter being before the Court on the motion of the Defendant, Russell Cletus Maricle, for an Order continuing his sentencing hearing currently scheduled for March 20, 2014, to April 8, 2014 at 1:30 p.m. in LEXINGTON, Kentucky.

      IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's motion is GRANTED.