UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**
APR - 8 2014
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL NO. 09-16-S-DCR**

UNITED STATES OF AMERICA                                                       PLAINTIFF

VS.          **FINAL DECREE AND ORDER OF FORFEITURE**

RUSSELL CLETUS MARICLE, ET. AL.,                                        DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

WHEREAS, on April 1, 2008, the United States District Court for the Eastern District of Kentucky, Honorable Danny C. Reeves, Judge, entered a Preliminary Judgment of Forfeiture pursuant to the provision of 21 U.S.C. § 841 and 853;

AND WHEREAS, notice of the United States' intention to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days beginning March 13, 2013, a Declaration of Publication being attached hereto, and a Declaration of Publication being attached to D.E. #738;

AND WHEREAS, that in accordance with the Plea Agreements and the Settlement Agreements filed herein, and the Partial Final Decree and Order of Forfeiture [D.E. #1298],

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.  That the United States Marshal shall forthwith seize the forfeited property and dispose of it in accordance with the law;

2. That the following property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.

## REAL PROPERTY:

### PROPERTY OF CLETUS MARICLE:

A. Real Property located in Manchester, KY., and recorded in Deed Book 292, page 109, in the name of Cletus Maricle, with all appurtenances and improvements thereon.

B. Real Property located at 735 Memorial Dr., Manchester, KY and recorded in Deed Book 234, page 527, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon.

C. Real Property located in Manchester, KY and recorded in Deed Book 275, page 189, in the name of Cletus R. Maricle and Judy Maricle, with all appurtenances and improvements thereon. (Subject to the one-half interest of Robert Scott Madden and Linda Madden, and the mortgage of First National Bank of Manchester)

D. Real Property located at 99 Fox Trail Rd., Manchester, KY and recorded in Deed Book 288, page 513, in the name of Judy Maricle, with all appurtenances and improvements thereon.

### PROPERTY OF WILLIAM B. MORRIS AND DEBRA MORRIS:

Real Property located at Parsley Hill Rd., London, KY and recorded in Deed Book 631, page 44, Laurel County Clerk's Office, in the name of William B. Morris and Debra Lynn Morris, with all appurtenances and improvements thereon. (Subject to

mortgage of Hometown Bank of Corbin, Inc.)

**PROPERTY OF CHARLES WAYNE JONES:**

Charles Wayne Jones's interest in the real property located at 84 Rhodes St., Manchester, KY and recorded in Deed Book 139, page 437, Clay County Clerk's Office, in the name of Charles Wayne Jones, with all appurtenances and improvements thereon. (Janet Jones has agreed to pay one-half of the equity to the United States upon entry of a Final Order of Forfeiture.)

**PERSONAL PROPERTY:**

1) 2008 Honda Foreman ATV VIN# 1HFTE31GX84300411;

2) 2007 Chevrolet Silverado Truck VIN# 2GCEK13Z971135718;

3) 2005 Chevrolet Silverado Truck VIN# 1GCHK23295F962761;

4) 2004 Chevrolet Suburban Truck VIN# 3GNFK16Z44G145244;

5) 1995 GMC Dump Truck VIN# 4V1JBAPE8SR838332;

6) 1980 Chevrolet Dump Truck VIN# C17DEAV127146;

7) 1985 GMC Dump Truck VIN# 1GTS9F4C6FV520771;

8) 1984 Mack Tractor VIN# 2M2N179YXEC093187;

9) 2001 Stigers Tag-A-Long Trailer VIN# 1S9F223271K087116;

10) 2004 Cherokee Lowboy VIN# SV4001152;

11) 1974 Transcraft Lowboy Trailer VIN# B1217;

12) 2003 Hyundai Santa Fe VIN# KM8SC73D43U398975;

13) 1995 Eastern Tandem Trailer;

14) 1992 Fabrex Trailer VIN #2A9SWF8B5NT053197;

15) 1990 Schien Trailer VIN #109390AF4L1001058;

16) 1980 Kenworth Truck VIN# 286844J;

17) Cash/Currency in lieu of 1997 Norris Yacht Widebody Houseboat;

18) Caterpillar Bulldozer Ser No: 9DB01270;

19) Case 580 Super M Backhoe Ser No: CJF0059639;

20) Silver Tadpole 12 Jon Boat Ser No: BUJ40694H293;

21) Cub Cadet Commercial Mower with Trailer Ser No: 5E231Z80023;

22) Korbelko Mark IV Hydraulic Excavator Ser No: YMU2165;

23) Miscellaneous Farm Equipment Ser No: including the following items: 1 Taylor Way Disk Plow, Ser No: 74683; 1 Turning Plow, Ser No:1005920067; 1 Ferguson Turning Plow, Ser No: 1375; 1 Bush Hog Mower, Ser No:1102342; 1 Disc Plow, Ser No: N/A

24) Case Construction King Backhoe Ser No: JAB0022684;

25) John Deere Series IV Bulldozer Ser No: TO450GH814711;

26) Massey Ferguson Tractor with attached Bush Hog Loader Ser No: 560395;

27) John Deere Mower Ser No: 3407207461;

28) Yazoo Mower Ser No: 31901067;

29) New Holland Tractor VIN# G503770

30) Red Cast Iron Smoker with 3 Gas Burners, Wood Shelves and 2 Butane Tanks;

31) 1996 Dodge Ram 3500 Utility Truck with accessories, VIN# 1B6MF3650TJ184931;

32) 1989 Chevrolet Silverado 3500 Pickup Truck VIN# 2GCHC39N4K1140747;

34) Vulcan Grill Ser No: 8042099;

35) Cash in lieu of 1990 Foretravel Grandville Motor Home, VIN# 4CDC7XC14L1900161;

36) 2007 Saturn Aura VIN# 1G8ZS57N07F123816;

37) 2004 GMC Envoy VIN# 1GKDT13S242404816;

38) 2003 Chevrolet Silverado VIN# 1GCHK23183F135645;

39) 2001 Titanium by Glendale, Fifth Wheel Series M-28EX VIN# 2GRFW28T81S014475;

40) Miscellaneous shop equipment (inadvertently omitted from Partial Final Order)

3. That the forfeited property listed herein be disposed of according to law.

4. Pursuant to Plea Agreements entered herein, the following property shall be returned or not further pursued;

   A) Real Property located at 393 Circle Dr., Manchester, KY., and recorded in Deed Book 260, page 350, in the name of Judy Maricle, with all appurtenances and improvements thereon.

   B) Real Property located at Fox Trail Rd., Manchester, KY and recorded in Deed Book 251, page 441, in the name of Judy Maricle, with all appurtenances and improvements thereon.

   C) Real Property located at 201 Bert Combs Lake Rd., Manchester, KY and recorded in Deed Book 271, page 220, in the name of Stanley H. Bowling, with

all appurtenances and improvements thereon.

D) Real Property located at 201 Bert Combs Lake Rd., Manchester, KY and recorded in Deed Book 221, page 17, in the name of Stanley H. Bowling, with all appurtenances and improvements thereon.

E) Real Property located at 716 North Highway 11, Manchester, KY and recorded in Deed Book 263, page 347, Clay County Clerk's Office, in the name of Douglas Adams and Laura Adams, with all appurtenances and improvements thereon. This also includes all rights under the Coal Lease Agreement recorded in Lease Book 92, page 169, Clay County Clerk's Office.

F) Real Property located at North Highway 421, Manchester, KY and recorded in Deed Book 289, page 455, Clay County Clerk's Office, in the name of Douglas Adams and Laura Adams, with all appurtenances and improvements thereon.

G) The United States shall also return to Stanley Bowling the sum of $101,687.70 from the assets previously forfeited and liquidated.

5. That after the sale of the forfeited properties, the money judgment is fully satisfied and no other property of any defendant will be sought for forfeiture in connection with this case.

6. That any and all forfeiture funds, and the proceeds of sale from any forfeited property, after payment of costs and expenses incurred in connection with the forfeiture, sale, or other disposition of the forfeited property, shall be deposited forthwith by the United Sates Marshal into the Department of Justice Assets Forfeiture Fund in accordance

with Title 28 U.S.C. § 524(c) and Title 21 U.S.C. § 881(e).

7. That the Clerk is hereby directed to send attested copies of this Order all counsel of records and the United States Marshal.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: /s/ David Y. Olinger, Jr.
    David Y. Olinger, Jr.
    Assistant United States Attorney
    260 W. Vine St., Suite 300
    Lexington, KY 40507
    (859) 685-4896
    David.Olinger@usdoj.gov