UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-SENTENCING

LONDON        Case No. 6:09-cr-16-KKC-SSS-1        At LEXINGTON        Date April 8, 2014

U.S.A. vs RUSSELL CLETUS MARICLE        X present __ custody __ bond  X  OR ___ AGE

DOCKET ENTRY:
  Proceedings were held as noted. The Court adopts and accepts the findings contained in the Presentence report and orders the Presentence Report to be filed under seal. There were no objections to the sentence as stated.

PRESENT:

HON. KAREN K. CALDWELL, CHIEF JUDGE U.S. DISTRICT COURT

Genia Denisio        Ann Banta
Deputy Clerk         Court Reporter

AUSA Jason D. Parman, Andrew T. Boone and Christine Corndorf
Assistant U.S. Attorney

David Hoskins   X present  __ retained   X  appointed
Counsel for defendant

PROCEEDINGS:        **SENTENCING (Non-Evidentiary)**

___   Objections to Presentence Report were stated on the record.

 X    No objections to Presentence Report.

___   The Court Reporter shall transcribe the proceedings of the hearing on the objections to the Presentence Report and file it in the record.

 X    Transcript shall be deemed as written findings of the Court.

 X    Judgment shall be entered. (See Judgment & Commitment.)

___   Defendant to remain on conditions of release.

___   Defendant remanded to custody.

TIC: 14 min

Initials of Deputy Clerk gld