UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 6:9-CR-16-KKC-REW-1 |
| v. | ) | |
| | ) | ORDER |
| RUSSELL CLETUS MARICLE, | ) | |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

Defendant has sought leave to attend and officiate at a funeral. The Court placed Defendant on a six month period of home incarceration as part of the April 2014 judgment. DE #1639 (Judgment). The requested activity would not be compatible with that status. As such, the Court **DENIES** the motion (DE #1674).

This the 9th day of July, 2014.

Signed By:
Robert E. Wier
United States Magistrate Judge

1