UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 6:09-16-SS-KKC |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| RUSSELL CLETUS MARICLE, ) | |
| ) | |
| Defendant. ) | |

\*\* \*\* \*\* \*\* \*\*

This matter being before the Court on the motion of the Defendant, Russell Cletus Maricle, for an Order requiring the Plaintiff to repay to Defendant Maricle the sum of $400.00 that was collected from him toward satisfaction of the $500.00 special assessment imposed at his original sentencing in 2011, and the Court being sufficiently advised,

The Court finds that the $400.00 was refunded to May 27, 2014 payable to Judy C. Maricle as she was the individual who made the payment.

IT IS HEREBY ORDERED that the Defendant's motion [DE 1681] is DENIED.

Dated March 18, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY