UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

OFFICE OF THE CLERK

NOTICE OF EXHIBIT DESTRUCTION

**RE:** London Criminal Action No. 09-16-KKC
USA v. Russell Cletus Maricle, et al

  Our records reveal that exhibits were filed by the parties in a jury trial in the above-captioned case.  If you would like these exhibits, please pick them up in the Clerk's Office, United States Courthouse, 330 West Broadway, Room 313, Frankfort, Kentucky 40601 during normal business hours.  If someone other than yourself is to collect the exhibits, please have them present a form of authorization signed by you.

  Failure to respond within **two weeks** of the date of this notice will result in the destruction of these exhibits,  pursuant to General Order of February 26, 1999.   Should you not require the return of these records, no correspondence from your office is necessary.  If you have any questions regarding this matter, please feel free to contact this office.

**NO FURTHER NOTICE WILL BE ISSUED.**

                 **ROBERT R. CARR, CLERK**

                 **By:   K. Ratliff, Deputy Clerk**

cc: Counsel of Record