UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
OFFICE OF THE CLERK
FRANKFORT

LONDON CRIMINAL ACTION NO. 09-16-GFVT

USA v. Russell Cletus Maricle, et al

In the Matter of

**THE DESTRUCTION OF CERTAIN EXHIBITS, PURSUANT TO L.R. 79.2 AND 83.10;  LCrR 55.2**

**CERTIFICATE**

This is to certify that trial exhibits which were filed in this action in which the judgment has now become final, are now eligible for destruction.  The parties to the actions have been requested in writing to withdraw the exhibits [1685]  and, no claim has been made for the return of said exhibits.

                                                ROBERT R. CARR, CLERK

DATE: June 20, 2016                        By: s/K. Ratliff, D.C.

**Trial Exhibits [828]
destroyed by shredding
and/or tossing in dumpster, this 20th
day of June, 2016.**

**s/K. Ratliff
Deputy Clerk**